# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDDIE BAUER HOLDINGS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 09-12099 (___) |
| In re:<br><br>EDDIE BAUER, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-12100 (___) |
| In re:<br><br>EDDIE BAUER FULFILLMENT SERVICES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-12101 (___) |
| In re:<br><br>EDDIE BAUER DIVERSIFIED SALES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-12103 (___) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

| | |
|---|---|
| In re:<br><br>EDDIE BAUER SERVICES, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 09-12104 (\_\_\_\_) |
| In re:<br><br>EDDIE BAUER INTERNATIONAL DEVELOPMENT, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 09-12105 (\_\_\_\_) |
| In re:<br><br>EDDIE BAUER INFORMATION TECHNOLOGY, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 09-12106 (\_\_\_\_) |
| In re:<br><br>FINANCIAL SERVICES ACCEPTANCE CORPORATION,<br><br>      Debtor. | Chapter 11<br><br>Case No. 09-12107 (\_\_\_\_) |
| In re:<br><br>SPIEGEL ACCEPTANCE CORPORATION,<br><br>      Debtor. | Chapter 11<br><br>Case No. 09-12108 (\_\_\_\_) |

**ORDER PURSUANT TO RULE 1015(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order directing the joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

---

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtors' Chapter 11 Cases shall be (a) jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and (b) consolidated for procedural purposes only; and it is further

ORDERED, that the Clerk of the Court shall maintain one file and one docket for all of the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Eddie Bauer Holdings, Inc., Case No. 09-12099 (\_\_\_); and it is further

ORDERED, that all pleadings filed in the Debtors' Chapter 11 Cases shall bear a consolidated caption in the following form:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDDIE BAUER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12099 (\_\_\_\_)<br><br>Jointly Administered |

and it is further

ORDERED, that the Clerk of the Court shall make a docket entry in each of the Debtors' Chapter 11 Cases (except that of Eddie Bauer Holdings, Inc.) as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases of Eddie Bauer Holdings, Inc. and its affiliates that have concurrently commenced Chapter 11 Cases. The docket in the Chapter 11 Case of Eddie Bauer Holdings, Inc., Case No. 09-12099 (\_\_\_\_) should be consulted for all matters affecting this case."

and it is further

ORDERED, that, in the event the Debtors are required to file such reports, the Debtors are authorized to file monthly operating reports required by the Operating Guidelines and Financial Reporting Requirements promulgated by the U.S. Trustee on a consolidated basis if the Debtors determine, after consultation with the U.S. Trustee, that consolidated reports would further administrative economy and efficiency without prejudice to any party in interest and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

would accurately reflect the Debtors' consolidated business operations and financial affairs; and it is further

ORDERED, that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases; and it is further

ORDERED, that notwithstanding the possible applicability of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:_____, 2009
      Wilmington, Delaware

                                                  United States Bankruptcy Judge