## EXHIBIT B

**Flowchart of the Cash Management System**



# Bank Account Cashflow Chart
## US Operations

**Disbursement Accounts**

| Accounts Payable Electronic Disbursements BofA #xxxxxx6394 |
| Workers Compensation Disbursements BofA #xxxxxx3523 |
| Payroll Disbursements Positive Pay CD BofA #xxxxxx3515 |
| AP Disbursements Positive Pay CD BofA #xxxxxx4654 |
| Refund Check Disbursements Positive Pay CD BofA #xxxxxx0670 |

| EBFS Inc AP Disbursements Positive Pay CD BofA #xxxxxx0471 |
| EBFS Inc Payroll Disbursement Positive Pay CD BofA #xxxxxx4489 |
| EBFS Inc AP Electronic Disbursements BofA #xxxxx7561 |
| Photo Shoot Disbursement Positive Pay CD BofA/#xxxxxx0685 |

**VEBA Benefit Accounts**

Eddie Bauer Inc. CIGNA Imprest Fund Citibank #xxxxx8273

DFS Inc. UHC Imprest JP Morgan Chase #xxxxx1970

**Foreign Escrow Account**

Eddie Bauer Inc. Expeditors Escrow LaSalle #xxx0679.1

**Card Depository Accounts**

Retail Bankcard Depository Concentration BofA ZBA #xxxxxx6375

Direct Bankcards, Amex, Discover and ADS Credit Deposits

Inbound Wire Transfers & Corp Deposits

Eddie Bauer Inc. BofA Master Disbursement Account USD #xxxxxxx1135

Eddie Bauer Inc. BofA Overnight Investment Sweep Account LMA #xxxxxxx1135

**To Canadian Operations**

**Store Depository Accounts (15)**

Store Depository Concentration Accounts BofA ZBA #xxxxxxx6399 #xxxxxx9791

Eddie Bauer Inc. BofA Master Concentration Account USD #xxxxxx6436

Eddie Bauer Inc. Directed Investment Acct BofAS #xxx9119 Linked to #xxxxxxx6436

Eddie Bauer Inc. Revolver Loan BofA

Eddie Bauer Inc. Overnight Investment Sweep Account LMA #xxxxxxx6436

**Investment and Loan Accounts**

**Affiliate Debtor Depository Accounts**

EB Diversified Sales Lockbox Depository BofA #xxxxxx0031

EB International Development Depository BofA #xxxxxx0036

EBFS Inc. Remote Depository BofA ZBA # xxxxxx0556

**From Canadian Operations**

Key:

Bank Acct

Depository or Disbursement Function

# BANK ACCOUNT CASHFLOW CHART, CONTINUED

## CANADIAN OPERATIONS



**Canadian Disbursement Accounts**

Eddie Bauer of Canada
AP Disbursements
USD Acct
Scotia #xxxxx xxx8118

Ceridian
Canadian Payroll
CIBC #xxxx2917

Canadian Refund Checks
CAD Scotia
#xxxxx xxx7412 .

Canadian
CAD AP Disbursements

**From US Entities**

Eddie Bauer of Canada
USD Disbursement Account
BofA ZBA USD #xxxxxxx6431

Eddie Bauer of Canada
**Scotia Canadian
Master Disbursement Account**
#xxxxx xxx1710

**Canadian Card Depository Accounts**

Canadian M/C Depository
Scotia ZBA #xxxxx xxx5312

Canadian Visa Depository
Scotia ZBA #xxxx xxx8713

Debit Card Depository
Scotia ZBA #xxxxx xxx4716

Canadian Amex Deposits

Eddie Bauer of Canada
**Scotia Canadian Master
Concentration Account**
#xxxxx xxx6914

**Canadian Store Depository Accounts (2)**

**To US Entities**

Transfers to
BofA Master Concentration
Account
#xxxxxxx6436

**Key:**

Depository or
Disbursement
Function

Bank Acct

<u>**EXHIBIT C**</u>

**List of Bank Accounts**

# Bank Accounts

| Account Holder | Country | Account Description | Account Number | Currency | Bank Name | Address | Contact | Contact Phone |
|---|---|---|---|---|---|---|---|---|
| EB Canada | CAN | Canadian Wires (USD) | 12331 8xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB Canada | CAN | Master Disbursement | 142008 7xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | Concentration Account | 142001 5xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | AP Disbursement (USD) | 142005 5xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | Refund Checks | 142001 1xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | MasterCard Depository | 142001 3xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | Debit Card | 142003 3xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | Visa Depository | 142001 7xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | Payroll | 30201 72xxxxx | CDN | Bank of Nova Scotia | Scotia Capital, 3rd Floor, 650 West Georgia St, PO Box 11502, Vancouver BC V6B 4P6 | Margo VanStiphout | 778-327-6094 |
| EB Canada | CAN | Store Depository | 108xxxxx | CDN | Royal Bank of Canada | Royal Bank of Canada, 672 Park Royal North, West Vancouver BC V7T 1H9 | | 800-769-2520 |
| EB Canada | CAN | Store Depository | 70103 7xxxxx | CDN | Toronto Dominion | Toronto Dominion, PO Box 2141, Calgary Alberta T2P 2M7 | | 780-488-8000 |
| EB Drxsftl | CAN | Lockbox Depository | 12331 0xxxxx | CDN | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | Investment Acct | 22341 1xxxx | USD | Banc of America Securities | Banc of America Securities, WA1-501-34-60, 800 Fifth Ave, 34th Floor, Seattle WA 98104-3185 | Stephen Francis | 206-358-5343 |
| EB inc | US | Payroll Controlled Disbursement | 32997 9xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | S/T Overnight Investment | LMA 12331 8xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | S/T Overnight Investment | LMA 123300xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | Master Depository Concentration | 12331 8xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | Master Disbursement | 123300xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | Retail Bankcard Depository | 12331 8xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | ACH/Wire Disbursement | 12331 8xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB inc | US | Store Depository Drawdown | 12331 8xxxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |

| Account Holder | Country | Account Description | Account Number | Currency | Bank Name | Address | Contact | Contact Phone |
|---|---|---|---|---|---|---|---|---|
| EB Inc | US | AP Positive Pay Disbursement | 32991 1xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB Inc | US | Refund Positive Pay Disbursement | 32991 1xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB Inc | US | Photo Shoot | 32991 2xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB Inc | US | Workmans Comp Disbursement | 32997 9xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB Inc | US | Store Depository Account | 375067xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EB Inc | US | Store Depository Account | 22xxxx | USD | Bank of Jackson Hole | Bank of Jackson Hole, PO Box 7000, Jackson WY 83002 | | 307-733-8064 |
| EB Inc | US | Store Depository Account | 81214xxxx | USD | Capital One | Capital One, PO Box 61540, New Orleans LA 70161 | | 800-262-5689 |
| EB Inc | US | CIGNA VEBA Imprest | 4070xxxx | USD | CitiBank | CIGNA Healthcare, 900 Cottage Grove Rd, Hartford CT 06152 | Wynter Hawkins-Dale | 860-226-1612 |
| EB Inc | US | Store Depository Account | 702130xxxx | USD | Fifth Third | 38 Fountain Square Plaza, MD 109055, Cincinnati, OH 45202 | Ashley Colmenero | 513-534-6474 |
| EB Inc | US | Store Depository Account | 40012xxxx | USD | First Commonwealth | First Commonwealth, PO Box 400, Indiana PA 15701 | | 800-711-2265 |
| EB Inc | US | Store Depository Account | 61400xxxx | USD | JP Morgan Chase | JP Morgan Chase Bank, 1999 Ave of the Stars, Fl 27, LA CA 90067-6022 | Tom Etzel | 310-860-7068 |
| EB Inc | US | Store Depository Account | 32563000xxxx | USD | Key Bank | KeyBank, Mailcode:WA-31-18-0512, 601 108th Ave NE, Bellevue WA 98004 | Arlene Worrell | 425-709-4582 |
| EB Inc | US | Store Depository Account | 10659xxxx | USD | MB Financial | MB Financial Bank, 6111 N River Road, Rosemont IL 60018 | Jill Ferguson | 847-653-1052 |
| EB Inc | US | Store Depository Account | 10137xxxx | USD | National City Bank | National City Bank, PO Box 8043, Royal Oak MI 48068-8043 | | 800-925-9259 |
| EB Inc | US | Store Depository Account | 58518xxxx | USD | National City Bank | National City Bank, 116 Allegheny Center Mall, Pittsburgh PA 15212 | | 800-352-0186 |
| EB Inc | US | Store Depository Account | 810925xxxx | USD | PNC Bank | PNC Bank, Two Tower Center 17th Floor, East Brunswick NJ 08816 | | 877-824-5001 |
| EB Inc | US | Store Depository Account | 987043xxxx | USD | United Missouri | UMB, PO Box 419226, Kansas City MO 64141 | | 816-860-5755 |
| EB Inc | US | Store Depository Account | 1359100xxxx | USD | US Bank | US Bank, 461 Fifth Ave, 7th Floor, NY NY 10017 | Cynthia Chu | 646-935-4525 |
| EB Inc | US | Store Depository Account | 94401 0xxxx | USD | Wells Fargo | Wells Fargo, MAC P6540-11E, 999 Third Ave, 11th Floor, Seattle WA 98104 | Deborah Watson | 206-292-3668 |
| EB Inc | US | Store Depository Account | 261 8xxxx | USD | Wilmington Trust | Wilmington Trust Co, 1100 N Market St, Wilmington DE 19890-0001 | | 800-523-2378 |
| EB Inc | US | Expeditors Escrow Account | 40xxxx | USD | Bank of America | Bank of America, 135 S. LaSalle Street, Suite 1840, Chicago, IL 60603 | Patrice Emery | 312-904-1286 |
| EB Intl Dev. | US | Depository | 12331 0xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |

| Account Holder | Country | Account Description | Account Number | Currency | Bank Name | Address | Contact | Contact Phone |
|---|---|---|---|---|---|---|---|---|
| EBFS | US | EBFS ACH/Wire Disbursement | 123315xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EBFS | US | EBFS Remote Depository Account | 149932xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EBFS | US | EBFS AP Positive Pay Disbursement | 329912xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EBFS | US | EBFS Payroll | 329912xxxx | USD | Bank of America | Bank of America, CA5-705-09-31, 555 California St, 9th Floor, SF CA 94104-1503 | Kathy Stephens | 415-913-3638 |
| EBFS | US | UHG Benefits Disbursement | 475053xxxx | USD | JP Morgan Chase | JP Morgan Chase Bank, 1999 Ave of the Stars, Fl 27, LA CA 90067-6022 | Tom Etzel | 310-860-7068 |
| SAC | US | SAC for the Benefit of BNY | 39xxxx | USD | The Bank of New York Mellon | The Bank of New York Mellon, 2 N. LaSalle, Ste 1020, Chicago, IL 60602 | David Hill | 312-827-8540 |
| SAC | US | SAC Spiegel Trust | 40000xxxx | USD | Deutsche Bank | Deutsche Bank Trust, C/O DB Services Tennessee Inc, Trust & Securities Operations, PO Box 305050, Nashville TN 37230 | | 212-250-4682 |