# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER HOLDINGS, INC., et al.,[1] | Case No. 09-10299 (MFW) |
| Debtors. | Joint Administration Pending |

## NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on June 17, 2009, Eddie Bauer Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings on **June 18, 2009 at 12:30 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

DB02:8312258.1

1

# FIRST DAY PLEADINGS

1. Motion of the Debtors for Entry of an Order Pursuant to Rule 1015(B) of the Federal Rules of Bankruptcy Procedure Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 3, 6/17/09]

2. Motion of the Debtors for Entry of Order Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Notice, Claims and Solicitation Agent Nunc *Pro Tunc* to the Petition Date [D.I. 4, 6/17/09]

3. Debtors' Motion for an Order Approving Cross-Border Insolvency Protocol [D.I. 5, 6/17/09]

4. Motion of the Debtors (A) Authorizing the Continued Use of Existing Cash Management System, Bank Accounts, Business Forms and Investment Guidelines; (B) Granting Postpetition Intercompany Claims Administrative Status and (C) Authorizing Continued Intercompany Arrangements and Historical Practices [D.I. 6, 6/17/09]

5. Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8) and 541(d), (I) Authorizing Payment of Certain Taxes and Fees and (II) Authorizing and Directing Banks and Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 8, 6/17/09]

6. Motion of the Debtors for Entry of an Interim and Final Order Pursuant to 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Providers From Discontinuing, Altering Or Refusing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 9, 6/17/09]

7. Motion of the Debtors for Entry of an Order Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Customers, (B) Maintain Certain Customer Service Policies, Programs and Practices In the Ordinary Course of Business and (C) Pay Certain Fees Associated with Credit Card Transactions and Gift Card Programs [D.I. 10, 6/17/09]

8. Motion of the Debtors for an Order Authorizing, But Not Directing, (A) the Debtors to Pay Certain Prepetition: (I) Wages, Salaries, and Other Compensation; (II) Employee, Medical and Similar Benefits; (III) Reimbursable Employee Expenses; (IV) Other Miscellaneous Employee Expenses and Benefits; and (V) Independent Contractor Fees and Expenses and (B) Directing Banks to Receive, Process, Honor and Pay All Checks Presented for Payment and Electronic Payment Requests Relating to the Foregoing [D.I. 12, 6/17/09]

9. Motion of the Debtors for an Order (A) Authorizing Debtors to Pay Prepetition Claims of Certain (I) Critical Vendors, (II) Administrative Claimholders, (III) Customs Agents and Shippers, (B) Authorizing the Debtors to Pay for Postpetition Delivery of Outstanding Orders and (C) Granting Certain Related Relief [D.I. 13, 6/17/09]

10. Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363; (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. § 361, 362, 363 and 364; and (V) Scheduling Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis Pursuant to Bankruptcy Rule 4001 [D.I. 14, 6/17/09] (the "DIP Motion")

**PLEASE TAKE FURTHER NOTICE** that a copy of the DIP Motion and the proposed interim order is attached hereto. Exhibit B to the DIP Motion is available upon request.

**PLEASE TAKE FURTHER NOTICE** that in addition to the documents listed above, the Debtors have filed with the Bankruptcy Court the following documents:

1. Declaration of Marvin Edward Toland of Eddie Bauer Holdings Corporation, in Support of Chapter 11 Petitions and First Day Motions [D.I. 2, 6/17/09]

2. Motion of the Debtors for the Entry of a Bridge Order with Respect to Customer Service Policies, Programs and Practices [D.I. 11, 6/17/09]

**PLEASE TAKE FURTHER NOTICE** that copies of the above referenced documents will be available on the Bankruptcy Court's website at www.deb.uscourts.gov. In addition, copies may be downloaded from the website of the Debtors' proposed claims, noticing, soliciting and balloting agent, Kurtzman Carson Consultants, at www.kccllc.net/eddiebauer or can be requested by calling (866) 967-1781.

Dated: June 17, 2009
Wilmington, Delaware

Respectfully Submitted,

_____
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

David S. Heller
Josef S. Athanas
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

-and-

Heather L. Fowler
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION