# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER HOLDINGS, INC., et al.,[1] | Case No. 09-10299 (MFW) |
| Debtors. | Joint Administration Pending |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 18, 2009 AT 12:30 P.M. (ET)

**PETITIONS AND RELATED PLEADINGS**

1.  Voluntary Chapter 11 Petition Package – Eddie Bauer Holdings, Inc., *et al.*

2.  Declaration of Marvin Edward Toland of Eddie Bauer Holdings Corporation, in Support of Chapter 11 Petitions and First Day Motions [D.I. 2, 6/17/09]

**MATTERS GOING FORWARD**

3.  Motion of the Debtors for Entry of an Order Pursuant to Rule 1015(B) of the Federal Rules of Bankruptcy Procedure Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 3, 6/17/09]

    Status: This matter will be going forward.

4.  Motion of the Debtors for Entry of Order Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Notice, Claims and Solicitation Agent *Nunc Pro Tunc* to the Petition Date [D.I. 4, 6/17/09]

    Status: This matter will be going forward.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

5.  Motion for an Order Approving Cross Border Insolvency Protocol [D.I. 5, 6/17/09]

    Status: This matter will be going forward

6.  Motion of the Debtors (A) Authorizing the Continued Use of Existing Cash Management System, Bank Accounts, Business Forms and Investment Guidelines; (B) Granting Postpetition Intercompany Claims Administrative Status and (C) Authorizing Continued Intercompany Arrangements and Historical Practices [D.I. 6, 6/17/09]

    Status: This matter will be going forward.

7.  Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8) and 541(d), (I) Authorizing Payment of Certain Taxes and Fees and (II) Authorizing and Directing Banks and Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 8, 6/17/09]

    Status: This matter will be going forward.

8.  Motion of the Debtors for Entry of an Interim and Final Order Pursuant to 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Providers From Discontinuing, Altering Or Refusing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 9, 6/17/09]

    Status: This matter will be going forward.

9.  Motion of the Debtors for Entry of an Order Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Customers, (B) Maintain Certain Customer Service Policies, Programs and Practices In the Ordinary Course of Business and (C) Pay Certain Fees Associated with Credit Card Transactions and Gift Card Programs [D.I. 10, 6/17/09]

    Related Pleading:

    a)  Motion of the Debtors for the Entry of a Bridge Order with Respect to Customer Service Policies, Programs and Practices [D.I. 11, 6/17/09]

    Status: This matter will be going forward.

10. Motion of the Debtors for an Order Authorizing, But Not Directing, (A) the Debtors to Pay Certain Prepetition: (I) Wages, Salaries, and Other Compensation; (II) Employee, Medical and Similar Benefits; (III) Reimbursable Employee Expenses; (IV) Other Miscellaneous Employee Expenses and Benefits; and (V) Independent Contractor Fees and Expenses and (B) Directing Banks to Receive, Process, Honor and Pay All Checks Presented for Payment and Electronic Payment Requests Relating to the Foregoing [D.I. 12, 6/17/09]

    Status: This matter will be going forward.

11. Motion of the Debtors for an Order (A) Authorizing Debtors to Pay Prepetition Claims of Certain (I) Critical Vendors, (II) Administrative Claimholders, (III) Customs Agents and Shippers, (B) Authorizing the Debtors to Pay for Postpetition Delivery of Outstanding Orders and (C) Granting Certain Related Relief [D.I. 13, 6/17/09]

    Status: This matter will be going forward.

12. Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. § § 105, 362, 363 and 364; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363; (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. § 361, 362, 363 and 364; and (V) Scheduling Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis Pursuant to Bankruptcy Rule 4001 [D.I. 14, 6/17/09]

    Status: This matter will be going forward.

Dated: Wilmington, Delaware
June 17, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

and

David S. Heller
Josef S. Athanas
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

and

Heather L. Fowler
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION