## Exhibit H To Sale Motion

## Store Closing Guidelines

The following procedures shall apply to any Store Closing Sales (collectively referred to herein as the "Sales") to be held at the Closing Stores.[1]

1. The Sales may be conducted by the Stalking Horse Bidder or the Successful Bidder (the "Store Closing Agent"), through its officers, employees, agents and/or through a consultant.

2. The Sales shall be conducted during hours that are deemed appropriate by the Store Closing Agent (irrespective of any operating hours restriction provision contained in amy of the Leases), provided, however, as to stores located within enclosed shopping malls, the Store Closing Agent shall abide by any applicable mall guidelines regarding operating hours, maintenance, security and trash removal. To the extent not inconsistent with these Sale Guidelines or any order of the United States Bankruptcy Court for the District of Delaware, the Store Closing Agent shall comply with relevant lease provisions regarding the maintenance of insurance.

3. The Sales shall be conducted in accordance with applicable state and local "Blue Laws," and thus, where applicable, no Sales shall be conducted on Sunday unless the Store Closing Agent has been operating such stores on a Sunday.

4. The Store Closing Agent shall not distribute handbills, leaflets or other written materials to customers outside of any stores' premises, unless permitted by the lease. Otherwise, the Store Closing Agent may solicit customers in the stores themselves. The Store Closing Agent shall not use flashing lights or any type of amplified sound to advertise the Sales or to solicit customers.

5. At the conclusion of the Sales, the Store Closing Agent shall vacate the stores, and shall leave the stores in the same condition as on the commencement of the Sales,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

ordinary wear and tear expected; <u>provided</u> <u>however</u>, that the Store Closing Agent shall be authorized to leave Abandoned Property (as that term in defined herein) in the stores.

6. No permanent fixtures may be removed without the applicable landlord's written consent. No property of any landlord of a store shall be removed or sold during sales. Furniture, fixtures and equipment not constituting property of the landlord may be sold to customers. The Store Closing Agent may advertise the sale of furniture, fixtures and equipment consistent with the procedures provided herein. With respect to stores located within a shopping center, removal of other furniture, fixtures and equipment shall take place through service or other exits and corridors designated by the landlord and, in the case of enclosed shopping centers, before or after regular hours of the enclosed shopping centers. The Store Closing Agent may abandon any of the Debtors' trade fixtures or other materials of <u>de</u> <u>minimis</u> value (the "<u>Abandoned Property</u>") not sold in the Sales at the store premises at the conclusion of the sales.

7. The Store Closing Agent shall not conduct auctions at the stores.

8. All display and hanging signs used by the Store Closing Agent in connection with sales shall be professionally lettered and all hanging signs shall be hung in a professional manner. The Store Closing Agent shall not use the terms "bankruptcy court authorized," "bankruptcy court approved," or "court ordered" or "chapter 11 sale" in any signs used by the Store Closing Agent in connection with the Sales. The Store Closing Agent shall not use neon or "day-glo" signs. Furthermore, with respect to enclosed mall locations: (i) no exterior signs shall be used, nor shall signs be used in the common area of an entrance mall; (ii) interior signs shall be no larger than 3' x 5' with no more than twelve (12) hanging signs per 1000 feet of retail space; (iii) interior signs shall be set back from the window at least one foot and signs in windows shall be no greater in size that 36" x 60"; and (iv) no more than three 3' x 15' interior banner signs may be placed inside the store, except to the extent that stores are in excess of 10,000 square feet, in which case three 3' x 15' interior banner signs may be placed in each

10,000 square feet of such store. Nothing contained herein shall be construed to create or impose upon the Store Closing Agent any additional restrictions not contained in the applicable lease agreement. The Store Closing Agent shall be permitted to utilize exterior banners at non-enclosed mall stores, provided however such banners shall not be wider than the storefront of the store and shall be located or hung as to make clear that the sale is being conducted at the store.

9. Unless the print media requires the bankruptcy case number, the Store Closing Agent may (but is not required to) use the terms "Liquidation Sale," "Total Liquidation Sale" or "Store Closing Sale" as applicable, to advertise the sales in the stores.

10. The Store Closing Agent may use street signage and sign walkers as they deem appropriate notwithstanding any state, country or local law or ordinance; <u>provided, however</u>, that sign walkers shall not be used on the landlord's property.

11. If Sales are to be considered "final," conspicuous signs shall be posted in each of the affected stores to the effect that all sales are "final."

12. No alterations shall be made to the stores, except as authorized pursuant to the affected lease. The hanging of exterior banners or other signage shall not constitute an alteration to a store.

13. The Store Closing Agent shall keep store premises and surrounding area clear and orderly, consistent with present practices.

14. The landlords of the stores shall have reasonable access to the store premises upon conclusion of the Sales solely for the purpose of dressing store windows to minimize the appearance of a dark store.

15. The Store Closing Agent shall designate a party to be contacted by landlords should an issue arise concerning the conduct of the Sales.