# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER HOLDINGS, INC., et al.,[1] | Case No. 09-12099 (MFW) |
| | Jointly Administered |
| Debtors. | Docket Ref. No. |

**ORDER PURSUANT TO SECTIONS 105(a), 327, 328 AND 330 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO RETAIN, EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order authorizing the Debtors to employ and compensate certain professionals utilized in the ordinary course of business; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtors are authorized, but not directed, to employ and pay reasonable fees and expenses of the OCPs listed on <u>Exhibit B</u> and <u>Exhibit C</u> to the Motion to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

assist and advise the Debtors in the operation of their businesses and to represent the Debtors in matters arising in the ordinary course of the Debtors' business as described in the Motion; and it is further

ORDERED, that the Debtors shall serve a copy of this Order and the OCP List on the OCPs within five (5) business days after entry of this Order; and it is further

ORDERED, that the following procedures for the retention and compensation of the OCPs are hereby approved (the "**OCP Procedures**"):

(a) The Debtors shall be authorized to pay, without formal application to the Court by any OCP, 100% of fees and disbursements to each of the OCPs retained by the Debtors after submission to the Debtors of an Affidavit of Disinterestedness (as defined herein), and upon the submission to the Debtors of an appropriate invoice setting forth in reasonable detail the nature of the services rendered after the Petition Date, provided that such fees, excluding costs and disbursements, do not exceed $750,000 per month in the aggregate while these Chapter 11 Cases are pending and that such costs and disbursements shall be subject to any caps pursuant to prepetition agreements between the Debtors and the OCPs. In addition, for professionals listed on Exhibit B, the Debtors propose that each firm of professionals be limited to monthly fees and expenses of $50,000. For professionals listed on Exhibit C, the Debtors propose that each firm of professionals be limited to monthly fees and expenses of $75,000.

(b) Any payments made in excess of the fee cap set forth in clause (a) above to any OCP shall be subject to prior approval of the Court in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court for the District of Delaware, the Fee Guidelines promulgated by the Executive Office of the United States Trustee and any applicable orders of the Court.

(c) Commencing on September 15, 2009, and on each March 15th, June 15th, September 15th and December 15th (or, in each case, on the next business day if such day is a weekend or holiday) of every year thereafter in which these Chapter 11 Cases are pending, the Debtors shall file with the Court and serve on (i) the United States Trustee; (ii) counsel for any official committees appointed in these Chapter 11 Cases (collectively, the "**Committees**"); (iii) counsel to the administrative agent for Debtors' prepetition secured lenders; (iv) counsel to the administrative agent for Debtors' proposed post-petition secured lenders; and (v) counsel to the prepetition noteholders committee, a statement with respect to the immediately preceding three-month period (each, a "**Quarter**"). Such statement shall include the following information for each OCP: (a) the name of the OCP; (b) the aggregate amounts paid as compensation for services rendered and

reimbursement of expenses incurred by such OCP during the reported Quarter; and (c) a general description of the services rendered by each OCP.

(d) Each OCP shall file with the Court and serve upon (i) Eddie Bauer, Inc., 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004, Attn: Freya Brier, Esq.; (ii) counsel for the Debtors, Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, IL 60606, Attn: David Heller and Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, California 90071-1560, Attn: Heather Fowler and Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Michael R. Nestor; (iii) attorneys for any Committee appointed by the Office of the United States Trustee; (iv) The Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: David Buchbinder; (v) counsel for the agent for the prepetition term loan facility, Paul Hastings, Janofsky & Walker LLP, Park Avenue Tower, 75 East 55th Street, New York, NY 10022, Attn: Mario Ippolito and (vi) counsel for the prepetition term lenders steering committee, Kasowitz Benson Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, Attn: David S. Rosner (collectively, the "**Notice Parties**") an affidavit of disinterestedness (the "**Affidavit of Disinterestedness**") similar to the form attached to the Motion as Exhibit D, at least fourteen (14) calendar days prior to submitting an invoice to the Debtors.

(e) The Notice Parties shall have ten (10) calendar days after the receipt of each OCP's Affidavit of Disinterestedness (the "**Objection Deadline**") to object to the retention of such OCP. The objecting party shall file such objection with the Court and serve any such objections upon the Notice Parties and the respective OCP on or before the Objection Deadline. If any such objection cannot be resolved within ten (10) calendar days of its receipt, the matter shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing date or other date otherwise agreeable to the parties thereto.[3] If no objection is received from any of the Notice Parties by the Objection Deadline with respect to any particular OCP, the Debtors shall be authorized as a final matter to retain and pay such OCPs.

(f) The Debtors reserve the right to supplement the list of OCPs, in their sole discretion, from time to time as necessary to add or remove OCPs without the need for any further hearing and without the need to file individual retention applications for each additional OCP. In such event, the Debtors shall file a supplemental list with this Court and serve it on the Notice Parties. Each additional OCP listed on the OCP List shall serve an Affidavit of Disinterestedness on the Notice Parties and the Notice Parties shall have the right to object to the retention of such OCP as set forth in paragraph 4(e) above; and it is further

---

[3] In the event a timely objection is filed against one or more of the OCPs, only those OCPs whose retention was objected to shall be scheduled for hearing.

ORDERED, that the OCP Procedures will not apply to attorneys or other professionals retained or to be retained by the Debtors pursuant to separate orders of this Court; and it is further

ORDERED, that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED, that notwithstanding the possible applicability of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated:_____, 2009
      Wilmington, Delaware

                                                Mary F. Walrath
                                                United States Bankruptcy Judge

DB02:8313472.1          068417.1001

# EXHIBIT B

## Ordinary Course Professionals Limited to Monthly Fees and Expenses of $50,000

| Name | Address | Type of Service | Estimated Monthly Fees |
|---|---|---|---|
| Akin Gump Strauss & Hauer LLP | Dept. 7247-6827 Philadelphia, PA 19170-6827 | Legal – Wage and Hour Litigation | $3,000 |
| Arlen L. Brammer P.C. | 5690 DTC Blvd STE 550E Greenwood Village, CO 80111 | Legal – Tax | $6,000 |
| Baker & McKenzie | 14th Fl Hutchison House 10 Harcourt Rd Central Hong Kong, HK | Legal – Hong Kong Employment and Corporate Matters | $2,300 |
| Bracewell & Giuliani LLP | PO Box 848566 Dallas, TX 75284 | Legal – Intellectual Property | $3,000 |
| Bull, Housser & Tupper LLP | 3000 Royal Centre PO Box 11130 1055 W. Georgia St. Vancouver, BC V6E 3R3 Canada | Legal – Canadian Employment Matters | $6,000[1] |
| DLA Piper | 5266 Paysphere Circle Chicago, IL 60674 | Legal – Intellectual Property | $3,000 |
| Evans, Craven & Lackie, P.S. | 818 W. Riverside Ste. 250 Spokane, WA 99201 | Legal – Personal Injury Litigation | $500 |
| Hunton & Williams | 1445 Ross Avenue, Suite 3700 Dallas, TX 75202 | Legal – Wage and Hour Litigation | $5,000 |
| Jackson Lewis | 725 S. Figueroa St., Suite 2500 Los Angeles, CA 90017 | Legal – Wage and Hour Litigation | $7,000 |
| Mountain States Employers Council, Inc. | P.O. Box 539 Denver, CO 80201 | Legal – Labor and Employment | $3,000 |
| Paulsen, Malec & Malartsik, Ltd. | 1761 S. Naperville Rd. Ste 202 Wheaton, IL 60189 | Legal – Personal Injury Litigation | $500 |
| Perkins Coie | 1201 3rd Ave. 40th Floor Seattle, WA 98101-3099 | Legal – Patent Litigation | $3,000 |
| Porter Wright Morris & Arthur LLP | Huntington Center 41 South High St. Columbus, OH 43215 | Legal – Worker's Compensation Litigation | $150 |
| Stoel Rives LLP | 900 SW Fifth Ave, Suite 2600 Portland, OR 97204 | Legal – Real Estate | $16,000 |
| Sheridan Ross P.C. | 1560 Broadway Ste. 1200 Denver, CO 80202-5141 | Legal – Intellectual Property | $40,000 |
| Vedder Price Kauffman | 222 N. LaSalle St. Chicago, IL 60601 | Legal – Trademark and Benefits | $12,000 |
| Russell Reynolds Associates | 200 South Wacker Dr. Ste 2900 Chicago, IL 60606 | H.R. – Executive Search Firm | $36,000 |
| Compensation Strategies, Inc. | 3000 Lakeside Dr. Ste. 115N Bannockburn, IL 60015 | H.R. – Compensation Committee Consultant | $21,000 |
| Paytech, Inc. | 7720 E. Belleview Ave. Ste. B220 Greenwood Village, CO 80111 | H.R. – Benefits Consultant | $25,000 |
| RBC Wealth Management | 1201 Third Ave., Suite 2500 Seattle, WA 98101 | H.R. – Registered Advisor for 401(k) | $7,000 |

---

[1] The estimated monthly fees for this OCP are shown in Canadian Dollars.

| Name | Address | Type of Service | Estimated Monthly Fees |
|---|---|---|---|
| Towers, Perrin, Forster & Crosby, Inc. (U.S.) | P.O. Box S-6110 Philadelphia, PA 19178 | H.R. – Benefits consultant for U.S. Health and Welfare Plans | $15,000 |
| Towers Perrin, Inc. (Canada) | PO Box 4615 Postal Station A Toronto, ON M5W 5A2 Canada | H.R. – Canadian Benefits Consultant | $2,000[2] |
| Milliman, Inc. | 1301 5th Ave. Ste. 3800 Seattle, WA 98101 | H.R. – 401()K and pension compliance advisor; Benefits Committee consultant | $2,000 |
| CMTI | 9001 Airport Freeway, Ste. 700 Fort Worth, TX 76180 | Tax – U.S. Abandoned Property | $1,000-$2,000[3] |
| Deloitte & Touche Tax LLP | PO Box 2079 Carol Stream, IL 60132 | Tax – U.S. Federal and State Income Tax Returns; Tax Consultant | $40,000 |
| Deloitte and Touche LLP | 2800 – 1055 Dunsmuir St 4 Bentall Centre PO Box 49279 Vancouver, BC V7X 1P4 Canada | Tax – Canada Representative for administrative VDP; General Canadian Tax Consultant and Preparation of Canadian Federal and Provincial Tax Returns | $30,000[4] |
| Diversified Solutions | 18025 Monterey Road Morgan Hill, CA 95037 | Tax – Recovery of Overpayments of U.S. Federal Telecommunications Tax | $7,500-$31,250[5] |
| International Tax Recovery | 854 Mass. Ave. Ste. #10 Cambridge, MA 02139 | Tax – Recovery for Overpayments of Ohio State Income Tax | $32,000[6] |
| KPMG | Dept 0771 PO Box 120001 Dallas, TX 75312 | Tax – U.S. Federal Tax Refund; Transfer Pricing; General Consulting | $45,000 |
| Livingston International | 5090 Explorer Dr. Ste. 400 Mississauga, ON L4W 4T9 Canada | Tax – Recovery for Overpayments of Canadian Goods and Services Tax | $4,000-$20,000[7] |

---

[2] The estimated monthly fees for this OCP are shown in Canadian Dollars.

[3] The estimated monthly fees for this OCP are on a 10% average contingency fee basis and assume an estimated tax refund of $10,000 to $20,000.

[4] The estimated monthly fees for this OCP are shown in Canadian Dollars.

[5] The estimated monthly fees for this OCP are on a one-time 25% contingency fee basis and assume an estimated tax refund of $30,000 to $125,000.

[6] The estimated monthly fees for this OCP are on a one-time 10% contingency fee basis and assume an estimated tax refund of $320,000.

[7] The estimated monthly fees for this OCP are on a one-time 40% contingency fee basis and assume a tax refund of $10,000 to $50,000. The fees for this OCP are shown in Canadian Dollars.

| Name | Address | Type of Service | Estimated Monthly Fees |
|------|---------|-----------------|------------------------|
| Ryan and Co., LLP | Three Galleria Tower<br>13155 Noel Road, Ste. 100<br>Dallas, TX 75240 | Tax – Recovery for Overpayments of U.S. Use Tax | $8,250-$16,500[8] |
| Duff and Phelps | 311 S. Wacker Dr., Suite 4200<br>Chicago, IL 60606 | Finance – Intangible Valuation | $8,000 |
| IBM Global Services | 6303 Barfield Road<br>Atlanta, BA 30328 | Finance – PCI Audit Consulting | $4,000 |
| Deloitte and Touche LLP | PO Box 7247-6446<br>Philadelphia, PA 19710 | Finance – SOX and Internal Audit Consulting | $35,000 |

---

[8] The estimated monthly fees for this OCP are on a one-time 33% contingency fee basis and assume an estimated tax refund of $25,000 to $50,000.

3

## Exhibit C

## List of Ordinary Course Professionals Limited to Monthly Fees and Expenses of $75,000

| Name | Address | Type of Service | Estimated Monthly Fees |
|---|---|---|---|
| AON Risk Services, Inc. | 199 Fremont St. Suite 1400 San Francisco, CA 94105 | Finance – Insurance Brokers | $75,000 |
| BDO Seidman, LLP | 601 W. Riverside Ave, Ste. 900 Spokane, WA 99201 | Finance – Independent Audit Services | $75,000 |

# EXHIBIT D

## Affidavit of Disinterestedness

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER HOLDINGS, INC., et al.,[1] | Case No. 09-12099 (MFW) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF DISINTERESTEDNESS**

STATE OF            )
                    ) ss:
COUNTY OF           )

[**Affiant**], being duly sworn, upon his/her oath, deposes and says:

1. I am a [position] of [Firm], located at [Street, City, State Zip Code] (the "**Firm**").

2. The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") have requested that the Firm provide [_____] services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "**Chapter 11 Cases**"), for persons that are parties in interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in these Chapter 11 Cases.

5. Neither I nor any principal, partner, director or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm [$_____] for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the date the Chapter 11 Cases were commenced (the "**Petition Date**"), the Firm [was/was not] party to an agreement for indemnification with certain of the Debtors. [**If there is such an agreement, a copy of such agreement is attached as Exhibit A to this Affidavit**].

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

---

List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 20___

_____
**[AFFIANT]**

Sworn to and subscribed before me

This _____ day of _____, 20___

Notary Public