# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDDIE BAUER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12099 (MFW)<br><br>Jointly Administered<br><br>Objection Deadline: June 30, 2009 at 4:00 p.m. (ET)<br>Hearing Date: July 7, 2009 at 9:30 a.m. (ET)<br><br>Ref. Docket Nos. 9 and 60 |

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO ADMINISTRATIVE AGENT UNDER THE PREPETITION TERM LOAN FACILITY; (III) COUNSEL TO THE STEERING COMMITTEE FOR THE PREPETITION TERM LENDERS; (IV) COUNSEL TO AGENT UNDER THE PREPETITION REVOLVING CREDIT FACILITY; (V) COUNSEL FOR THE INDENTURE TRUSTEE FOR THE $75 MILLION 5.25% CONVERTIBLE SENIOR NOTES DUE 2014; (VI) CREDITORS LISTED ON THE DEBTORS' CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS; (VII) THE DEBTORS' UTILITY PROVIDERS; AND (VIII) ALL OTHER PARTIES REQUIRED TO RECEIVE SERVICE UNDER LOCAL RULE 2002-1(b).

**PLEASE TAKE NOTICE** that on June 17, 2009, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the **Motion of the Debtors For Entry of an Interim and Final Order Pursuant To 11 U.S.C. §§ 105(A) And 366 (i) Prohibiting Utility Providers From Discontinuing, Altering or Refusing Utility Services, (ii) Deeming Utility Providers Adequately Assured of Future Performance and (iii) Establishing Procedures For Determining Adequate Assurance Of Payment** [Docket No. 9] (the "Motion"). On June 18, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an interim order [Docket No. 60] (the "Interim Order") approving the Motion on an interim basis and, among other things, prohibiting the Utility Providers from discontinuing, altering or refusing service pending a final disposition of the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections to entry of a final order approving the Motion must be filed on or before **June 30, 2009 at 4:00 p.m. (ET)** (the "Objection

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING ON THE MOTION WILL BE HELD ON **JULY 7, 2009 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT UNTIL SUCH TIME AS A FINAL ORDER ON THE MOTION IS ENTERED BY THE COURT, THE DEBTORS' UTILITIES ARE FORBIDDEN TO DISCONTINUE, ALTER OR REFUSE SERVICES TO THE DEBTORS ON ACCOUNT OF ANY UNPAID PREPETITION CHARGES OR TO DISCRIMINATE AGAINST THE DEBTORS, OR TO REQUIRE PAYMENT OF A DEPOSIT OR RECEIPT OR OTHER SECURITY FOR CONTINUED SERVICE AS A RESULT OF THE DEBTORS' BANKRUPTCY FILINGS OR ANY OUTSTANDING PREPETITION INVOICES IN CONNECTION WITH ANY UNPAID CHARGES FOR UTILITY SERVICES FURNISHED TO THE DEBTORS.**

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated: Wilmington, Delaware
June 18, 2009

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

David S. Heller
Josef S. Athanas
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

-and-

Heather L. Fowler
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION