Thomas J. Leanse (Cal. Bar No. 084638)
Brian D. Huben (Cal. Bar No. 134354)
Dustin P. Branch (Cal. Bar No. 174909)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Landlord Creditors
Cousins Properties Incorporated, The Macerich Company,
The Forbes Company, and Southgate Mall Associates

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER HOLDINGS, INC., | Case No. 09-12099-MFW |
| Debtor. | **VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** |

I, Brian D. Huben, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and a partner with the law firm of Katten Muchin Rosenman LLP ("Katten"). I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. I, along with Thomas J. Leanse, a partner with Katten, are the attorneys primarily responsible for representing the following creditors (the "Landlords") in connection with the above entitled case:

(1) Cousins Properties Incorporated, c/o Pamela F. Roper, 191 Peachtree Street NE, Suite 3600, Atlanta, GA 30303, Landlord and/or managing agent for the following shopping center locations:

| | |
|---|---|
| Avenue Carriage Crossing | Memphis, TN |
| Avenue East Cobb | Marietta, GA |
| Avenue West Cobb | Marietta, GA |

(2) The Macerich Company, c/o Steve Spector, Esq., 401 Wilshire Blvd., Suite 700, Santa Monica, California 90401, Landlord and/or managing agent for the following shopping center locations:

| | |
|---|---|
| Chandler Fashion Center | Chandler, AZ |
| Danbury Fair Mall | Danbury, CT |
| The Empire Mall | Sioux Falls, SD |
| Flagstaff Mall | Flagstaff, AZ |
| Flatiron Crossing | Broomfield, CO |
| Redmond Town Center | Redmond, WA |
| Rimrock Mall | Billings, MT |
| Rushmore Mall | Rapid City, SD |
| San Tan Village | Gilbert, AZ |
| Scottsdale Fashion Square | Scottsdale, AZ |
| South Plains Mall | Lubbock, TX |
| South Towne Center | Sandy, UT |
| Southern Hills Mall | Sioux City, IA |
| Twenty Ninth Street | Boulder, CO |
| Tysons Corner Center | McLean, VA |
| Washington Square | Portland, OR |

(3) The Forbes Company, c/o David Forbes, 100 Galleria Office Center, Suite 427, Southfield, MI 48034, Landlord and/or managing agent for the following shopping center location:

| | |
|---|---|
| Somerset Collection North | Troy, MI |

(4) Southgate Mall Associates, c/o Peter Lambros, 3011 American Way, Missoula, MT 59808, Landlord and/or managing agent for the following shopping center location:

| | |
|---|---|
| Southgate Mall | Missoula, MT |

4. The Landlords currently hold unsecured pre-petition claims, unsecured rejection claims and/or post-petition administrative claims for unpaid rent and other charges. The full amount

of each of the Landlords' claims is undetermined at this time.

5. The Landlords have all retained Katten to represent them with respect to their interests in connection with the above captioned case. All parties are being billed on a monthly basis. All parties are aware of Katten's representation of other clients in this matter.

6. All of the Landlords have waived the conflict of interests that might exist between them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of June, 2009, at Los Angeles, California.

    /s/ Brian D. Huben
    Brian D. Huben

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |
| 3 |     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067. |
| 5 |     On June 18, 2009, I served the foregoing document described as **VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows: |
| 7 | **SEE ATTACHED SERVICE LIST** |
| 8 | **(X)** **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 18, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated. |
| 11 | **( )** **(BY MAIL – See attached service list)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 15 | ( ) **BY FACSIMILE -** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission |
| 17 | **(__)** **(BY ELECTRONIC MAIL – See attached list)** By transmitting electronically to the parties at the email address indicated above. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents. |
| 19 |     I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 21 |     Executed on June 18, 2009, at Los Angeles, California. |
| 22 |                                       */s/ Donna Carolo*<br>                                       Donna Carolo |

**ECF SERVICE LIST**

Kara Hammond Coyle, Esq.
Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE 19801
Email: bankfilings@ycst.com

United Sates Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
USTPREGION03.WL.ECF@USDOJ.GOV