# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDDIE BAUER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12099 (MFW)<br><br>Jointly Administered<br><br>Docket Ref. No. 5 |

## INTERIM ORDER APPROVING CROSS-BORDER INSOLVENCY PROTOCOL

Upon consideration of the Motion[2] of the above-captioned Debtors for entry of an order approving that certain cross-border insolvency protocol attached hereto as <u>Exhibit A</u> (the "**Cross-Border Protocol**"); upon consideration of the First Day Declaration; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances and no other or further notice need be given; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before the Court; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

[2] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted on an interim basis.

2. The Cross-Border Protocol, attached hereto as <u>Exhibit 1</u>, is hereby approved.

3. The Debtors are hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

4. The deadline for any party to object to entry of a final order approving the Motion shall be July 2, 2009 at 4:00 p.m. (ET) and the final hearing on the Motion will be held on July 7, 2009 at 9:30 a.m. (ET).

5. The Court will hold a consolidated bid procedures hearing for the Chapter 11 Cases and Canadian Proceedings on June 29, 2009 at 11:30 a.m. (ET).

6. This Court shall retain jurisdiction to hear and determine all matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: June 24, 2009
Wilmington, Delaware

Mary F. Walrath
United States Bankruptcy Judge

DB02:8312085.4

068417.1001