UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Eddie Bauer Holdings, Inc., *et al.* | : | Case No. 09-12099 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York Mellon**, as Indenture Trustee, Attn: Robert H. Major, 6525 West Campus Oval, New Albany, OH 43054, Phone: 614-775-5278, Fax: 614-775-5636

2. **Tara Hill**, c/o Marc Primo, Esq., Initiative Legal Group LLP, 1800 Century Park East, Suite 200, Los Angeles, CA 90067, Phone: 310-556-5637, Fax: 310-861-9051

3. **RR Donnelley & Sons Company**, Attn: Dan Pevonka, 3075 Highland Pkwy., Downers Grove, IL 60515, Phone: 630-322-6931, Fax: 630-322-6052

4. **Simon Property Group**, Attn: Ronald M. Tucker, 225 W.Washington St., Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

5. **GGP Limited Partnership**, c/o Julie Minnick Bowden, 110 N. Wacker Drive, Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

6. **AQR Capital**, Attn: Todd Pulvino, 2 Greenwich Plaza, 1st Floor, Greenwich, CT 06830, Phone: 203-742-3002, Fax: 203-742-3072

7. **Highbridge Capital Management, LLC**, Attn: Eric Colandrea, 9 West 57th Street, 27th Floor, New York, NY 10019, Phone: 212-287-4735, Fax: 212-751-0755

    ROBERTA A. DeANGELIS
Acting United States Trustee, Region 3

   /s/ David L. Buchbinder
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: June 25, 2009

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael R. Nestor, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253