# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EDDIE BAUER HOLDINGS, INC., | ) | |
| Et al. | ) | CASE NO. 09-12099(MFW) |
| | ) | |
| | ) | |

## OBJECTION OF TREASURER OF ARAPAHOE COUNTY, COLORADO TO DEBTORS MOTION TO SELL ITS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTEREST

Treasurer of Arapahoe County, Colorado ("Arapahoe County"), by and through its undersigned attorneys, objects to the Debtors Motion for Authority to Sell Assets Free and Clear of Liens, Claims, Encumbrances and Interest, and states as follows:

1. Arapahoe County has filed a secured claim for 2009 ad valorem property taxes. The amount of the claim totals $9,187.81.

2. Pursuant to Colorado Revised Statutes (C.R.S.) § 39-1-107, the County's lien attaches to the property on January 1st of the current year and becomes a perpetual lien until it is paid in full. Said statute also states that such lien becomes a priority lien over all others.

3. Pursuant to C.R.S. § 39-10-113, if after the lien has attached to the subject property, and the County Treasurer has reason to believe the property may be transferred or removed from the State of Colorado, prior to the taxes being levied for the current year, the Treasurer has the right to immediately attempt to collect said taxes.

4. The Debtors propose to sell all of its property free and clear of all liens, claims, encumbrances and interests. Although the relief requested by the debtor states that the secured lenders liens will attach to the proceeds, it fails to allow for property taxes, which has first priority over all others.

5. Merely providing that tax liens shall attach to the proceeds from the sale does not adequately protect Arapahoe County as required by 11 U.S.C. § 363(e). Pursuant to 11 U.S.C. § 363(c)(4), the Debtors "shall segregate and account for any cash collateral", and a separate and segregated account must be created for the 2009 property taxes from the proceeds to comply with the requirements of § 363(c)(4).

6. As an alternative the Debtor can satisfy its obligation to Arapahoe County and pay said property taxes from the sale proceeds at closing.

WHEREFORE, the Treasurer of Arapahoe County respectfully requests the Court deny Debtor's request for an order selling property free and clear of all liens; or alternatively, order the debtors to either create a segregated account for the Arapahoe County Colorado 2009 ad valorem property taxes, or pay said taxes in full prior to the subject sale.

Dated this 25th day of June, 2009.

KATHRYN L. SCHROEDER
ARAPAHOE COUNTY ATTORNEY


By: /s/ George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO 80166
303.795.4639


CERTIFICATE OF SERVICE

This is to certify that on this 25th day of June, 2009 a true and correct copy of **OBJECTION OF TREASURER OF ARAPAHOE COUNTY, COLORADO TO DEBTORS MOTION TO SELL ITS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTEREST** was served via United States First Class Mail to the following:

/s/ Makita Williams
Makita Williams, Paralegal

SEE ATTACHED

| | | |
|---|---|---|
| ANDREW S CONWAY ESQ<br>200 EAST LONG LAKE ROAD STE 300<br>BLOOMFIELD HILLS, MI 48304 | AT&T<br>MELANIE MCCREARY<br>225 W RANDOLPH, 6TH FL<br>CHICAGO, IL 60606 | ATTORNEY GENERALS OFFICE<br>JOSEPH R BIDEN III<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 8TH FL<br>WILMINGTON, DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>DAVID POLLACK JEFFREY MEYERS AND DEAN WALDT<br>1735 MARKET ST 51ST FL<br>MELLON BANK CENTER<br>PHILADELPHIA, PA 19103 | BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>TOBEY DALUZ LESLIE HELLMAN AND JOSHUA ZUGERMAN<br>919 MARKET ST 12 FL<br>WILMINGTON, DE 19801 | BANK OF AMERICA, N.A., AS AGENT<br>BANK OF AMERICA SECURITIES, LLC<br>DAVID R. VEGA<br>100 FEDERAL ST<br>BOSTON, MA 02110 |
| BANK OF AMERICA, N.A., AS AGENT<br>BANK OF AMERICA SECURITIES, LLC<br>STEPHEN GARVIN<br>100 FEDERAL ST<br>BOSTON, MA 02110 | BOOM!<br>PAUL DEGAETANO<br>800 3RD AVE, 2ND FL<br>NEW YORK, NY 100227601 | CAFARO MANAGEMENT COMPANY<br>RICHARD T DAVIS<br>2445 BELMONT AVEBUE<br>PO BOX 2186<br>YOUNGSTOWN, OH 44504-0186 |
| CAIRNCROSS & HEMPELMANN PS<br>JOHN R KNAPP<br>524 2ND AVENUE SUITE 500<br>SEATTLE, WA 98104 | CBL & ASSOCIATES PROPERTIES<br>2030 HAMILTON PLACE BLVD.<br>STE 500<br>CHATTANOOGA, TN 37421-6000 | COLORGRAPHICS<br>DENISE BENNETT<br>150 N MYERS ST<br>LOS ANGELES, CA 90033 |
| COMPTROLLER OF PUBLIC ACCOUNTS FOR TEXAS<br>KIMBERLY A WALSH<br>PO BOX 12548<br>BANKRUPTCY & COLLECTIONS DIVISION<br>AUSTIN, TX 78711-2548 | CONNOLLY BOVE LODGE & HUTZ LLP<br>KAREN BIFFERATO CHRISTINA THOMPSON AND KELLY CONLAN<br>1007 NORTH ORANGE STREET<br>THE NEMOURS BUILDING<br>WILMINGTON, DE 19801 | COOCH AND TAYLOR PA<br>SUSAN E KAUFMAN<br>1000 WEST ST 10TH FL<br>THE BRANDYWINE BUILDING<br>WILMINGTON, DE 19899 |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>STEVEN J REISMAN<br>101 PARK AVE<br>NEW YORK, NY 10178 | DANNY HERNANDEZ<br>INITIATIVE LEGAL GROUP LLP (ATTN: MARC PRIMO)<br>1800 CENTURY PARK EAST<br>2ND FL<br>LOS ANGELES, CA 90067 | DELAWARE DEPT OF JUSTICE<br>ATTN BANKRUPTCY DEPT<br>DIV OF SECURITIES<br>820 N FRENCH ST 5TH FL<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF THE STATE<br>DIVISION OF CORPORATIONS<br>PO BOX 898<br>FRANCHISE TAX DIVISION<br>DOVER, DE 19903 | DELAWARE SECRETARY OF THE TREASURY<br>PO BOX 7040<br>DOVER, DE 19903 | DEPARTMENT OF LABOR<br>DIVISION OF UNEMPLOYMENT INS<br>4425 N MARKET ST<br>WILMINGTON, DE 19802 |
| EPSILON<br>STACEY DEMELLO<br>100 SUMMIT DR<br>MILFORD, OK 45150 | EXPEDITOR'S INTERNATIONAL<br>JANNELLE FARINA<br>21318 64TH AVE S<br>KENT, WA 98032 | FEDEX<br>HECTOR NAVARRETE<br>MODULE G 4TH FL<br>3965 AIRWAYS BLVD<br>MEMPHIS, TN 38116 |
| FROST BROWN TODD LLC<br>RONALD E GOLD<br>201 EAST FIFTH STREET<br>2200 PNC CENTER<br>CINCINATTI, OH 45202 | FRY INC<br>DORA OSARIO-CASTRO<br>650 AVIS DR<br>ANN ARBOR, MI 48108 | GE VENDOR FINANCIAL SERVICES<br>MERIDIAN, TRINITY SQUARE<br>23/59 STAINES RD<br>HOUNSLOW, TW3 3HF UK |
| GE VENDOR FINANCIAL SERVICES<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 | GGP LIMITED PARTNERSHIP DIP AS AGENT<br>KRISTIN N PATE<br>110 N WACKER DR<br>CHICAGO, IL 60606 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>11601 ROOSEVELT BLVD<br>MAIL DROP N781<br>PHILADELPHIA, PA 10154 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>31 HOPKINS PLZ RM 1150<br>BALTIMORE, MD 21201 | IOS CAPITAL<br>CO IKON FINANCIAL SERVICES<br>1738 BASS RD BLDG 3<br>MACON, GA 31210 |
| J.P. MORGAN<br>JAMES A. KNIGHT<br>277 PARK AVE, 23RD FL<br>NEW YORK, NY 10172 | KASOWITZ BENSON TORRES & FRIEDMAN LLP<br>DAVID S ROSNER<br>1633 BRDWAY<br>NEW YORK, NY 10019 | KATTEN MUCHIN ROSENMAN LLP<br>THOMAS LEANSE BRIAN HUBEN AND DUSTIN BRANCH<br>2029 CENTURY PARK EAST STE 2600<br>LOS ANGELES, CA 90067 |
| KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE AND GILBERT R SAYDAH<br>101 PARK AVE<br>NEW YORK, NY 10178 | KIVA DESIGNS<br>MEGAN LINTZ<br>1350 HAYES ST #C16<br>BENICIA, CA 94510 | KRISTAL D. SCHERER<br>LAW OFFICES OF SHELDON A. OSTROFF<br>(ATTN. SHELDON A. OSTROFF)<br>1441 STATE ST.<br>SAN DIEGO, CA 92101 |
| KUPELIAN ORMOND & MAGY PC<br>TERRANCE HILLER  DAVID BLAU PAUL MAGY AND MATTHEW SCHLEGEL<br>25800 NORTHWESTERN HIGHWAY STE 950<br>SOUTHFIELD, MI 48075 | LECLAIRRYAN PC<br>NICLAS A FERLAND AND ILAN MARKUS<br>555 LONG WHARF DRIVE 8TH FL<br>NEW HAVEN, CT 06511 | LINEBARGER COGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2323 BRYAN STREET STE 1600<br>DALLAS, TX 75201 |
| MCCREARY VESELKA BRAGG & ALLEN PC<br>MICHAEL REED<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | MEISEL<br>C. LAMINACK<br>2019 MCKENZIE DR<br>CARROLLTON, TX 75006 | MENTER RUDIN & TRIVELPIECE PC<br>KEVIN M NEWMAN<br>308 MALTBIE ST STE 200<br>SYRACUSE, NY 13204 |
| MIDLAND PAPER CO<br>RICHARD FEY<br>1140 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | MIRICK OCONNELL DEMALLIE & LOUGEE LLP<br>PAUL CAREY<br>100 FRONT STREET<br>WORCESTER, MA 01608 | MISSOURI DEPT OF REVENUE<br>SHERYL MOREAU<br>PO BOX 475<br>BANKRUPTCY UNIT<br>JEFFERSON CITY, MO 65105 |
| MONARCH ALTERNATIVE CAPITAL LP<br>ANDREW HERENSTEIN<br>535 MADISON AVE<br>NEW YORK, NY 10022 | MONARCH ALTERNATIVE CAPITAL LP<br>PATRICK BARTELS<br>535 MADISON AVE<br>NEW YORK, NY 10022 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ROBERT DEHNEY GREGORY WERKHEISER AND MATTHEW HARVEY<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON, DE 19899 |
| NATIONAL PRINT GROUP INC<br>READA HELPINGSTINE<br>2464 AMNICOLA HIGHWAY<br>CHATTANOOGA, TN 37406 | NEWGISTICS<br>JASON MARKO<br>621 S ROYAL LN<br>COPPELL, TX 75019 | OFFICE OF THE UNITED STATES TRUSTEE DELAWARE<br>RICHARD SCHEPACARTER<br>844 KING ST STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19899-0035 |
| OMEGA WASTE MANAGEME<br>KELLY STEWART<br>957 COLUSA ST<br>CORNING, CA 96021 | OTTO INTERNATIONAL (HONG KONG) LIMITED<br>19th FL , PENINSULA SQUARE<br>18 SUNG ON ST<br>HUNGHOM, KOWLOON  HK | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>LUC A DESPINS LESLIE PLASKON AND CHRISTOPHER DESIDERIO<br>75 EAST 55TH ST 1ST FL<br>PARK AVE TOWER<br>NEW YORK, NY 10022 |

PENSION BENEFIT GUARANTY CORP
OFFICE OF THE CHIEF COUNSEL
1200 K ST NW
WASHINGTON, DC 20005

PERDUE BRANDON FIELDER COLLINS &
MOTT LLP
ELIZABETH BANDA
PO BOX 13430
ARLINGTON, TX 76094

PERFORMICS
SYLVIA LOPEZ
180 N LASALLE STE 1100
CHICAGO, IL 60601

RAC TRUST
CO DEUTSCHE BANK TRUST COMPANY
DELAWARE
1011 CENTRE RD, STE 200
WILMINGTON, DE 19805-1266

RIEMER & BRAUNSTEIN LLP
DONALD E. ROTHMAN
3 CENTER PLAZA
BOSTON, MA 02108

RIEMER & BRAUNSTEIN LLP
MARJORIE S. CRIDER
3 CENTER PLAZA
BOSTON, MA 02108

RR DONNELLEY RECEIVABLES INC
TOM VAN WESTRIENEN
5050 1ST AVE S STE 101
SEATTLE, WA 98134

RUSSELL REYNOLDS
MEL GARRETT
101 CALIFORNIA ST, STE 2900
SAN FRANCISCO, CA 94111

SCHEINER COMMERCIAL
JOE SCHEINER
25 NORTH WAHSATCH AVE
COLORADO SPRINGS, CO 80903

SECURITIES & EXCHANGE COMMISSION
MARK SCHONFELD REGIONAL DIRECTOR
NORTHEAST REGIONAL OFFICE
3 WORLD FINANCIAL CENTER RM 4300
NEW YORK, NY 10281

SIMON PROPERTY GROUP
RONALD M TUCKER
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SOUTH CENTRAL POWER
RALPH LUFFLER
2780 COONPATH RD NE
LANCASTER, OH 43130

SPIEGEL CREDITORS TRUST
JIM GALLAGHER C/O PINE BROOK
ASSOCIATES LLC
16 LANCASTER AVE
PINE BROOK, NJ 7058

STAGEPLAN INC
JOHN PRITCHOW
1101 BATTERSBY AVE
ENUMCLAW, WA 98022

STATE OF DELAWARE DIVISION OF
REVENUE
RANDY R WELLER MS NO 25
820 N FRENCH ST 8TH FL
WILMINGTON, DE 19801-0820

THE BANK OF NEW YORK
MARY LAGUMINA
CORPORATE TRUST ADMINISTRATION
101 BARCLAY ST - FL 8W
NEW YORK, NY 10286

THOMPSON HINE LLP
LOUIS F SOLIMINE
312 WALNUT STREET STE 1400
CINCINATTI, OH 45202

TRANZACT
JOHN NEAL
360 W BUTTERFIELD RD STE 400
ELMHURST, IL 60126

UPROMISE
KEN CIESIELSKI
95 WELLS AVE, STE 160
NEWTON, MA 02459

US ATTORNEY GENERAL US DEPARTMENT
OF JUSTICE
MICHAEL MUKASEY
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

US ATTORNEYS OFFICE
ELLEN W SLIGHTS
1007 N ORANGE ST STE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

US CUSTOMS SERVICE
MIKE HAGGE
ACH DEBIT APPLICATIONS REVENUE
DIVISION
6650 TELECOM DR, STE 100
INDIANAPOLIS, IN 46278

VANNEY ASSOCIATES
ROBERT F VANNEY
360 NORTH ROBERT ST, STE 201
ST. PAUL, MN 55101

VIPDESK CONNECT INC
SALLY HURLEY
324 N FAIRFAX ST
ALEXANDRIA, VA 22314

VODA STUDIOS
JOSH COURTNEY
1601 DEXTER AVE N
SEATTLE, WA 98109

VULCAN MGMT / SMART SERVICES
COURTNEY MARRERO
7215 2ND AVE
KENOSHA, WI 53143

WEIL GOTSHAL & MANGES LLP
ALFREDO R PEREZ
700 LOUISIANA STE 1600
HOUSTON, TX 77002

WEIL GOTSHAL & MANGES LLP
JULIO C GURDIAN
767 FIFTH AVE
NEW YORK, NY 10153

WELLS FARGO BANK, N.A.
999 3RD AVE, 10TH FL
SEATTLE, WA 98104

WOMBLE CARLYLE SANDRIDGE & RICE PLLC
STEVEN KORTANEK MARK
DESGROSSEILLERS AND MATTHEW WARD
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WORLD FINANCIAL NETWORK NATIONAL BANK
800 TECHCENTER DR
GAHANNA, OH 43230

WORLD FINANCIAL NETWORK NATIONAL BANK
3100 EASTON SQUARE PLACE
COLUMBUS, OH 43219