IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDDIE BAUER HOLDINGS, INC., et al., | ) ) | Case No. 09-12099 (MFW) |
| | ) ) ) | Sale Hearing: June 29, 2009 at 11:30 a.m. (ET)<br>Objections Due: June 26, 2009 at 12:00 p.m.(ET) |
| Debtors. | ) ) ) | [Docket No. 24] (the "Motion") |

## DECLARATION OF DEBORAH NICHOLS IN SUPPORT OF OBJECTION OF THE COUNTY OF SANTA CLARA TO PROPOSED SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS ("COUNTY'S OBJECTION TO SALE")

Dated: June 25, 2009

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
ANN MILLER RAVEL, County Counsel (Cal. Bar No. 62139)
NEYSA A. FLIGOR, Deputy County Counsel (Cal Bar No. 215876)
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Counsel to Creditor County of Santa Clara Tax Collector

I, DEBORAH NICHOLS, declare as follows:

1. I am an agent of the Tax Collector of the County of Santa Clara (the "County") and am authorized to make proof of claim on behalf of the County. I make this declaration in support of the County's Objection to Sale of Debtor Eddie Bauer Holding, Inc.'s Assets Free and Clear of Liens, Claims, and Interests ("County's Objection to Sale") in the above-captioned matter. If called to testify as a witness, I could and would testify competently thereto.

2. As of January 1, 2009, Eddie Bauer Holdings, Inc. owed the County approximately $3,417.83. The consideration for this debt is personal property tax. The County is currently preparing its proof of claim for this amount.

The foregoing is based upon my personal knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 25, 2009, at San Jose, California.

*Deborah Nichols*
DEBORAH NICHOLS