## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDDIE BAUER HOLDINGS, INC., | ) | Case No. 09-12099 (MFW) |
| *ET AL.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | RE: Docket No. 24 |
| | ) | |

**JOINDER OF GREGORY GREENFIELD & ASSOCIATES LTD.
TO THE LIMITED OBJECTION OF THE MACERICH COMPANY,
THE FORBES COMPANY, COUSINS PROPERTIES INCORPORATED, AND
SOUTHGATE MALL ASSOCIATES TO MOTION PURSUANT TO 11 U.S.C. §§ 105(A),
363, 365, AND BANKRUPTCY RULES 2002 AND 6004 FOR (I) ENTRY OF ORDER
(A) ESTABLISHING BIDDING AND AUCTION PROCEDURES RELATED TO THE
SALE OF ALL OF THE DEBTORS' ASSETS; (B) APPROVING BID PROTECTIONS
FOR THE SALE OF ALL OF THE DEBTORS' ASSETS; (C) SCHEDULING AN
AUCTION AND SALE HEARING FOR THE SALE OF THE DEBTORS' ASSETS;
(D) ESTABLISHING CERTAIN NOTICE PROCEDURES FOR DETERMINING CURE
AMOUNTS FOR EXECUTORY CONTRACTS AND LEASES TO BE ASSIGNED; AND
(E) GRANTING CERTAIN RELATED RELIEF; AND (II) ENTRY OF AN ORDER
(A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF
ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES; (C) ESTABLISHING REJECTION PROCEDURES AND
GUIDELINES FOR CONDUCTING OF STORE CLOSING SALES; AND
(D) EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES
OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(D)(4)**

Gregory Greenfield & Associates Ltd., as direct and indirect owner of the landlord and/or managing agent for Westgate Mall, Amarillo, Texas, and Westland Center, Westland, Michigan Woodbridge (collectively, the "<u>Landlord</u>") by and through its attorneys, Kelley Drye & Warren LLP, hereby concurs with and joins (the "<u>Joinder</u>") the limited objection of the Macerich Company, the Forbes Company, Cousins Properties Incorporated, and Southgate Mall Associates (Docket No. 140) to the Debtors' motion for (I) entry of an order (A) establishing bidding and auction procedures related to the sale of all of the Debtors' assets; (B) approving bid protections; (C) scheduling an auction and sale hearing; (D) establishing notice procedures for cure amounts; and (E) granting certain relief; and (II) entry of an order (A)

approving the sale of the Debtors' assets; (B) authorizing the assumption and assignment of executory contracts and unexpired leases; (C) establishing rejection procedures and store closing guidelines; and (D) extending the deadline to assume or reject leases (the "Motion") (Docket No. 24). The Landlord additionally joins in objections to the Motion filed by other landlords to the extent they are not inconsistent with this Joinder.

Dated: New York, New York
June 26, 2009

KELLEY DRYE & WARREN LLP

By: */s/ Gilbert R. Saydah*
Robert L. LeHane
Gilbert R. Saydah (DE Bar No. 4304)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Counsel for Gregory Greenfield & Associates Ltd.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the *JOINDER OF GREGORY GREENFIELD & ASSOCIATES LTD. TO THE LIMITED OBJECTION OF THE MACERICH COMPANY, THE FORBES COMPANY, COUSINS PROPERTIES INCORPORATED, AND SOUTHGATE MALL ASSOCIATES TO MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365, AND BANKRUPTCY RULES 2002 AND 6004 FOR (I) ENTRY OF ORDER (A) ESTABLISHING BIDDING AND AUCTION PROCEDURES RELATED TO THE SALE OF ALL OF THE DEBTORS' ASSETS; (B) APPROVING BID PROTECTIONS FOR THE SALE OF ALL OF THE DEBTORS' ASSETS; (C) SCHEDULING AN AUCTION AND SALE HEARING FOR THE SALE OF THE DEBTORS' ASSETS; (D) ESTABLISHING CERTAIN NOTICE PROCEDURES FOR DETERMINING CURE AMOUNTS FOR EXECUTORY CONTRACTS AND LEASES TO BE ASSIGNED; AND (E) GRANTING CERTAIN RELATED RELIEF; AND (II) ENTRY OF AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (C) ESTABLISHING REJECTION PROCEDURES AND GUIDELINES FOR CONDUCTING OF STORE CLOSING SALES; AND (D) EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(D)(4)* was served on the June 26, 2009 on the parties and by the means listed below.

*/s/ Sarah K. Kam*
Sarah K. Kam

**Via Fax**

Michael R. Nestor, Esq.
Kara Hammond Coyle, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(Counsel for the Debtors)

David Buchbinder, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

David S. Heller, Esq.
Josef S. Athanas, Esq.
Latham & Watkins LLP
233 South Wacker Drive
Chicago, IL 60606
Fax: (312) 993-9767
(Counsel for the Debtors)

Heather L. Fowler, Esq.
Latham & Watlkins LLP
355 South Grand Avenue
Los Angeles, CA 90071
Fax: (213) 891-8763
(Counsel for the Debtors)

Donald E. Rothman, Esq.
Riemer & Braustein LLP
Three Center Plaza
Boston, MA 02108
Fax: (617) 692-3556
(Counsel for the DIP Agent)

Luc Despins, Esq.
Leslia A. Plaskon, Esq.
Paul Hastings Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Fax: (212) 230-7771
(Counsel for the Pre-Petition Term Agent)

David S. Rosner, Esq.
Adam L. Shiff, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Fax: (212) 506-1800
(Counsel to the Term Lender)