IN THE UNITED STATES BAKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| EDDIE BAUER HOLDINGS, INC., *et al* | : | Case No. 09-12099 (MFW) |
|  | : |  |
| Debtor(s). | : | Hearing Date: June 29, 2009 at 11:30 a.m. |
|  | : | Objection Deadline: June 26, 2009 at 12:00 p.m. |
|  |  | Related to Docket No. 24 |

**JOINDER OF GREATER LAKESIDE CORPORATION, AS AGENT FOR CAUSEWAY ASSOCIATES, TO THE LIMITED OBJECTION OF THE MACERICH COMPANY, THE FORBES COMPANY, COUSINS PROPERTIES INCORPORATED AND SOUGHGATE MALL ASSOCIATES TO MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND BANKRUPTCY RULES 2002 AND 6004 FOR (I) ENTRY OF ORDER (A) ESTABLISHING BIDDING AND AUCTION PROCEDURES REALTED TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (B) APPROVING BID PROTECTIONS FOR THE SALE OF ALL OF THE DEBTOR'S ASSETS, (C) SCHEDULING AN AUCTION AND SALE HEARING FOR THE SALE OF THE DEBTOR'S ASSETS: (D) ESTABLISHING CERTAIN NOTICE PROCEDURES FOR DETERMINING CURE AMOUNTS FOR EXECUTORY CONTRACTS AND LEASES TO BE ASSIGNED: AND (E) GRANTING CERTAIN RELATED RELIEF: AND (II) ENTRY OF AN ORDER (A) APPROVING THE SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBERANCES AND INTERESTS: (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRES LEASES: (C) ESTABLISHING REJECTION PROCEDURES AND GUIDELINES FOR CONDUCTING STORE CLOSING SALES: AND (D) EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRES LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(D)(4)**

Greater Lakeside Corporation, as agent for Causeway Associates (the "Landlord"), by and through its undersigned counsel, hereby joins (the "Joinder") with the limited objection of the Macerich Company, the Forbes Company, Cousins Properties Incorporated and Southgate Mall Associates (Docket No. 140) to the Debtor's motion for (I) entry of order (A) establishing bidding and auction procedures related to the sale of substantially all of the debtor's assets; (B)

{00440276.DOC;1}

approving bid protections for the sale of all of the debtor's assets, (C) scheduling an auction and sale hearing: (D) establishing certain notice procedures for determining cure amounts for executory contracts and leases to be assigned: and (E) granting certain related relief: and (II) entry of an order (A) approving the sale of the debtor's assets free and clear of all liens, claims, encumbrances and interests: (B) authorizing the assumption and assignment of certain executory contracts and unexpired leases: (C) establishing rejection procedures and guidelines for conducting store closing sales: and (D) extending the deadline to assume or reject unexpired leases of nonresidential real property pursuant to 11 U.S.C. § 365(d)(4)(the "Motion")(Docket No. 24). The Landlord also joins in the objection to the Motion filed by other landlords to the extent they are not inconsistent with this Joinder.

Dated: New York, New York
     June 26, 2009

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _/s/ Fred B. Ringel_____
1345 Avenue of the Americas, 31st Floor
New York, New York 10105
Tel. No. 212-603-6300
Counsel to Greater Lakeside Corporation

# CERTIFICATE OF SERVICE

      The undersigned hereby vertified that a copy of the foregoing Joinder was served on June 26, 2009 on the parties and by the means listed below:

/s/Fred B. Ringel
Fred B. Ringel

Via E-mail

**Michael R. Nestor**
Young Conaway Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
 Email: bankfilings@ycst.com