# EXHIBIT B

## KEIP PARTICIPANTS AND BENEFITS

[TO BE FILED SEPARATELY UNDER SEAL]