# EXHIBIT C

## KMIP PARTICIPANTS AND BENEFITS

[TO BE FILED SEPARATELY UNDER SEAL]