IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDDIE BAUER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12099 (MFW)<br><br>Jointly Administered<br><br>**Ref. Doc. Nos. 24, 140, 145, 146, 147, 149, 150, 151, 153, 156, 157, 158, 159, 163, 164, 175 and 176** |

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365, AND BANKRUPTCY RULES 2002, 6004, 6006 FOR (A) ESTABLISHING BIDDING AND AUCTION PROCEDURES RELATED TO THE SALE OF ALL OF THE DEBTORS' ASSETS; (B) APPROVING BID PROTECTIONS FOR THE SALE OF ALL OF THE DEBTORS' ASSETS; (C) SCHEDULING AN AUCTION AND SALE HEARING FOR THE SALE OF ALL OF THE DEBTORS' ASSETS; (D) ESTABLISHING CERTAIN NOTICE PROCEDURES FOR DETERMINING CURE AMOUNTS FOR EXECUTORY CONTRACTS AND LEASES TO BE ASSIGNED; AND (E) GRANTING CERTAIN RELATED RELIEF**

On June 17, 2009, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the Motion Pursuant to 11 U.S.C. §§ 105(A), 363, 365, and Bankruptcy Rules 2002, 6004, 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of all of the Debtors' Assets; (B) Approving Bid Protections for the Sale of the Debtors' Assets; (C) Scheduling an Auction and Sale Hearing for the Sale of the Debtors' Assets; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Leases to be Assigned; and (E) Granting Certain

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

Related Relief; and (II) Entry of an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Rejection Procedures and Guidelines for Conducting Store Closing Sales; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) [Docket No. 24] (the "Motion"). On various dates, objections (collectively, the "Objections") to the Motion were filed by the Official Committee of Unsecured Creditors (the "Committee"), Wilmington Trust FSB, successor by assignment to JPMorgan Chase Bank, N.A., as Agent for the prepetition secured term loan lenders (the "Term Lenders"), and various landlords and taxing authorities (collectively, the "Objectors") [Docket Nos. 140, 145, 146, 147, 149, 150, 151, 153, 156, 157, 158, 159, 163, 164, 175 and 176].

A hearing (the "Hearing") on the Motion and Objections was held on June 29, 2009. Attached hereto as Exhibit A is a revised form of order approving the Motion (the "Revised Order") and revised bidding procedures, which are attached to the Revised Order as Exhibit 1. For the Court's convenience, attached hereto as Exhibit B are blacklines of the Revised Order and revised bidding procedures. The Debtors submit that the Revised Order and revised bidding procedures accurately reflect the Court's ruling and settlement reached among the parties at the Hearing.

Accordingly, the Debtors respectfully request that the Court enter the Revised Order attached hereto as <u>Exhibit A</u> at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware  
June 30, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ K. Coyle*

Michael R. Nestor (No. 3526)  
Kara Hammond Coyle (No. 4410)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

and

David S. Heller  
Josef S. Athanas  
LATHAM & WATKINS LLP  
Sears Tower, Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  
Telephone: (312) 876-7700  
Facsimile: (312) 993-9767

and

Heather L. Fowler  
LATHAM & WATKINS LLP  
355 South Grand Avenue  
Los Angeles, California 90071-1560  
Telephone: (213) 485-1234  
Facsimile: (213) 891-8763

PROPOSED ATTORNEYS FOR DEBTORS  
AND DEBTORS-IN-POSSESSION