# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Eddie Bauer Holdings, Inc. | | |
| **Case Number:** | 09-12099-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JUNE 29, 2009 11:30 AM  CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | NICKITA BARKSDALE | | |

## *Matter:*

Bid Procedures

**R / M #:**   184 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Order due under Certification of Counsel
- Item 2 - Order entered