IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EDDIE BAUER HOLDINGS, INC., *et al.*,[4] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-12099 (MFW) <br><br> Jointly Administered <br><br> Docket Ref. No. 197, 198 + 199 |

## ORDER APPROVING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER (I) THE MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING KEY EXECUTIVE INCENTIVE PLAN AND KEY MANAGER INCENTIVE PLAN; AND (II) A RELATED MOTION TO FILE EXHIBITS UNDER SEAL

Upon consideration of the motion (the "Motion to Shorten")[5] of the Debtors, pursuant to section 105(a) of the Bankruptcy Code and Local Rule 9006-1(e), for entry of an order approving the time for notice of the hearing to consider the KEIP Motion and the Seal Motion so that such motions can be heard on or before July 15, 2009 (ET); and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of this Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion to Shorten is ~~granted~~ denied; and it is further

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded); Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

[5] Capitalized terms used herein shall have the meaning set forth in the Motion to Shorten.

**ORDERED** that a hearing on the KEIP Motion and the Seal Motion will be held on _July 22_, 2009 at _9:30 AM_ (ET) before the Honorable _Mary Walrath_; and it is further

**ORDERED** that any responses to the KEIP Motion and the Seal Motion must be filed with the Court and served on counsel to the Debtors on or prior to 12:00 Noon (ET) on _July 15_, 2009; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_July 2_, 2009

_____
Mary F. Walrath
United States Bankruptcy Judge