**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                    )
In re:                              ) Chapter 11
                                    )
EDDIE BAUER HOLDINGS,               ) Case No. 09-12099 (MFW)
INC., *et al.*,                     )
                                    )
         Debtors.                   ) Jointly Administered
                                    )
                                    ) Re: Docket Nos. 9, 214
                                    ) Objection Deadline: 6/30/09, 4:00 p.m.
                                    ) Hearing Date: 7/7/09, 9:30 a.m.
_____ )

**JOINDER OF FLORIDA POWER CORPORATION d/b/a PROGRESS ENERGY FLORIDA, PENNSYLVANIA POWER COMPANY, AND WESTAR ENERGY, INC. TO THE OBJECTION OF CERTAIN UTILITY COMPANIES TO THE MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105(A) and 366 (I) PROHIBITING UTILITY PROVIDERS FROM DISCONTINUING, ALTERING OR REFUSING UTILITY SERVICES, (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

Florida Power Corporation d/b/a Progress Energy Florida ("PEF"), Pennsylvania Power Company ("PPC"), and Westar Energy, Inc. ("Westar") (collectively, the "Joinder Utilities"), hereby join in the *Objection Of Certain Utility Companies* (the "Objection") to the *Motion of the Debtors For Entry of an Interim and Final Order Pursuant To 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Providers From Discontinuing, Altering or Refusing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance and (III) Establishing Procedures For Determining Adequate Assurance of Payment* (the

"Utility Motion"), and set forth the following:

## Introduction

1.   The Joinder Utilities adopt and incorporate by reference herein the *Introduction* section set forth in the Objection.

## Facts

2.   The Joinder Utilities adopt and incorporate by reference herein the *Facts* section set forth in the Objection.

## Facts Concerning the Utilities

3.   The Joinder Utilities adopt and incorporate by reference herein the *Facts Concerning the Utilities* section set forth in the Objection.

4.   Additionally, in order to avoid the need to bring witnesses and have lengthy testimony regarding the Joinder Utilities' regulated billing cycles, the Joinder Utilities request that this Court, pursuant to Rule 201 of the Federal Rules of Evidence, take judicial notice of the Joinder Utilities' billing cycles.  Pursuant to the foregoing request and based on the voluminous size of the applicable documents, the Joinder Utilities are providing the following web site link to their respective tariffs and/or state laws, regulations and/or ordinances:

PEF –
http://www.progress-energy.com/aboutenergy/rates/index.asp#b3

PPC –
Tariffs – http://www.firstenergycorp.com/Residential_and_Business/Customer_Choice/Tariff_Information/Pennsylvania_Tariffs.html

Regulations - http://www.pacode.com/secure/data/052/chapter55/chap55toc.html

Westar – http://www.westarenergy.com/corp_com/contentmgt.nsf/publishedpages/Rates?opendocument

5. Subject to a reservation of rights to supplement their post-petition deposit requests if additional accounts belonging to the Debtors are subsequently identified, the Joinder Utilities' prepetition debt estimates and post-petition deposit requests are currently as follows:

| **Utility** | **No. of Accts.** | **Est. Pre-Pet. Debt** | **Dep. Request** |
| --- | --- | --- | --- |
| PEF | 3 | $6,717.85 | $7,380 (2-month) |
| PPC | 1 | $643.45 | $2,600 (2-month) |
| Westar | 2 | $4,503.57 | $8,480 (2-month) |

6. PEF maintained a prepetition deposit in the amount of $5,334.39 on the Debtors' prepetition accounts that will be applied to the Debtors' estimated pre-petition debt pursuant to Section 366(c)(4).

**Discussion**

**A.  THE UTILITY MOTION SHOULD BE DENIED AS TO THE UTILITIES.**

The Joinder Utilities incorporate and adopt by reference the legal and factual arguments set forth in the Objection.

**B.  THE COURT SHOULD ORDER THE DEBTORS TO PROVIDE THE ADEQUATE ASSURANCE OF PAYMENT REQUESTED BY THE UTILITIES PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE.**

The Joinder Utilities incorporate and adopt by reference the legal and factual arguments set forth in the Objection.

WHEREFORE, the Joinder Utilities respectfully request that this Court enter an order:

1. Denying the Utility Motion as to the Joinder Utilities;
2. Awarding the Joinder Utilities post-petition adequate assurance of payment pursuant to Section 366 in the amount satisfactory to the Joinder Utilities; and
3. Providing such other and further relief as the Court deems just and appropriate.

Dated:  July 3, 2009     STEVENS & LEE, P.C.

/s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone:    (302) 425-3308
Fax:      (610) 371-8515
E-mail:   jdd@stevenslee.com

and

4

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russj4478@aol.com

*Counsel For Consolidated Edison Company of New York, Inc., Virginia Electric and Power Company d/b/a Dominion Virginia Power, The East Ohio Gas Company d/b/a Dominion East Ohio, Carolina Power & Light Company d/b/a Progress Energy Carolinas, Commonwealth Edison Company, PECO Energy Company, Duke Energy Carolinas, LLC, Georgia Power Company, Southern California Edison Company, The Connecticut Light and Power Company, Western Massachusetts Electric Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Ohio Edison Company, The Cleveland Electric Illuminating Company, Jersey Central Power & Light Company, Pennsylvania Electric Company, Duke Energy Indiana, Inc., Duke Energy Kentucky, Inc., Duke Energy Ohio, Inc., Florida Power Corporation d/b/a Progress Energy Florida, Pennsylvania Power Company, and Westar Energy, Inc.*

SL1 933328v1/000000.00000

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 3rd day of July, 2009, true and correct copies of the *Joinder of Florida Power Corporation d/b/a Progress Energy Florida, Pennsylvania Power Company, and Westar Energy, Inc. to the Objection of Certain Utility Companies To the Motion of the Debtors For Entry of an Interim and Final Order Pursuant To 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Providers From Discontinuing, Altering or Refusing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance and (III) Establishing Procedures For Determining Adequate Assurance of Payment* were served through the Court's ECF system, and by electronic mail delivery, on:

Kara Hammond Coyle
Michael R. Nestor
Young Conaway Stargatt & Taylor LLP
1000 West St., 17th Floor
Brandywine Building
Wilmington, DE 19801
*Counsel For Debtors*

David L. Buchbinder
United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Ste. 2313, Lockbox 35
Wilmington, DE 19801

Bradford J. Sandler
Benesch Friedlander Coplan & Aronoff
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
*Creditor Committee Counsel*

David S. Heller
Josef S. Athanas
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
Facsimile:  (312) 993-9767
*Counsel for Debtors*

Heather L. Fowler
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA  90071
Facsimile:  (213) 891-8763
*Counsel for Debtors*

                                              /s/ *John D. Demmy*
                                              John D. Demmy