IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:
Eddie Bauer Holdings, Inc,
et Al
            Debtors

Jonathan Lee Riches, movant

Chapter 11
Case No. 09-12099 (MFW)
Jointly Administered

[Motion to Object to proposed Sale of Assets]
[Motion to Intervene as a Plaintiff & creditor under Rule 7024, and under Rule 24(A)², 24(B)]

Comes now, the creditor & Plaintiff Jonathan Lee Riches, moves to Intervene in this case as Rule 7024 and under Federal Rules of civil procedure rule 24(A)² - as a unconditional matter of right. <u>Nevilles v. EEOC</u> and under rule 24(B) - permissive Intervention. <u>Zuber v. Allen</u>. <u>Strickland v. Washington</u>. My Intervention brings Questions of Laws and Facts that are common in this Action. I was a hedge fund manager for Vanguard Group from May 2000 through Feb 2003 providing Eddie Bauer Holdings Inc capital, Assets, financial support from pools of investors. I have a common vested interest in this Bankruptcy case.

Jonathan Lee Riches moves to object to sale of Assets, as I need a extension of Time to Analyze and inspect the details of the sale of Assets. I can be reached or contacted at the below Address, the Parties lawyers need to get ahold of me via the Phone or mail as I have to show them documents, exhibits, and newly discovered evidence. I pray this court will grant my motions for relief.

respectfully
Submitted,

7-7-09

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

# Certificate of Service

I certify that the following foregoing Motions were Sent copied to the following Parties on 7-7-09 via the United States Postal Service to the Firms & Addresses of:

Young Conaway Stargatt & Taylor LLP
100 West St. 17th Floor
Wilmington, DE 19801
ATTN: Michael R. Nestor

Latham & Watkins LLP
140 Scott Dr.
Menlo Park, CA 94025
Tony Richmond

Latham & Watkins LLP
Sears Tower
233 S. Wacker Dr.
Chicago, IL 60606
David Heller

Latham & Watkins LLP
355 S. Grand Ave
Los Angeles, CA 90071
Heather Fowler

Eddie Bauer Inc
10401 N.E. 8th St.
Bellevue WA, 98004
Freya Brier

Cooley Goodward Kronish LLP
1114 Ave of Americas
New York, NY 10036

Paul, Hastings, Janofsky & Wacker LLP
75 East 55th St.
New York, NY 10002
Mario J. Ippolito

Respectfully,
7-7-09

Jonathan Lee Riches
#40948 018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812