


July 17, 2009

U.S. Bankruptcy Court District of Delaware
824 Market Street,
Wilmington, Delaware 19801

    Re:    In re Eddie Bauer Holding

           09-12099 (MFW)

### Utility Provider – City of Roseville

To Whom It May Concern:

This letter is in response to the Notice of Final Hearing and Of Deadline for Objection (the "Motion"). In the Motion, the Debtors propose to make a cash deposit equal to two weeks of typical usage based on average usage by the Debtors over the 12-month period prior to the June 17, 2009 petition date for the property at issue. The City of Roseville objects to the proposed deposit for the following accounts for the reasons set forth below.

| Account No. | Address | Outstanding Balance |
|---|---|---|
| 191089-46021 | 1151 Galleria Bl. Ste 133 | $1857.22 |

There was no security deposit on the above listed utility account.

The City of Roseville Utilities Department bills customers for utility charges after the utilities have been used. By the time these charges are due, utility services have been used for another month. To ensure payment of the final statement, a deposit/adequate assurance payment equal to two months of charges is requested to be made with the City of Roseville. All customers face the same deposit requirements per our City of Roseville Municipal Code section 14.04.030, which states:

> **14.04.030 Deposit to secure payment of utility charges.**
>
> The finance director or other person in charge of the utility accounting office of the finance department may require any customer to deposit with the city an amount of money to secure the payment of the customer's bills for utility service, which deposit

shall not exceed the estimated bill of the customer for two months' service.

Such deposit shall be returned to the customer upon the discontinuance of the service, less any bill remaining unpaid, and may, in any event, be returned to the customer at the expiration of one year, if the customer's bills for all municipal utility services have during that period, been paid before becoming delinquent. (Ord. 4418 § 1 (part), 2006: prior code § 2.25.)

Therefore, the City of Roseville respectfully requests that, for each account listed above, the Debtor's adequate assurance payment be equal to two months of service based on the average over the 12-month period prior to the May 27, 2009 petition date for the property at issue.

Should you have any questions or concerns, please feel free to contact our office.

Very truly yours,


CITY OF ROSEVILLE


cc: YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Brandywine Building

1000 West Street, 17th Floor

Wilmington, Delaware 19801