

Gerber Technology, A Division of
Gerber Scientific International, Inc.
24 Industrial Park Road West.
Tolland, CT 06084
860-871-8082 phone
www.gerbertechnology.com

July 15, 2009

United States Bankruptcy Court
For the District of Delaware
824 North Market Street
Wilmington, DE 19801-3024

RE: Case No. 09-12099 (MFW)

Dear Sir:

It is my understanding Eddie Bauer Holdings, Inc., debtors and debtors in possession, have scheduled an Auction and Sale Hearing for the sale of Eddie Bauer assets.

The Eddie Bauer Holdings, Inc. legally holds title to the equipment on the attached list.

Please be advised that although Eddie Bauer Holdings, Inc. legally held title to the equipment, the software that resides on these systems was licensed to the Eddie Bauer Holdings, Inc. and title remains with Gerber Technology (referred to herein as GT). Per the Terms and Conditions of Sale, <u>GT is hereby giving formal notification of the termination of the License Agreement for any software effective as of the date of the sale of or ownership transfer or reassignment of the asset.</u> GT is exercising our right as detailed in our Terms & Conditions of Sale that state as follows:

**Section 1; Definitions Item E:** " Licensee; Licensed Program(s): Customer shall be referred to as Licensee with respect to the Computer Program License. Licensed Program(s) include any computer programs supplied to Licensee by GT, whether on media or imbedded in ROM or equivalent devices and all material pertinent to these programs in machine readable or printed form, including for example discs, tapes, manuals, listings, documentation and any updated program or program portion thereafter furnished to Licensee by GT in connections with Licensed Programs. The Licensed Programs may include material licensed to GT by others, and as to such material GT representations as to ownership, title, and proprietary interest are made on behalf of such others as well as GT."

**Section 8: Computer Program License Item C-2 Copies:** "The original and any copies of Licensed Programs, in whole or in part, which are made by Licensee, shall be the property of GT."

**Section 8: Computer Program License Item E Title:** " Tittle to and ownership of all Licensed Programs and all updates and modifications shall at all times remain with GT or GT's supplier."

**Section 8: Computer Program License Item F Termination:** "If Licensee neglects or fails to pay in full for the System or fails to perform or observe any of its obligations under the terms of this Computer Program License, or if any assignment shall be made of its business for the benefit of creditors, or if a receiver, trustee in bankruptcy or a similar officer shall be appointed to take charge of all or part of it's property, or it is adjudged as bankrupt, or if licensee shall attempt to transfer or assign this License to any third party whether or not together with the Designated Hardware, this License Agreement and all other licenses granted to Licensee by GT shall terminate immediately. Within two (2) weeks after written notice of any such termination, Licensee shall return the original and all copies, in whole or in part, including partial copies and modifications, of the Licensed Programs."

Based upon the above referenced terms, we request that you return the original software keys and all copies, in whole or in part, including partial copies and modifications of the Licensed Programs immediately upon sale of any of Eddie Bauer Holdings, Inc assets included on the attached list or any other GT equipment purchased by Eddie Bauer Holdings, Inc. to:

Gerber Technology
24 Industrial Park Road West
Tolland, CT 06084
Attention: Bud Staples

Should any Purchaser of the attached equipment wish to discuss a re-licensing fee for future, please feel free to contact me at (860) 871-3701.

Sincerely,

Bonnie Wamester
Credit Analyst
Gerber Technology
Tel: 860-871-3701
Email: Bonnie.Wamester@GerberScientific.com


CC:
Young, Conaway Stargatt & Taylor, LLP
Latham & Watkins, LLP
Eddie Bauer, Inc.
Cooley Godward Kronish LLP
Paul, Hastings, Janofsky & Walker LLP

GERBER TECHNOLOGY
Run on 07/15/2009 11:45:50

Install Base Overview Report

Page: 1
Run By: BARMESTER

Sales Organization: 0110
Sold-To Customer: 113597    113597  113597  113597  113597  113597  113597  113597  113597  113597  113597
Equipment Type:
Work Center(s):
Contract as of: 07/15/2009

Sales Organization: 0110

Sold-To Customer: 124112    124112  120192  120192  124112  124112  128964  128964  250028  250028

Sold-To Customer:
EDDIE BAUER
15010 N.E. 36th STREET
REDMOND WA 98073 US
Phone: 425 755-6889

Ship-To Customer: 120193

EDDIE BAUER
3635 150TH AVE. N.E.
REDMOND WA 98052 US
Phone:

Ultimate Consignee: 120193

EDDIE BAUER
3635 150TH AVE. N.E.
REDMOND WA 98052 US
Phone:

| Equipment | Serial Number | Equipment Description | E.Type | Workcenter | Tech.ID # | Contract | C.Type | Contract Description | Material | C.Start | C.End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1012765 | | MJ-T30 | MJ-30 | JEHIR | 63271 | | | | | | |
| 1012858 | KE27707 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | | | | | | |
| 1012859 | KE27708 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_CRD_RC | 03/01/2005 | 12/31/9999 |
| 1012860 | KE27705 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_CRD_RC | 03/01/2005 | 12/31/9999 |
| 1012861 | | ADS-240 | ADS-240 | JEHIR | 63310 | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_CRD_RC | 03/01/2005 | 12/31/9999 |
| 1012862 | KE27706 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_CRD_RC | 03/01/2005 | 12/31/9999 |
| 1012863 | | ADS-240 | ADS-240 | JEHIR | 63310 | | | | | | |
| 1012864 | | ADS-240 | ADS-240 | JEHIR | 63310 | | | | | | |
| 1012865 | | ADS-240 | ADS-240 | JEHIR | 63310 | | | | | | |
| 1012866 | KE27712 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | | | | | | |
| 1012867 | KE27709 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_CRD_RC | 03/01/2005 | 12/31/9999 |
| 1012868 | KE27698 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_CRD_RC | 03/01/2005 | 12/31/9999 |
| 1012869 | | ADS-240 | ADS-240 | JEHIR | 63310 | | | | | | |
| 1012870 | KE27696 | ACCUMARK WORKSTATION - EE | AM-EE | JEHIR | 63310 | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_CRD_RC | 03/01/2005 | 12/31/9999 |
| 1012871 | | ADS-240 | ADS-240 | JEHIR | 63310 | | | | | | |
| 1012872 | | ADS-240 | ADS-240 | JEHIR | 63310 | | | | | | |
| 1038981 | | MJ-T30 | MJ-T30 | JEHIR | | | | | | | |
| 1061967 | | CLASSIC EIM 7 | EIMCLASSIC | | | 40104813 | W | webEIM Software Subscription | EIM_SUBSCRIPTION | 05/02/1999 | 12/31/9999 |
| 1068931 | 10003088 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068932 | 10003089 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068933 | 10003090 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068934 | 10003091 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068935 | 10003092 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068936 | 10003093 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068937 | 10003094 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068938 | 10003095 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1068939 | 10003096 | GT SOFTWARE CONFIGURED MATERIAL | | JEHIR | | | | | | | |
| 1034476 | US10011160 | DCS-CRD | DCS-CRD | JEHIR | | | | | | | |
| 1052497 | KE33062 | ACCUMARK WORKSTATION EE EDS/GV6 | AM-EE | JEHIR | | 40103787 | W | TSS, (7) MICRO, (1) AM-EDS | GT_SV_SPT_SPT | 04/01/2008 | 12/31/9999 |
| 1056760 | INF45-515 | INF-PLOT-45 | INFINITY45 | JEHIR | | 40157975 | W | FSS, (1) INF II | GT_SV_CRD_PLOT_INF | 08/26/2008 | 12/31/9999 |

TOTAL EQUIPMENTS: 30