# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDDIE BAUER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12099 (MFW)<br><br>Jointly Administered |

## NOTICE OF FILING ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on June 17, 2009, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Motion Pursuant to 11 U.S.C. §§ 105(A), 363, 365, and Bankruptcy Rules 2002, 6004, 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of all of the Debtors' Assets; (B) Approving Bid Protections for the Sale of the Debtors' Assets; (C) Scheduling an Auction and Sale Hearing for the Sale of the Debtors' Assets; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Rejection Procedures and Guidelines for Conducting Store Closing Sales; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded), Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

*Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [Docket No. 24] (the "Motion"). with the United States Bankruptcy Court for the District of Delaware (the "Court").

Pursuant to the Order entered by the Court on June 30, 2009 [Docket No. 222] (the "Sale Procedures Order"),[2] the Sale Hearing will be held on ***July 22, 2009 at 9:30 a.m. (ET)*** before the Honorable Mary F. Walrath, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Responses or objections, if any, to the Sale must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before ***July 20, 2009 at 12:00 (noon) (ET)***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A, is the Asset Purchase Agreement By and Among Eddie Bauer Holdings, Inc. and Each of the Subsidiaries of Eddie Bauer Holdings, Inc. Listed On Schedule I [Thereto] and Everest Holdings LLC, dated as of July 17, 2009 (the "Purchase Agreement") for the sale of substantially all of the Debtors' assets.

---

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Sale Procedures Order.

DB02:8486561.1     067793.1001

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Purchase Agreement for approval by the Court at the Sale Hearing. For the convenience of the Court and all other parties-in-interest a blackline comparing the Purchase Agreement to the purchase agreement filed with the Motion is attached hereto as <u>Exhibit B</u>.

Dated: Wilmington, Delaware
July 17, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Michael R. Nestor_

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

and

David S. Heller
Josef S. Athanas
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

and

Heather L. Fowler
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION