Elizabeth Banda
Eboney Cobb
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
FAX: (817) 860-6509
Email: ecobb@pbfcm.com

ATTORNEY FOR ARLINGTON ISD, et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| Eddie Bauer.,et al. | § | |
| | § | CASE NO. 09-12099-MFW |
| | § | |
| Debtors. | | Jointly Administered |

**LIMITED OBJECTION TO MOTION PURSUANT TO 11 U.S.C. SECTIONS 105 (A), 363, 365 AND BANKRUPTCY RULES 2002, 6004, 6006 FOR (II) ENTRY OF AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTEREST**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COME Arlington ISD, Carroll ISD, Burleson ISD, City of Highland Village, Grapevine-Colleyville ISD, City of Grapevine, City of Hurst, Woodlands Metro Center M.U.D., Woodlands R.U.D.#1, Harris County M.U.D.#230, Harris County M.U.D.#358, Harris County W. C. I. D.#155, Cinco M.U.D. #12, Fort Bend E.S.D. #2, Willow Fork Drainage District , Brazoria County Entities, Lubbock Central Appraisal District, Hidalgo County, Hidalgo County Drainage District # 1, and  Potter County Tax Office  ("Arlington ISD, et al.") and file this their LIMITED OBJECTION TO MOTION PURSUANT TO 11 U.S.C. SECTIONS 105 (A), 363, 365 AND BANKRUPTCY RULES 2002, 6004, 6006  FOR (II) ENTRY OF AN ORDER (A)

APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTEREST and respectfully shows this Court as follows:

1. Arlington ISD, et al. are subdivisions of the State of Texas and, as such, are authorized to levy and assess ad valorem taxes on the value of property located within their taxing jurisdictions as of January 1 of each tax year.

2. Arlington ISD, et al. hold pre-petition ad valorem tax liens. These secured tax liens currently encumber the property that is the subject of the Sale Motion. Arlington ISD, et al.'s claims are secured by prior perfected continuing enforceable tax liens upon the property of the Debtor, as provided by Sections 32.01 and 32.05(b) of the Texas Property Tax Code.

3. Arlington ISD, et al. assert a limited objection to the Sale Motion to the extent that it seeks to sell the property subject to Arlington ISD, et al.'s secured tax liens free and clear of the pre-petition taxes, up to and including estimated 2009 taxes which were incurred on January 1, 2009.

4. In order to adequately protect Arlington ISD, et al.'s secured tax liens, Arlington ISD et al. request that either their liens be paid at the time of sale, or, in the alternative, a separate escrow or segregated account be created at closing from the proceeds of the sale in a sufficient amount to cover the pre-petition ad valorem taxes, up to and including estimated 2009 taxes, owed to Arlington ISD, et al. with language in any order approving the sale stating that the tax liens of Arlington ISD, et al. will attach to these segregated proceeds with the same validity, priority, and effect as they exist under non-bankruptcy law.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Arlington ISD, et al. request this Honorable Court to order their secured tax liens to be paid at closing or, in the alternative, that a separate escrow or segregated account be created from any sales proceeds to cover the pre-petition ad valorem taxes, up to and including estimated 2009 taxes, as adequate protection for the tax liens, and for all further relief as is just and proper.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
Attorneys for Claimant

/s/  Elizabeth Banda
ELIZABETH BANDA
SBN:  24012238
EBONEY COBB
SBN:24048397
P.O. Box 13430
Arlington, Texas  76094-0430
Phone:  817-461-3344
Fax:  817-860-6509

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail and the Court's electronic case filing system to the following parties on this 17th day of July, 2009:


Micheal R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP,
100 West Street, 17th Floor
Wilmington, Deleware 19801

David Heller, Esq.
Latham & Watkins, LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL. 60606

Tony Richmond, Esq.
Latham & Watkins, LLP
140 Scott Drive

Menlo Park, CA. 94025

Heather Fowler, Esq.
Latham & Watkins, LLP
355 South Grand Avenue
Los Angeles, CA. 90071-1560

Freya Brier
Eddie Bauer, Inc.
10401 N.E. 8th Street, Suite 500
Bellevue, WA. 98004

Eric Harber, Esq.
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY. 10036

Mario J. Ippolito, Esq.
Paul Hastings Janosky & Walker LLP
75 East 55th Street
New York, New York 10022

David Buchbinder, Esq.
Office of the United States Trustee
844 North King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

/s/ Eboney Cobb
EBONEY COBB