


July 20, 2009, 2009

**Re: Eddie Bauer Holdings, Inc. (Cure Amount with Respect to Executory Contracts)**

Dear Madam or Sir,

Regarding second supplemental notice of cure amount with respect to executory contracts, Skram Media, LLC, hereby objects the mount, which is $0 as stated in the notice. The amount should be $8,160 as stated in the executed contract. Attached are the copies of the executed contact along with the invoice for your reference.

Please do not hesitate to contact me if you need further information.

Sincerely,

Alan Shum,
Controller
Skram Media LLC
212-691-2921 x108



# Skram Media LLC

180 Varick Street, #1514
New York, NY 10014
Tel: 212 691 2921
Fax: 212 243 8212
www.skrammedia.com

**Invoice**

| Due Date | Date | Invoice # |
|---|---|---|
| 7/31/2009 | 7/1/2009 | 57278 |

**Bill To**

Eddie Bauer
1041 NE 8th Street #500
Bellevue, WA 98004
Attn: Rachel Morgan

**PLEASE MAKE CHECKS FOR CLIMBING, URBAN CLIMBER AND MOUNTAIN GAZETTE MAGAZINES PAYABLE TO "SKRAM MEDIA, LLC." TIN#34-1982988**

| Balance Due | $8,160.00 |
|---|---|

---

# Skram Media LLC

180 Varick Street, #1514
New York, NY 10014

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

| Product Description | Issue # | Terms |
|---|---|---|
| Climbing.com | | Net 30 |

| Detail Description | Qty | Rate | Amount |
|---|---|---|---|
| Web Advertising - Eddie Bauer - Climbing.com October 2009 banner ads | | 4,080.00 | 4,080.00 |
| Web Advertising - Eddie Bauer - Climbing.com November 2009 banner ads | | 4,080.00 | 4,080.00 |

Climbing Magazine. For billing inquiries, contact Sharon Guerrero at Sharon.Guerrero@climbingmagazine.com, 212-691-2921 x106.

| | |
|---|---|
| **Total** | $8,160.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,160.00 |

# SKRAM MEDIA

**ADVERTISING INSERTION ORDER**

| Advertiser | Eddie Bauer | | | | | Date: | 12/10/2008 |
|---|---|---|---|---|---|---|---|
| Contact Name | Rachel Morgan | | | | | Account Mgr: | Mark Crowther |
| Billing Address | 1041 NE 8th Street #500 | | | | | PO #: | |
| City | Bellevue | State WA | | ZIP 98004 | | Brand: | Eddie Bauer |
| Email contact | rmorgan@copacino.com | | | | | Comp Lists: | |
| Phone | (206) 902-3216 | FAX | (206) 467-6604 | | | Bulk Copies: | |

Advertiser agrees to advertise in the following media:

| Media | Issue # | Ad Size | Flight Start | Flight End | Guarantees | Materials Due | Net Cost* | Comments |
|---|---|---|---|---|---|---|---|---|
| Climbing.com April 2009 | C.COM20 09-04 | Online - Various Ad Sizes | 4/8/09 ~~3/6/09~~ | 4/30/09 | ROS | 7 days prior to launch | $8,160.00 | 728 x 90 Run of Site (200,000 impressions/month) and 160 x 600 Run of Site (400,000 impressions/month) |
| Climbing.com May 2009 | C.COM20 09-05 | Online - Various Ad Sizes | ~~5/1/09~~ 4/1/09 | 6/5/09 | ROS | 7 days prior to launch | $8,160.00 | 728 x 90 Run of Site (200,000 impressions/month) and 160 x 600 Run of Site (400,000 impressions/month) |
| Climbing.com October 2009 | C.COM20 09-10 | Online - Various Ad Sizes | ~~10/1/09~~ 9/1/09 | 10/31/09 | ROS | 7 days prior to launch | $4,080.00 | 728 x 90  90 Run of Site (100,000 impressions/month) and 160 x 600 Run of Site (200,000 impressions/month) |
| Climbing.com November 2009 | C.COM20 09-11 | Online - Various Ad Sizes | ~~11/1/09~~ 10/1/09 | 11/30/09 | ROS | 7 days prior to launch | $4,080.00 | 728 x 90  90 Run of Site (100,000 impressions/month) and 160 x 600 Run of Site (200,000 impressions/month) |

| | |
|---|---|
| Special conditions: | * Special discounted rates. Discounted rate card renders agreement non-cancelable; should the advertiser be unable to fulfill the schedule as detailed above for whatever reason, the balance of the contract is payable in full within 30 days of the last insertion.<br><br>Optimization: Impressions are fixed; we can reallocate impressions between units at the end of each month to optimize.<br><br>Third party ad server: We do accept the use of a third party ad server. We would require a test file to confirm your provider is compatible with our systems. |
| Added Value: | Inclusion in monthly e-newsletter (4 months, minimum 1 per month) with 160 x 600 and 728 x 90 ad. |

**Production Information: CLIMBING MAGAZINE**

| | |
|---|---|
| Artwork on a CD: | Skram Media, Attn. Ad Production – Skram Media,180 Varick Street #1514, New York, NY 10014<br>Tel: 212 691 2921  Fax: 212 243 8212  E: production@skrammedia.com |
| FTP: | ftp.skrammedia.com |
| Username: | skramads |
| Password: | ads |

**Payment Terms:**

☐ Payment enclosed    ☐ Bill Full Amount    ☒ Bill each insertion (Flight start, net 30)

Skram Media
180 Varick Street #1514, New York, NY 10014
Tel 212 691 2921  Fax 212 243 8212
www.skrammedia.com

# SKRAMMEDIA

ADVERTISING INSERTION ORDER

**Billing Comments:**

By signing below Advertiser agrees to be bound by Skram Media's standard Terms and Conditions, which are available upon request.

ADVERTISER    Eddie Bauer, Inc

x  K—

Advertiser's Authorized Representative

x  Kristen Elliott  Group Manager - Mkt

Printed Name and Title

Neil Fiske

Skram Media
180 Varick Street #1514, New York, NY 10014
Tel 212 691 2921  Fax 212 243 8212
www.skrammedia.com

EXHIBIT 1
In re Eddie Bauer Holdings, Inc.
Executory Contract Cure Schedule

| # | Contract Counterparty | Debtor(s) Entity | Description | Cure Amount (in $USD) |
|---|---|---|---|---|
| ds144 | Backpacker | Eddie Bauer, Inc. | April – December 2009 banner ads | $0  s/b $8,160 |
| ds145 | Scram Media | Eddie Bauer, Inc. | April – May and Oct – November banner ads | $0 |
| ds146 | National Geographic | Eddie Bauer, Inc. | April – December 2009 banner ads | $0 |
| ds147 | Backpacker | Eddie Bauer, Inc. | May, Oct, Nov, Dec print ads | $0 |
| ds148 | Explore | Eddie Bauer, Inc. | May, Sept, Nov print ads | $0 |
| ds149 | Men's Health/Women's Hea | Eddie Bauer, Inc. | Oct, Nov, Dec print ads | $0 |
| ds150 | Men's Journal | Eddie Bauer, Inc. | May, Oct, Nov, Dec print ads | $0 |
| ds151 | Outside | Eddie Bauer, Inc. | April, May, October, November, December print ads | $0 |
| ds152 | National Geographic Adven | Eddie Bauer, Inc. | May, Oct, Nov, Dec print ads | $0 |
| ds153 | Rock & Ice | Eddie Bauer, Inc. | Juen, Oct, Nov, Dec print ads | $0 |
| ds154 | Bauer Hockey, Inc. | Eddie Bauer, Inc. | Settlement Agreement dated 12/17/1979 | $0 |
| ds155 | Bauer Hockey, Inc. | Eddie Bauer, Inc. | Addendum dated 4/2/2008 | $0 |
| ds156 | YRC | Eddie Bauer Fulfillment Services, Inc. | Transportation Contract | $0 |