IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EDDIE BAUER HOLDINGS, INC., et al.[1] ) | Case No. 09-12099 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Re: D.I. # 436 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 436

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Application To Retain And Employ Cooley Godward Kronish LLP As Lead Counsel To The Official Committee Of Unsecured Creditors** *Nunc Pro Tunc* **To June 25, 2009** (the "Application") [Docket No. 436] has been filed. The undersigned certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice filed and served with the Application, responses to the Application were to be filed and served no later than July 29, 2009 at 4:00 p.m. (ET).

It is respectfully requested that the Order submitted with the Application be entered at the earliest convenience of the Court.

August 5, 2009

BENESCH FRIEDLANDER COPLAN &
ARONOFF, LLP

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq. (No. 4142)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010
302-442-7012
bsandler@beneschlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these Chapter 11 Cases are: Eddie Bauer Holdings, Inc., Eddie Bauer, Inc., Eddie Bauer Fulfillment Services, Inc., Eddie Bauer Diversified Sales, LLC, Eddie Bauer International Development, LLC, Eddie Bauer information Technology, LLC, Financial Services Acceptance Corporation, and Spiegel Acceptance Corporation.