IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EDDIE BAUER HOLDINGS, INC., | : | Case No. 09-12099 (MFW) |
| *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**OBJECTION TO NOTICE OF (I) REVISED CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED AND ASSIGNED AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

COMES NOW Vesdia Corporation ("Vesdia") and for its Objection (the "Objection") to Notice of (I) Revised Cure Amount with Respect to Executory Contracts to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts (the "Revised Cure Notice"), states as follows:

1. Vesdia is a creditor of the Debtors by virtue of that certain Registered Card Program Agreement dated February 1, 2004 by and between Vesdia and Eddie Bauer, Inc. (as amended, modified or supplemented, the "Contract").

2. Pursuant to the Contract, Vesdia provides an invoice to Eddie Bauer, Inc. (the "Debtor") each month for transactions occurring during the previous month.

3. The Revised Cure Notice indicates a reduced proposed cure amount of $3,005.39 and states that objections to the Revised Cure Notice are due August 11, 2009.

4. Vesdia is owed the following amounts under the Contract:

| Invoice Date & No. | Description of Services | Amount of Invoice |
|---|---|---|
| May 31, 2009<br>Inv. No.<br>Mer20090511 | Transactions occurring during the month of May, 2009 | $55,167.26 |

| June 30, 2009<br>Inv. No.<br>Mer20090611pre | Transactions occurring from June 1, 2009 through June 16, 2009 (pre-petition) | $29,954.02 |
|---|---|---|
| July 31, 2009<br>*Estimated - not yet invoiced* | Transactions occurring during the month of July, 2009 | $41,860.09 |
| *Not yet invoiced* | Transactions occurring from August 1, 2009 through date of sale closing[1] | Unknown |

5. As indicated above, Vesdia has issued actual invoices for transactions occurring during the months of May, 2009 and June, 2009. At the time of the filing of this Objection, Vesdia does not have all of the billing information needed to issue the invoice for transactions occurring during the month of July, 2009. The estimated amount of the July invoice is $41,860.09. The actual July invoice should be issued shortly. Transactions occurring during the month of August through the date of sale closing will not be invoiced until after August 31, 2009. Accordingly, the cure amount for Vesdia is estimated to be $126,981.37, which includes the estimated amount for transactions occurring during the month of July, 2009 which may need to be adjusted upon issuance of the July invoice. In addition, the cure amount should include an amount to be determined for transactions occurring from August 1, 2009 through the date of sale closing. Copies of the issued invoices are attached hereto as Exhibit "A".

WHEREFORE, Vesdia respectfully objects to the Revised Cure Notice and prays (i) that the cure amount for Vesdia be approved in the estimated amount of $126,981.37, subject to adjustment upon issuance of the invoice for July transactions, plus an additional amount to be determined for

---

[1] References to a sale closing in this pleading refers to that certain closing of sale pursuant to the Order (A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Rejection Procedures and Guidelines for Conducting Store Closing Sales; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(D)(4) entered in this matter on or about July 23, 2009.

2580356 v01

transactions occurring from August 1, 2009 through the date of sale closing, which amount is not yet billed, and (ii) that Vesdia have such other and further relief as may be just and proper under the circumstances.

Respectfully submitted,

MORRIS, MANNING & MARTIN, LLP

By: /s/ David W. Cranshaw .
    David W. Cranshaw
    Georgia Bar No. 193450

3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326
(404) 233-7000
(404) 365-9532 (facsimile)
Counsel to Vesdia Corporation

2580356 v01

**Vesdia Corporation**
3348 Peachtree Road NE
Tower Place 200 | Suite 300
Atlanta, GA 30326
United States

Voice: 678.405.9208
Fax: 678.405.9209


Creating Loyalty for Life

# INVOICE

Invoice Number: Mer20090511
Invoice Date: May 31, 2009
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Eddie Bauer<br>P.O. Box 90139<br>Bellevue, WA 98009-0139 | |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| EB | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 6/30/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | 17,615 TRANSACTION COUNT FOR CITI<br>PURCHASE $869,318.82<br>REGULAR COMMISSION @ 6% | 52,161.87 | 52,161.87 |
| 1.00 | | 1,198 TRANSACTION COUNT FOR CITIZENS<br>PURCHASE $62,601.71<br>REGULAR COMMISSION @ 3% | 1,878.33 | 1,878.33 |
| 1.00 | | 608 TRANSACTION COUNT FOR KROGER<br>PURCHASE $35,580.38<br>REGULAR COMMISSION @ 3% | 1,067.44 | 1,067.44 |
| 1.00 | | 15 TRANSACTION COUNT FOR VESDIA<br>PURCHASE $993.71<br>REGULAR COMMISSION @ 6% | 59.62 | 59.62 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 55,167.26 |
| Sales Tax | |
| Total Invoice Amount | 55,167.26 |
| Payment/Credit Applied | |
| **TOTAL** | **55,167.26** |

# EXHIBIT "A"

**Vesdia Corporation**
3348 Peachtree Road NE
Tower Place 200 | Suite 300
Atlanta, GA 30326
United States

Voice: 678.405.9208
Fax: 678.405.9209



# INVOICE

Invoice Number: MER20090611Pre
Invoice Date: Jun 30, 2009
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Eddie Bauer<br>P.O. Box 90139<br>Bellevue, WA 98009-0139 | |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| EB | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 7/30/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | 9,656 TRANSACTION COUNT FOR CITI PURCHASE $471,953.97<br>REGULAR COMMISSION @ 6% | 28,319.16 | 28,319.16 |
| 1.00 | | 714 TRANSACTION COUNT FOR CITIZENS PURCHASE $34,428.75<br>REGULAR COMMISSION @ 3% | 1,032.94 | 1,032.94 |
| 1.00 | | 303 TRANSACTION COUNT FOR KROGER PURCHASE $20,156.33<br>REGULAR COMMISSION @ 3% | 604.74 | 604.74 |
| 1.00 | | 8 TRANSACTION COUNT FOR VESDIA PURCHASE ($47.07)<br>REGULAR COMMISSION @ 6% | 2.82 | -2.82 |

| | | |
|---|---|---|
| | Subtotal | 29,954.02 |
| | Sales Tax | |
| | Total Invoice Amount | 29,954.02 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **29,954.02** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EDDIE BAUER HOLDINGS, INC., | : | Case No. 09-12099 (MFW) |
| *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

This is to certify that on August 10, 2009, I served the Objection to Notice of (I) Revised Cure Amount with Respect to Executory Contracts to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts by the means indicated to the following:

*Via U.S. Mail & Facsimile @ 302) 571-1253*
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attn: Michael R. Nestor, Esq.

*Via U.S. Mail & Facsimile @ (312) 993-9767*
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Attn: David Heller, Esq.

*Via U.S. Mail & Facsimile @ (650) 463-2600*
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
Attn: Tony Richmond, Esq.

*Via U.S. Mail & Facsimile @ (213) 891-8763*
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Attn: Heather Fowler, Esq.

*Via U.S. Mail & Facsimile @ (425) 755-7671*
Eddie Bauer, Inc.
10401 N.E. 8th Street, Suite 500
Bellevue, WA 98004
Attn: Freya Brier

*Via U.S. Mail & Facsimile @ (212) 479-6275*
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
Attn: Eric Haber, Esq.

*Via U.S. Mail & Facsimile @ (212) 230-7717*
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Attn: Mario J. Ippolito, Esq.

2580356 v01

This 10th day of August, 2009.

/s/ David W. Cranshaw
David W. Cranshaw, Esq.
Georgia Bar No. 193450

Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326
(404) 233-7000
(404) 365-9532 (facsimile)

Counsel to Vesdia Corporation

2580356 v01