## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EBHI Holdings, Inc., et al.,[1] ) | Case No. 09-12099 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| | Docket Ref No. 557 ⎨ 577 |

### ORDER, PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED EXECUTORY CONTRACTS

Pursuant to the Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Rejection Procedures and Guidelines for Conducting Store Closing Sales; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. §§ 365(d)(4) [Docket No. 508] (the "*Sale Order*"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Debtors[2] having properly filed and served a Post-Closing Assumption Notice in accordance with the terms of the Sale Order in respect of the Assumed Contracts (as defined herein); and no timely objections having been filed to the assumption of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc. f/k/a Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc. f/k/a Eddie Bauer, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc. f/k/a Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC f/k/a Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC f/k/a Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC f/k/a Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC f/k/a Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation f/k/a Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation f/k/a Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order.

CH\1116335.3

such Assumed Contracts; and due and proper notice of the Sale Order and Post-Closing Assumption Notice having been provided, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor,

NOW, IT IS HEREBY ORDERED THAT:

1. The assumption and assignment of the Contracts attached to the Post-Closing Assumption Notice as Exhibit 1 (collectively, the "*Assumed Contracts*" and individually each an "*Assumed Contract*") is hereby approved, final and effective as of the date hereof pursuant to section 365 of the Bankruptcy Code.

2. The Successful Bidder provided adequate assurance of future performance for each Assumed Contract in accordance with section 365(f)(2)(B), and, if applicable, section 365(b)(3) of the Bankruptcy Code.

3. The Debtors shall pay the cure amounts, if any, with respect to the Assumed Contracts in the manner and pursuant to the procedures set forth in the Sale Order.

4. All cure amounts paid pursuant to the Sale Order shall be in full and final satisfaction of any amounts owing under the Assumed Contracts and the Assumed Contract counterparties are forever barred from asserting any claims for damages associated with the Assumed Contracts.

5. The Debtors are authorized to take any action necessary to implement the terms of this Order and the assumption and assignment of the Assumed Contracts without further order from this Court.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: August 19, 2009
Wilmington, Delaware

                                                                  _____
                                                                  THE HONORABLE MARY F. WALRATH
                                                                  UNITED STATES BANKRUPTCY JUDGE

CH\1116335.3