# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBHI HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12099 (MFW)<br><br>Jointly Administered<br><br>Docket Ref. Nos. 354 and 581 |

## ORDER (I) DENYING JONATHAN LEE RICHES' MOTION TO INTERVENE AS PLAINTIFF AND CREDITOR UNDER RULE 7024 AND UNDER RULE 24(A)(2) AND 24(B) AND (II) REQUIRING JONATHAN LEE RICHES TO OBTAIN LEAVE OF COURT BEFORE FILING ADDITIONAL PLEADINGS IN THESE CHAPTER 11 CASES

Upon consideration of Jonathan Lee Riches' Motion to Intervene and Plaintiff and Creditor under Rule 7024 and Rules 24(2) and 24(b) [Docket No. 354] (the "Motion"); upon consideration of the Debtors' (I) Reply to Jonathan Lee Riches' Motion to Intervene as Plaintiff and Creditor Under Rule 7024 and Under Rule 24(a)(2) and 24(b) and (II) Motion to Request Entry of an Order Requiring Jonathan Lee Riches to Obtain Leave of Court Before Filing Additional Pleadings in these Chapter 11 Cases [Docket No. 581] (the "Reply");[2] after notice and a hearing in open court, good cause appearing and for the reasons stated on the record it is, it is hereby

**ORDERED** that the Motion is DENIED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc. f/k/a Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc. f/k/a Eddie Bauer, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc. f/k/a Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC f/k/a Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC f/k/a Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC f/k/a Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC f/k/a Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation f/k/a Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation f/k/a Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

[2] Capitalized terms used herein shall have the meaning set forth in the Reply.

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       August 18, 2009

                                              Mary F. Walrath
                                              United States Bankruptcy Judge