# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
EDDIE BAUER HOLDINGS, INC., et al.,[1]                     :    Case No. 09-12099 (MFW)
                                                           :
   Debtors.                                                :    Jointly Administered
                                                           :
---------------------------------------------------------- x    Related to Docket Nos. 24, 222 & 374

## AMENDED CURE STATEMENT OF
## LINCOLN SQUARE OFFICE, LLC AND BELLEVUE SQUARE, LLC

Lincoln Square Office, LLC ("Lincoln Square") and Bellevue Square, LLC ("Bellevue Square" and together with Lincoln Square, the "Landlords"), by and through their undersigned counsel, hereby submit this amended statement of present cure amounts due under unexpired leases of nonresidential real property (the "Amended Cure Statement"). In support of the Amended Cure Statement, Landlords respectfully state as follows:

1.      Landlords are the owners of, or the managing agents for the owners of, two locations in which the Debtors lease space from the Landlords pursuant to written unexpired leases of nonresidential real property (the "Leases"). Specifically, Eddie Bauer, Inc. leases office space from Lincoln Square for the Debtors' office in Bellevue, Washington, as well as the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer, Inc., a Delaware corporation (9737); Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded); Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

Debtors' lease retail space from Bellevue Square at Bellevue Square Mall, Bellevue, Washington.

2. As of the date hereof, the total amount currently due and owing by the Debtors to the Landlords under the Leases (collectively, the "Amended Cure Amount") is:

| Location | Total Amended Cure Amount |
|---|---|
| Lincoln Square, Bellevue, WA | $ 79,027.32[2] |
| Bellevue Square Mall, Bellevue, WA | $0.00 |

Copies of Landlords' itemizations of the Amended Cure Amounts due are annexed hereto as Exhibit "A".

4. The Amended Cure Amount represents the amounts currently due and owing to Landlords under the Leases. These amounts may change prior to the actual date of assumption of the Leases. Landlords expressly reserves the right to further amend the Amended Cure Amount from time to time and at any time, and requests that the Debtors remain liable for: (a) post-petition rent and other charges under the Leases which become due after the date hereof, (b) certain amounts due and owing under the Leases, but which may be unbilled as of the date hereof, including but not limited to year end adjustments for common area maintenance, taxes and similar charges, (c) any regular or periodic adjustments of charges under the Leases which were not due or had not been determined as of the date hereof, (d) any percentage rent that may be due under the Leases, (e) any non-monetary defaults, and/or (f) insurance and indemnification

---

[2] The Amended Cure Amount includes additional amounts billed on 7/24/2009 in the amount of $50,300.67 for utilities and janitorial services, inclusive of payments received, as well as outstanding parking charges.

obligations under the Leases. Landlords also reserve the right to assert attorneys' fees as part of their Amended Cure Amount.

WHEREFORE, Landlords respectfully request that any order authorizing the assumption and assignment of the Leases affirmatively require the Debtors to pay the Amended Cure Amount with respect to the Leases, as may be revised from time to time, subject to Landlords' express reservation of rights, and that Landlords be granted such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: August 24, 2009
Wilmington, Delaware

Respectfully submitted,

/s/ Leslie C. Heilman
Leslie C. Heilman, Esq. (No. 4716)
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

-and-

John S. Kaplan, Esquire
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: (206) 583-8888
Facsimile: (206) 583-8500
E-mail: jkaplan@perkinscoie.com

Attorneys for Lincoln Square Office, LLC
and Bellevue Square, LLC