# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBHI Holdings, Inc., et al.,[1] | ) | Case No. 09-12099 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the Debtors and Debtors in Possession in the above-referenced matter, and on August 28, 2009, he caused a copy of the following document(s), to be served as indicated upon the parties identified on the service list attached:

- **Supplemental Declaration of Darren R. Call in Support of the Application of the Debtors for an Order Authorizing the Employment and Retention of KPMG LLP as Tax Compliance and Tax Consultants for the Debtors and Debtors-in-Possession [Docket No. 675]**

- **Notice of Claims Previously Satisfied [Docket No. 676]**

- **First and Final Application of Peter J. Solomon Company as Investment Banker and Financial Advisor to the Debtors for Interim and Final Allowance of Compensation and Reimbursement of Expenses for the Period from June 17, 2009 through July 31, 2009 [Docket No. 677]**

- **Second Monthly Fee Statement of Alvarez & Marsal North America, LLC in Their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2009 through July 31, 2009 [Docket No. 678]**

Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this ___ day of September, 2009.

Notary Public

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc. f/k/a Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc. f/k/a Eddie Bauer, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc. f/k/a Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC f/k/a Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC f/k/a Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC f/k/a Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC f/k/a Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation f/k/a Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation f/k/a Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

# SERVICE LIST
## 8/28/2009

Attorney Generals Office
Attn: Bankruptcy Department
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801
*Hand Delivery*

David Buchbinder
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*


L. Jason Cornell, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
(KIMCO Woodlands, LP)
*Hand Delivery*


Robert J. Dehney, Esq
Gregory W. Werkheiser, Esq.
Matthew B. Harvey, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel for Wilmington Trust)
*Hand Delivery*

Department of Labor
Attn: Division of Unemployment Insurance
4425 N. Market Street
Wilmington, DE 19802
*Hand Delivery*

Charles J. Brown, Esq
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
AT&T
*Hand Delivery*

Mark D. Collins, Esq.
Lee E. Kaufman
Richards Layton & Finger
One Rodney Square, 920 North King Street
P.O. Box 551
Wilmington, DE 19801
(Bank of America, N.A.)
*Hand Delivery*

Tobey M. Daluz, Esq
Leslie Heilman, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
(Kravco Simon Company)
(GGP Limited Partnership)
*Hand Delivery*

Delaware Department of Justice
Division of Securities
Attn: Bankruptcy Department
820 N. French Street, 5th Floor
Wilmington, DE 19801
*Hand Delivery*


Brett D. Fallon, Esq.
Thomas M. Horan, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
(Bayer Retail Company, L.L.C.)
*Hand Delivery*

SERVICE LIST
8/28/2009

Kurt F. Gwynne, Esq.
Mark W. Eckard, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(The Bank of New York Mellon)
*Hand Delivery*

Susan E. Kaufman, Esq.
Cooch and Taylor, P.A.
1000 West Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19801
(Counsel for Taubman Landlords)
*Hand Delivery*

Garvan F. McDaniel, Esq
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Travelers Casualty and Surety Company of America)
*Hand Delivery*

Mark Minuti, Esquire
Jeremy W. Ryan, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(CBL & Associates Management, Inc.)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
*Hand Delivery*

Leslie Heilman, Esq
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
CLPF-600 NMA, L.P, agent for Mid-America Asset Management, Inc.
Bellevue Square, LLC and Lincoln Square Office, LLC
*Hand Delivery*

Steven K. Kortanek, Esq.
Mark L. Desgrosseilliers, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel For CCMP)
*Hand Delivery*

Michael P. Migliore, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(CIT Group/Business Credit, Inc.)
*Hand Delivery*

Bradford J. Sandler, Esq.
Jennifer Hoover, Esq.
Jennifer E. Smith, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(proposed Counsel to the Official Committee of Unsecured Creditors)
*Hand Delivery*

David B. Stratton, Esq.
John H. Schanne II, Esq.
Pepper Hamilton LLP
1313 N. Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
(Otto International Hong Kong Limited)
*Hand Delivery*

**SERVICE LIST**
**8/28/2009**

Michael W. Yurkewicz, Esq.
Klehr, Harrison, Harvey, Brazenburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
(PREIT Services, LLC)
*Hand Delivery*