# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EBHI Holdings, Inc., et al.,[1] | Case No. 09-12099 |
| Debtors. | [Jointly Administered] |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 3, 2009, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of Entry of Bar Date Order Establishing Deadlines for Filing Proofs of Claim Against the Debtors [Docket No. 498]

*[Continued on Next Page]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

- Customized Proof of Claim Form [Docket No. NA]

Dated September 4, 2009

                                                  _____
                                                  Jennifer Grageda

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of September, 2009, by Jennifer Grageda proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

GABRIELA MEDINA
COMM #1853581
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. JUNE 11, 2013

# **Exhibit A**

In re: EBHI Holdings, Inc., et al.
Case No. 09-12099
Exhibit A

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Andrew Kuster | 5977 Chorus Hts | | Colorado Spgs | CO | 80923-3828 |
| Darrell Bovain | 45455 Fox Ln E Apt 207 | | Shelby Twp | MI | 48317-5053 |
| John Cavellini | PMB 618 | 584 Castro St | San Francisco | CA | 94114-2512 |
| Melissa Brandon | 13219 NW 35th Ct | | Vancouver | WA | 98685-2270 |

9/4/2009
9:33 PM