# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EBHI Holdings, Inc., et al.,[1] | Case No. 09-12099 |
| Debtors. | [Jointly Administered] |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 21, 2009, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of Entry of Bar Date Order Establishing Deadlines for Filing Proofs of Claim Against the Debtors [Docket No. 498]

*[Continued on Next Page]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

- Customized Proof of Claim Form [Docket No. NA]

Dated September 25, 2009

                                                            Jennifer Grageda

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2009, by Jennifer Grageda proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

# Exhibit A

In re: EBHI Holdings, Inc., et al.
Case No. 09-12099
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Amy Kjorlien | | 5750 E University Blvd Apt 1017 | Dallas | TX | 75206-4286 |
| Anthony Henderson | | 2570 Zoysia Ln | Conway | AR | 72034-8461 |
| Brandy Obriant | | 3011 78th Ave SE Apt 315 | Mercer Island | WA | 98040-2861 |
| Rebecca Kramer | | 1455 Valley View Dr Apt B | Coralville | IA | 52241-1085 |
| Yogacentric | Brandy OBriant | 3011 78th Ave SE Apt 315 | Mercer Island | WA | 98040-2861 |

1 of 1

9/25/2009
7:40 PM