IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EBHI HOLDINGS, INC., *et al.*,[1] | Case No. 09-12099 (MFW) |
| Debtors. | Jointly Administered |
| | **Docket Ref. No. 738** |

## ORDER APPROVING JOINT STIPULATION AND ORDER GRANTING THE DEBTORS PARTIAL RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "**Motion**") of the above-captioned debtors and debtors in possession in these chapter 11 cases (each a "**Debtor**," and collectively, the "**Debtors**"), seeking entry of an order approving the Joint Stipulation and Order Granting the Debtors Partial Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (the "**Stipulation**"); and the Court being satisfied based on the representations made in the Motion; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc. f/k/a Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc. f/k/a Eddie Bauer, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc. f/k/a Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC f/k/a Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC f/k/a Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC f/k/a Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC f/k/a Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation f/k/a Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation f/k/a Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Motion is GRANTED to the extent set forth herein.

2. The Stipulation attached hereto as Exhibit A is approved.

3. The Court shall retain jurisdiction to address any dispute arising out of the enforcement or interpretation of the terms of this Order.

Dated: October 8, 2009
Wilmington, Delaware

*[signature]*
MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT