**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **EBHI HOLDINGS, INC.,** *et al.,*[1] | : | |
| | : | **Case No. 09-12099 (MFW)** |
| **Debtors.** | : | |
| | : | Hearing Date: N/A |
| | : | Related Dkt. No. 842 |

**OBJECTION OF DISTRIBUTION MANAGEMENT GROUP, INC. TO
REJECTION OF CONSULTING AND CONFIDENTIALITY AGREEMENT**

Distribution Management Group, Inc. ("**DMG**"), by and through undersigned counsel, hereby objects (the "**Objection**") to the *Notice of Rejection of Unexpired Executory Contract* (Docket No. 842) (the "**Rejection Notice**") filed on October 8, 2009 by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") and the rejection of the *Consulting and Confidentiality Agreement* (the "**DMG Consulting Agreement**") by and between DMG and certain of the Debtors. In support of this Objection, DMG refers to and incorporates by reference the *Objection of Distribution Management Group, Inc. to Partial Assumption and Assignment of DMG-FedEx Contracts and DMG Confidentiality Agreement to Everest Holdings LLC* (Docket No. 603) (the "**Assignment Objection**")[2] filed by DMG on August 13, 2009 and the *Supplement to Objection of Distribution Management Group, Inc. to Partial Assumption and Assignment of DMG-FedEx Contracts and DMG Confidentiality*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Eddie Bauer Holdings, Inc., a Delaware corporation (2352); Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567); Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded); Eddie Bauer International Development, LLC, a Delaware limited liability company (1571); Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded); Financial Services Acceptance Corporation, a Delaware corporation (7532); and Spiegel Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Assignment Objection.

*Agreement to Everest Holdings LLC* (the "**Supplement**") filed contemporaneously herewith. For the reasons set forth in the Assignment Objection and the Supplement, the Debtors should not be permitted to reject the DMG Consulting Agreement and also assume and assign the DMG-FedEx Contracts and DMG Confidentiality Agreement.

Dated: October 19, 2009

Respectfully submitted,

BAKER & HOSTETLER LLP
Kelly S. Burgan (0073649)
Eric R. Goodman (0076035)
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740
E-mail: kburgan@bakerlaw.com
 egoodman@bakerlaw.com

-and-

*/s/* Kathleen M. Miller
Kathleen M. Miller (Bar No. 2898)
SMITH KATZENSTEIN FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899
Telephone: 302.652.8400
Facsimile: 302.652.8405
E-mail: kmiller@skfdelaware.com

*Attorneys for Distribution Management Group, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2009, the foregoing *Objection of Distribution Management Group, Inc. to Rejection of Consulting and Confidentiality Agreement* was served via facsimile and first class mail on the entities listed below:

Young Conaway Stargatt & Taylor, LLP
Attn:  Michael R. Nestor, Esq.
1000 West Street
17th Floor
Wilmington, DE  19801
Fax No. (302) 571-1253

Latham & Watkins LLP
Attn:  Tony Richmond, Esq.
140 Scott Drive
Menlo Park, CA  94025
Fax No. (650) 463-2600

Eddie Bauer, Inc.
Attn:  Freya Brier
10401 N.E. 8th Street
Suite 500
Bellevue, WA  98004
Fax No. (425) 755-7671

Paul, Hastings, Janofsky & Walker LLP
Attn:  Mario J. Ippolito, Esq.
75 East 55th Street
New York, NY  10022
Fax No. (212) 230-7717

United States Trustee's Office
Attn:  David Buchbinder, Esq.
844 King Street
Suite 2207
Lockbox 35
Wilmington, Delaware  19801

Kirkland & Ellis LLP
Attn:  Mikaal Shoaib
555 California Street
San Francisco, CA  94104
Fax No. (415) 439-1500

Latham & Watkins LLP
Attn:  David Heller, Esq.
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
Fax No. (312) 993-9767

Latham & Watkins LLP
Attn:  Heather Fowler, Esq.
355 South Grand Avenue
Los Angeles, CA  90071-1560
Fax No. (213) 891-8763

Cooley Godward Kronish LLP
Attn:  Eric Haber, Esq.
1114 Avenue of the Americas
New York, NY  10036
Fax No. (212) 479-6275

Riemer & Braunstein LLP
Attn:  Donald E. Rothman, Esq.
Three Center Plaza
Boston, MA  02108

Everest Holdings LLC
Attn:  James Stempel, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
Fax No. (312) 862-2200

*/s/* Kathleen M. Miller