IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| EBHI HOLDINGS, INC., et al.,[1] | Case No. 09-12099 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. #54

PLEASE TAKE NOTICE that Cosmoda Corporation, hereby withdraws their proof of claim, numbered #54, filed against the above-captioned debtors and debtors in possession on June 9th, 2009.

Dated: November 13th, 2009
Toronto, Ontario Canada

**Cosmoda Corporation**
15 Kodiak Crescent
Toronto
Ontario, Canada
M3J 3E5

Tel: (416) 633-6303
Fax: (416) 633-7089
E-mail: Info@cosmoda.com
www.cosmoda.com
www.watchroots.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karalcum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Tenere of Canada, Inc. and Yuma Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

DB02:8914459.1     068417.1001