UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EBHI HOLDINGS, INC., et al.,[1] | ) Case No. 09- 12099 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## FIFTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | July 7, 2009 effective as of June 17, 2009 |
| Period for which compensation and reimbursement are sought: | October 1, 2009 through October 31, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 380,382.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $ 18,322.34 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karalcum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware Corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act

| | |
|---|---|
| Unapplied Retainer | $ - 0 - |

This is an: _X_ monthly ___ interim ___ final application.

Requested Payment Amount:

| | |
|---|---|
| Fees at 80%: | $304,306.00 |
| Expenses at 100%: | $ 18,322.34 |
| Total | $322,628.34 |

| Prior Applications | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
| 7/22/09 [492] | 6/17/2009 through 6/30/2009 | $236,698.00 | $11,279.05 | 8/18/09 [628] | $189,358.40 | $11,279.05 | $47,339.60 |
| 8/28/09 [678] | 7/1/2009 through 7/31/2009 | $568,047.50 | $47,008.14 | 9/21/09 [763] | $454,438.00 | $47,008.14 | $113,609.50 |
| 9/30/09 [806] | 8/1/2009 through 8/31/2009 | $438,965.50 | $24,774.74 | 10/22/09 [902] | $351,172.40 | $24,774.74 | $87,793.10 |
| 10/06/09 [828] | 9/1/2009 through 9/30/2009 | $533,766.50 | $25,303.14 | 10/28/09 [923] | $427,013.20 | $25,303.14 | $106,753.30 |

# ATTACHMENT TO MONTHLY FEE APPLICATION

*OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009*

## SUMMARY OF TIME & FEES BY PROFESSIONAL

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| *Restructuring* | | | | |
| Scott Brubaker | Managing Director | $675 | 22.0 | $14,850.00 |
| Brian Pedersen | Managing Director | $670 | 6.0 | $4,020.00 |
| Robert Filip | Managing Director | $670 | 8.0 | $5,360.00 |
| Kay Hong | Senior Director | $595 | 132.9 | $79,075.50 |
| Kelly Green | Senior Director | $550 | 119.6 | $65,780.00 |
| Darrick Martin | Senior Director | $545 | 41.2 | $22,454.00 |
| Brandon Peele | Director | $450 | 22.4 | $10,080.00 |
| David Charne | Senior Associate | $425 | 174.3 | $74,077.50 |
| Marshall Reiss | Senior Associate | $355 | 58.2 | $20,661.00 |
| Tanner MacDiarmid | Associate | $375 | 178.4 | $66,900.00 |
| Kellen Barry | Associate | $355 | 22.5 | $7,987.50 |
| Beilei Zheng | Associate | $220 | 15.9 | $3,498.00 |
| Tyler Brand | Associate | $220 | 22.1 | $4,862.00 |
| Mary Napoliello | Paraprofessional | $185 | 4.2 | $777.00 |
| **Total** | | | **827.7** | **$380,382.50** |

4

## SUMMARY OF TIME & FEES BY MATTER CODE

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| Administrative | Address administrative matters related to the engagement, including coordinating meetings, conference calls and the delivery of information, and preparing or reviewing court documents and general case management. | 12.6 | $7,463.00 |
| Cash | Assist the Debtors with cash flow forecasts, budget vs. actual, and reporting on cash results to various constituents. | 36.0 | $19,992.00 |
| Claims | Review of claims filed against the Debtors. | 7.0 | $4,153.00 |
| Contracts | Assist the Debtors with negotiations on key customer and supplier contracts, analysis of contract rejection claims, etc. | 0.7 | $416.50 |
| Creditor | Preparation for and attendance at meetings or calls with secured or unsecured creditors and their advisors on matters other than information requests. | 5.0 | $2,975.00 |
| Fee Application | Prepare monthly and interim application in accordance with court guidelines. | 6.9 | $2,599.50 |
| Monthly Operating Report | Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. | 31.3 | $12,058.50 |
| Operations | Assist the Debtors with various matters associated with implementing their business plan. | 270.4 | $116,233.00 |
| Plan of Reorganization | Assist the Debtors in the preparation of the plan of reorganization. | 7.1 | $4,424.50 |
| Sale Process | Assist the Debtors with the 363 sale process. | 154.0 | $75,770.50 |
| Tax | Assist the Debtors with tax related matters. | 296.7 | $134,297.00 |
| | **Total** | **827.7** | **$380,382.50** |
| | **Blended Rate $459.56** | | |

## SUMMARY OF EXPENSES BY CATEGORY

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Airfare | Various | $5,216.88 |
| Lodging | Various | $7,201.42 |
| Meals | Various | $2,363.47 |
| Miscellaneous | Various | $315.00 |
| Transportation | Various | $3,225.57 |
| Total | | **$18,322.34** |

Annexed hereto are the following schedules for total compensation and reimbursement of expenses sought by the Applicant for the Compensation Period:

1. Exhibit A – Summary of Time by Task

2. Exhibit B – Summary of Time Detail by Professional

3. Exhibit C – Summary of Time Detail by Task by Professional

4. Exhibit D – Time Detail by Task Code which includes a daily time log detailing the activities and services performed by the Applicant on behalf of the Debtor

5. Exhibit E – Summary of Expense by Category

6. Exhibit F - Expense Detail by Professional which includes a breakdown of the Applicant's expenses incurred.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EBHI HOLDINGS, INC., et al.,[1] | ) Case No. 09-12099 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objection Deadline:** |
| | ) **December 21, 2009** |
| | ) **Hearing Date: N/A** |

## FIFTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

For its Fifth Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "Monthly Fee Statement") Alvarez & Marsal North America, LLC (the "Applicant"), restructuring advisors to the Debtors and Debtors-in-Possession (the "Debtors"), respectfully represents as follows:

### A. BACKGROUND

1. On June 17, 2009 (the "Commencement Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to §§ 1107(a) and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karalcum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware Corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Eddie Bauer of Canada, Inc. and Eddie Bauer Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

(continued...)

1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

2. Pursuant to an order entered on July 7, 2009, the employment of Applicant as restructuring advisors to the Debtors was authorized effective as of June 17, 2009.

3. Applicant has rendered services on behalf of the Debtors from October 1, 2009 through October 31, 2009 (the "Application Period"), totaling 827.7 hours, and in connection therewith requests allowance of monthly compensation in the amount of $380,382.50, and reimbursement of expenses in the amount of $18,322.34.

4. Applicant has exhausted the unapplied retainer. In addition to retainer applications, the Debtors to date have disbursed to Applicant $1,530,347.07 relating to services rendered and expenses incurred from the commencement of this case through September 30, 2009.

5. Applicant maintains contemporaneous records of the time expended for the professional services and expenses related thereto performed in connection with these Chapter 11 cases and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and expenses incurred during the period for which this Application is being made. Applicant's time records in the sum of $380,382.50 regarding the Chapter 11 proceedings are annexed hereto as <u>Exhibit D</u>.

### B. DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

---

(continued...)

6. Applicant's services on behalf of the Debtors are described in detail in Exhibit D. In general, Applicant assisted the Debtors in routine bankruptcy matters and represented the Debtors in meetings with creditors, advisors, customers and others.

7. To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries in Exhibit D into the following categories:

   a. Administrative. This category contains time spent by Applicant addressing matters related to the engagement including coordinating meetings, conference calls and delivery of information and preparing or reviewing court documents and general case management. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $7,463.00 (12.6 hours).

   b. Cash. This category includes time spent assisting the Debtor with preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $19,992.00 (36.0 hours).

   c. Claims. This category includes time reviewing claims filed against the Debtor. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $4,153.00 (7.0 hours).

   d. Contracts. This category includes time assisting the Debtors with negotiations on key customer and supplier contracts and analysis of contract rejection claims. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $416.50 (0.7 hours).

   e. Creditor. This category includes time spent preparing for and attending meetings or calls with the Debtor's lenders and unsecured creditors and their financial

and investment banking advisors, responding to frequent information requests, and managing an extensive on-line data room to assist in the efficient dissemination of documents. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $2,975.00 (5.0 hours).

    f.  <u>Fee Application</u>. This category includes time preparing monthly fee applications in compliance with court guidelines. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $2,599.50 (6.9 hours).

    g.  <u>Monthly Operating Report.</u> This category includes time assisting the Debtor with the initial operating report, monthly operating reports and other requests or reporting to the Office of the United States Trustee. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $12,058.50 (31.3 hours).

    h.  <u>Operations</u>. This category includes time assisting the Debtors with matters related to the general operation of their business as well as implementation of their business plan. During this period, the Applicant assisted the Debtors on a wide range of issues including, benefits matters, accounting processes and performance of transition services. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $116,233.00 (270.4 hours).

    i.  <u>Plan of Reorganization</u>. This category includes time assisting the Debtor with preparing a plan of reorganization. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $4,424.50 (7.1 hours).

    j.  <u>Sale Process.</u> This category includes time assisting the Debtors with the 363 sale process. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $75,770.50 (154.0 hours).

k.  Tax.  This category includes time assisting the Debtors with tax related matters as further described in Exhibit D. The total fees sought under this category for the period October 1, 2009 through October 31, 2009 are $134,297.00 (296.7 hours).

The foregoing general description of services rendered in specific areas is not intended to be exhaustive of the scope of Applicant's activities on behalf of the Debtors in this case. The time records attached as Exhibit D present more completely the work performed by Applicant in each billing category during the period covered by this Application.

8.  Applicant believes that the post-petition services rendered during the period October 1, 2009 through October 31, 2009 on behalf of the Debtors are reasonably worth the sum of $380,382.50, and Applicant requests the allowance of such sum. The blended hourly rate for all services post-petition rendered by Applicant is $459.56.

9.  Applicant further requests reimbursement of costs expended on behalf of the Debtors for the period October 1, 2009 through October 31, 2009 in connection with these Chapter 11 proceedings in the sum of $18,322.34 as set forth in the summary attached as Exhibit E. The detailed expense items incurred by professional is attached and outlined as Exhibit F.

10.  The expenses incurred by Applicant may include wireless and long distance telephone calls, over-night delivery, travel expenses, local messenger service, meals, postage and duplicating charges, all of which Applicant normally bills to its non-bankruptcy clients at rates calculated to compensate Applicant for only the actual cost of the expense. Applicant does not charge for facsimiles.

11.  Applicant has reviewed the requirements of Del.Bankr.LR 2016-2 and believes that this Application complies with the requirements of the same.

WHEREFORE, Applicant prays this Court enter an Order allowing Applicant monthly compensation in the sum of $380,382.50 and reimbursement of costs expended October 1, 2009 through October 31, 2009 in the sum of $18,322.34, directing prompt payment of the same by the Debtors to the extent not previously paid and granting such other and further relief as may be just.

Dated: November 30, 2009
       San Francisco, California

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

 /Scott Brubaker/
Scott Brubaker
100 Pine
Suite 900
San Francisco, CA 94111
Telephone: 415.490.2302
Facsimile: 415.520.9200
sbrubaker@alvarezandmarsal.com

Restructuring Advisors for the Debtors
*and Debtors-in-Possession*