Faune Gates
464 Piezzi Lane
Santa Rosa, CA. 95401
(707)528-3532
email cfgates@comcast.net
November 30, 2009
Re: Case # 09-12099 (MFW); Claim #s: 1180 & 1188

To:
Honorable Mary F. Walrath
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor, Courtroom No.4
Wilmington, Delaware 19801

Office of the Clerk
United States Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington, Delaware 19801

Young, Conway, Straight & Taylor, LLP.
Attn. Kara Hammond Coyle, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O.Box 391
Wilmington, Delaware 19899

To All Parties Concerned:

I am a claimant in the Bankruptcy Case No. 09-12099 (MFW). As instructed, I filled out my Proof of Claim forms and mailed them to the Administrating firm of Kurtzman Carson Consultants in El Segundo, California. My claims were sent in one envelope and mailed from Santa Rosa, California on September 11th, 2009. For some unknown reason, the letter was not officially received until September 23rd, 2009. I was assured by the Post Office that the certified letter would be delivered in no more then two or three days. I can only assume that the mail was intentionally not signed-for and received by the Kurtzman Carson Consultants until after the deadline of September 21st, 2009, or possibly that my claim forms were mysteriously and temporarily lost in the mail system.

I am enclosing a copy of my certified mail receipt, the mail tracking information, as well as copies of my two Proof of Claim forms.

I acted in good faith and expected that the mail service as well as the administrating firm of Kurtzman Carson Consultants, would also act in good faith in the delivery and receipt of the claims in a timely manner. I am, therefore, appealing the denial of my two claims (1180 and 1188), and hope that this demonstrates the very reasonable attempt to have the Proof of Claim forms delivered well before the Bar Deadline of September 21st, 2009.

-continued-

Please advise me of your decision in this appeal.

I can be contacted at:  Faune Gates
464 Piezzi Lane
Santa Rosa, CA 95401

or: Phone/Fax: (707) 528-3532

or email at: cfgates@comcast.net

Sincerely,

*Faune Gates*

Faune Gates

## U.S. Postal Service
### CERTIFIED MAIL... RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.78 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.58 |

Postmark: 09/11/2009

Sent To: _____
Street, Apt. No.; or PO Box No.: _____
City, State, ZIP+4: _____

7009 1410 0001 2032 7964

---

```
           SANTA ROSA MPO
        SANTA ROSA, California
              954029998
           0567830660 -0093
09/11/2009   (800)275-8777    04:37:01 PM
================================================
                 Sales Receipt
Product                 Sale  Unit       Final
Description              Qty  Price      Price

EL SEGUNDO CA 90245                      $0.78
Zone-4 First-Class
Letter
    2.10 oz.
    Certified                            $2.80
    Label #:
                 70091410000120327964
    Issue PVI:                           =======
                                         $3.58
EP 6x9 Env -      1     $0.39            $0.39
RP

Total:                                   $3.97

Paid by:
Cash                                    $20.00
Change Due:                            -$16.03

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000701896164
Clerk: 12

    All sales final on stamps and postage
    Refunds for guaranteed services only
          Thank you for your business
*************************************************
*************************************************
        HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

           YOUR OPINION COUNTS
*************************************************
*************************************************

                Customer Copy
```

hi,cfgates@comcast.rSign Out | My Account                                      comcast.n

Find :                                    in Email         1%

| Home | Email | Voice | Address Book | Preferences | Compose | Email: |

New Folder   [X] Back to Inbox  Delete  Move to...  Move  More Actions...  Go  Spam

▼ Folders      edit
  Inbox
  Sent
  Drafts
  Spam
  Trash

From : U.S._Postal_Service_ <U.S._Postal_Service@usps.com>       Tue, Nov 24, 2009
Subject : U.S. Postal Service Track & Confirm email Restoration - 7009 1410 0001 2032 7964
   To : cfgates@comcast.net

Reply   Reply All   Forward   Print

This is a post-only message. Please do not respond.

Faune Gates has requested that you receive this restoration inform
for
Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Po
Service.

Label Number: 7009 1410 0001 2032 7964

Service Type: Certified Mail(TM)

Shipment Activity          Location                                  Da
Time
---------
Delivered                  EL SEGUNDO CA 90245
09/23/09   7:02am

Arrival at Unit            EL SEGUNDO CA 90245
09/22/09   10:17am

Acceptance                 SANTA ROSA CA 95402
09/11/09   4:36pm

----------------------------------------------------------------

USPS has not verified the validity of any email addresses submitte
its
online Track & Confirm tool.


For more information, or if you have additional questions on Track
Confirm
services and features, please visit the Frequently Asked Questions
(FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

PROMOTIONS

CREDIT SCORE
Click Here -$0

New York Life Insurance    [X] Back to Inbox  Delete  Move to...  Move  More Actions...  Go  Spam
Company
www.NewYorkLife.com/Cons

© 2008 Comcast Cable Communications    Privacy Policy   Terms of Service   Contact Us   Add Comcast Services

B 10 (Modified Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|

Indicate Debtor against which you assert a claim by checking the appropriate box below.
(Check only one Debtor per proof of claim form)

- ☐ Eddie Bauer Holdings, Inc. (Case no. 09-12099)
- ☒ Eddie Bauer, Inc. (Case no. 09-12100)
- ☐ Eddie Bauer Fulfillment Services, Inc. (Case no. 09-12101)
- ☐ Eddie Bauer Diversified Sales, LLC (Case no. 09-12103)
- ☐ Eddie Bauer Services, LLC (Case no. 09-12104)
- ☐ Eddie Bauer International Development, LLC (Case no. 09-12105)
- ☐ Eddie Bauer Information Technology, LLC (Case no. 09-12106)
- ☐ Financial Services Acceptance Corporation (Case no. 09-12107)
- ☐ Spiegel Acceptance Corporation (Case no. 09-12108)

THIS SPACE IS FOR COURT USE ONLY

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Gates, Faune

**Name and address where notices should be sent:** NameID: 8053827    Pack No. 3366

GATES, FAUNE
464 PIEZZI LN
SANTA ROSA, CA 95401
USA

Telephone No. 707 528-3532

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (if known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

SAME AS ABOVE

Telephone No.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $1,601.37 + $1,050.00 Eddie Bauer Gift Card.

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges.

2. **Basis for Claim:** Class Action Suit (Case 09-12099) Hill vs Eddie Bauer Holdings, Inc.
   (See Instruction #3a on reverse side.) U.S. District Court Case # CV06-5224 GW

3. **Last four digits of any number by which creditor identifies debtor:** ....9737 (Empl. I.D. #)

   3a. Debtor may have scheduled account as: Case # 09-12099 &/or Case # 09-12100
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____  Annual Interest Rate: _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for Perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, please explain:

5. Amount of claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commission (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier -- 11 U.S.C. § 507(a)(4)

☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507(a)(8).

☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 9-11-09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Faune Gates* - Faune Gates sales associate

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

THE DEBTOR HAS LISTED YOUR CLAIM AS A CONTINGENT PRIORITY CLAIM ON SCHEDULE E.

0982100090728213328002766

B 10 (Modified Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|
| | | THIS SPACE IS FOR COURT USE ONLY |

Indicate Debtor against which you assert a claim by checking the appropriate box below.
(Check only one Debtor per proof of claim form)

- [x] Eddie Bauer Holdings, Inc. (Case no. 09-12099)
- [ ] Eddie Bauer, Inc. (Case no. 09-12100)
- [ ] Eddie Bauer Fulfillment Services, Inc. (Case no. 09-12101)
- [ ] Eddie Bauer Diversified Sales, LLC (Case no. 09-12103)
- [ ] Eddie Bauer Services, LLC (Case no. 09-12104)
- [ ] Eddie Bauer International Development, LLC (Case no. 09-12105)
- [ ] Eddie Bauer Information Technology, LLC (Case no. 09-12106)
- [ ] Financial Services Acceptance Corporation (Case no. 09-12107)
- [ ] Spiegel Acceptance Corporation (Case no. 09-12108)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**FAUNE GATES**

Name and address where notices should be sent: NameID: 8069840    Pack No. 26806

FAUNE GATES
464 PIEZZI LN
SANTA ROSA, CA 95401
USA

Telephone No. 707-528-3592

- [ ] Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above):

SAME AS ABOVE

Telephone No.

- [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 1,601.37 + $1050 Eddie Bauer Gift Card.

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges.

2. Basis for Claim: ClassAction Suit (case 09-1209a) Hill vs Eddie Bauer Holdings, Inc.
   (See instruction #3a on reverse side.) U.S. District Court Case# CV06-5224GW

3. Last four digits of any number by which creditor identifies debtor: 9737 (Empl. ID#)

   3a. Debtor may have scheduled account as: Case # 09-12099 b/or case# 09-12100
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: [ ] Real Estate  [ ] Motor Vehicle  [ ] Other
   Describe:

   Value of Property: $_____  Annual Interest Rate: _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for Perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of claim Entitled to Priority and 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

- [ ] Domestic support obligations under 11 U.S. § 507(a)(1)(A) or (a)(1)(B).
- [ ] Wages, salaries, or commission (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(4).
- [ ] Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(5).
- [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units -- 11 U.S.C. § 507(a)(8).
- [ ] Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

* Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 9-11-09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Faune Gates*   Faune Gates
                sales associate

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0982100090728213936018125