TO WHOM IT MAY CONCERN                    DEC 4, 2009

Eddie Bauer, Holdings Inc., Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

**EARL HANKE**
**505 W LINCOLN ST No 1W**
**MOUNT MORRIS, IL 61054**

(PROOF OF CLAIM CONFIRMATION)
Your proof of claim filed against Eddie Bauer Holdings, Inc.,
case no 09-12099 was received on 8/17/2009
and assigned claim number 287

967-1781

For more information, please visit www.kccllc.net/eddiebauer or call 1-866-381-9100

I AM SENDING ATTACHED PROOF OF A PAID UP $10,000 INSURANCE POLICY ISSUED TO EARL HANKE JR. BY SPIEGEL AND HELD BY EDDIE BAUER FOR PAYMENT UPON EARL HANKE'S DEATH. I AM RESPONDING TO THE OBJECTION TO BE FILED ON OR BEFORE DEC 14, 2009. I AM CONCERNED THAT THIS PAID UP $10,000 POLICY WILL BE DE-NIDE MY FAMILY IN CASE OF MY DEATH. HOPEFULLY THIS CORRESPONENCE WILL PROVE AND HELP A RIGHTFULL DECISION. I WORKED 18 YEARS FOR SPIEGEL.

THANK YOU,
EARL HANKE JR
505 W. LINCOLN APT 1W
MT. MORRIS, IL 61054

Earl Hanke Jr.


*LATEST INFORMATION — DECEMBER 2009*

22373-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBHI HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. *~~KIMBERLY~~* | Chapter 11<br><br>Case No. 09-12099 (MFW)<br><br>Jointly Administered<br><br>Hearing Date: December 21, 2009 at 10:30 a.m. (ET)<br>Objection Deadline: December 14, 2009 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE DEBTORS' POSTPETITION LENDERS; (IV) ALL PARTIES ENTITLED TO RECEIVE NOTICE UNDER DEL. BANKR. LR 2002-1(b); AND (V) EACH OF THE CLAIMANTS TO THE PROPOSED ORDER.

PLEASE TAKE NOTICE THAT the debtors and debtors in possession in the above-captioned case (the "**Debtors**") have filed the attached **Debtors' Third Omnibus (Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "**Objection**").

PLEASE TAKE FURTHER NOTICE THAT responses to the Objection, if any, must be filed on or before December 14, 2009 at 4:00 p.m. (ET) (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and served upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karalcum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Tenere of Canada, Inc. and Yuma Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial List, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

PLEASE TAKE FURTHER NOTICE that responses to the Objection MUST, at a minimum, contain the following:

  a. a caption setting forth the name of the Bankruptcy Court, the above-referenced case number and the title of the Objection to which the Response is directed; the name of the claimant and description of the basis for the amount of the claim;

  b. a concise statement setting forth the reasons why a particular claim should not be reclassified, reduced, or disallowed for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Objection at the Hearing;

  c. all documentation or other evidence of the claim in question, to the extent not already included with the claimant's proof of claim, upon which the claimant will rely in opposing the Objection at the Hearing;

  d. the name, address, telephone number, and fax number of the person(s) (which may be the claimant or a legal representative thereof) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant; and

  e. the name, address, telephone number, and fax number of the person(s) (which may be the claimant or a legal representative thereof) to whom the Debtors should serve any reply to the Response.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON DECEMBER 21, 2009 AT 10:30 A.M. (ET) BEFORE THE HONORABLE MARY F. WALRATH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILMINGTON, DE 19801.

PLEASE TAKE FURTHER NOTICE THAT, IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACCORDANCE WITH THE ABOVE REQUIREMENTS, YOU WILL BE DEEMED TO HAVE CONCURRED WITH AND CONSENTED TO THE OBJECTION AND THE RELIEF REQUESTED THEREIN, AND THE DEBTORS WILL PRESENT TO THE COURT WITHOUT FURTHER NOTICE TO YOU, AN APPROPRIATE ORDER SUSTAINING THE OBJECTION.

Dated: November 20, 2009
Wilmington, Delaware

Respectfully submitted,

/s/ Kara Hammond Coyle
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

David S. Heller
Josef S. Athanas
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

-and-

Heather L. Fowler
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION

**EGEL, INC.**

10 LACEY ROAD
WNERS GROVE, ILLINOIS
i15-5432

81) 986-8800

ECUTIVE OFFICE

October 20, 1997

Earl Hanke
3604 N. Page
Chicago, IL 60634

*[Handwritten note: THIS COPY IS FROM SPIEGEL — NOTE: PAID UP 10,000 LIFE INSURANCE DATED OCT 29 1997]*

Dear Earl,

Enclosed is a certificate which describes the provisions of your $10,000 paid up life insurance policy. Please review the certificate carefully. If all of the information is correct, please sign and date the form and keep it with your important papers. If you would like to make any corrections, please notate them on the certificate and return to my attention at the address noted above.

If you have any questions, please call me at 630-769-2144.

Best wishes,

*Sharon Rodriguez* (signature)

Sharon Rodriguez
Benefit Services Administrator

# THE SPIEGEL GROUP
## LIFESTYLE RETAILERS®

March 17, 2003

Earl W. Hanke Jr.
505 W. Lincoln
Mt. Morris, IL 61054-1328

*NOTE - COPY ATTACHED DATED MARCH 17, 2003*

Dear Earl:

Enclosed are two Life Insurance Confirmation forms that describe the provisions of your $10,000 retiree life insurance policy. Please review and if all the information is correct, keep one form for your records. Please sign and date the second form and return it to my attention at the address noted below. If there are any corrections that need to be made, please return all of the forms to my attention.

If you have any questions, please do not hesitate to call me at (630) 769-3141.

Sincerely,

*Marilyn Williams*

Marilyn Williams
Benefits Coordinator

Enc.



## Retiree Group Life Insurance Confirmation

| | | | |
|---|---|---|---|
| Policyholder: | Spiegel, Inc. | Policy No.: | 32480<br>Minnesota Life |
| Retiree Name: | Earl W. Hanke Jr. | Retiree SSN: | -5226 |
| Coverage Amount: | $10,000.00 | Effective Date: | 11/1/97 |

### Beneficiary Designation

| | | | |
|---|---|---|---|
| Primary Beneficiary Name: | Barbara Kay Hanke | Primary Beneficiary Address: | 505 W. Lincoln<br>Mt. Morris, IL 61054 |
| Primary Beneficiary SSN: | 1659 | Primary Beneficiary Relationship to Retiree: | Wife |
| Secondary Beneficiary Name: | Robert Hanke<br>Tom Hanke<br>Sharil Diehl | Secondary Beneficiary Address: | 4390 W. RT. 64<br>Mt. Morris, IL 61054 |
| Secondary Beneficiary SSN: | 6756<br>-7623<br>-3905 | Secondary Beneficiary Relationship to Retiree: | Son<br>Son<br>Daughter |

### Signatures

| | | | |
|---|---|---|---|
| Retiree Signature: | Earl Hanke Jr | Date: | |
| Spiegel Representative: | Marilyn Williams | Date: | 3/17/03 |

NOTE DATE

To file a claim, please contact:

Spiegel, Inc.
Benefits Dept.
3500 Lacey Rd.
Downers Grove, IL 60515
1-888-345-2888

*Spiegel Retiree Coverage Confirmation*
Rev. 3/2001

# GROUP LIFE INSURANCE CERTIFICATE
## FOR SPIEGEL RETIREES

Insurance Co: PROVIDENT LIFE INSURANCE

Policyholder: SPIEGEL, INC.

Group Policy No: P-046

Effective Date: 11/1/97

Insured: EARL HANKE JR

Social Security Number: 5226

This certificate forms a part of your booklet-certificate which describes the provisions of the group policy specified above.

## AMOUNT OF INSURANCE
### Retiree Only

AMOUNT OF BASIC LIFE INSURANCE    $ 10,000.00

**Primary Beneficiary:** BARBARA K HANKE
**Relationship:** SPOUSE
**Social Security Number:** 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

**Contingent Beneficiary:** ROB, TOM, AND SHARIL
**Relationship:** CHILDREN
**Social Security Number:** SEE FILE

_Earl Hanke Jr_
Signature

11/1/97
Date

_Aaron Rodriguez_
Company Representative

10/29/97
Date

# THE SPIEGEL GROUP
## LIFESTYLE RETAILERS

November 2004

Earl Hanke Jr
3604 N Page
Chicago, IL 60634

XXX

*[Handwritten notes in top right: NOV. 2004 SPIEGEL NAMED INSURANCE PASSED ON TO EDDIE BAUER $10,000 PAID UP EARL HANKE LIFE INSURANCE]*

Dear Earl,

The past year has been a year filled with change for The Spiegel Group. As you may already know, on June 22, 2004, we completed the sale of the Newport News business and on July 16, 2004 we concluded the sale of the Spiegel Catalog business.

As a result of these changes, The Spiegel Group Corporate offices located in Downers Grove, Illinois will be closing. Effective immediately, the Eddie Bauer benefits team will be taking over the administration of your retiree life insurance coverage. Please note that your $10,000.00 benefit is provided under a group term life policy, therefore, no individual policies will be issued.

You can be assured that your applicable records will be sent to Eddie Bauer and that they will provide you with outstanding service. In the future, address changes, beneficiary changes and claims should be sent to the Eddie Bauer Associate Services Center at asc@eddiebauer.com, at 800-599-9393, or at:

Eddie Bauer Associate Services
PO Box 97000
Redmond, WA 98073-9700

Another result of The Spiegel Group's reorganization is that you will no longer be eligible for a discount at Spiegel or Newport News. While this is an unfortunate result of the reorganization, I am happy to share that you will continue to be eligible for the retiree discount at Eddie Bauer. In addition, Eddie Bauer will be holding 40% Off Discount Days from December 1st through December 5th.

In the coming months you will receive a new discount card as well as a new discount policy. You will be notified of any future changes to this policy, however, please note that the terms of the discount policy may be amended or terminated at any time with or without notice.

The Spiegel Group benefits department has taken pride in serving you over the years and we wish you the very best.

Sincerely,

*Sharon A. Lynn-Garcia*

Sharon A. Lynn-Garcia
Benefits Manager



Dear Eddie Bauer Associate:

The enclosed summary annual reports are informational only and <u>do not require a response from you</u>.

These reports contain the overall financial status of the Welfare Benefits plans, and the Eddie Bauer Retirement Partnership Plan. We share this information with you in an effort to keep you informed about your benefit plans.

Disclosing this information allows associates visibility to the financial viability of our benefit plans. The Employment Retirement Security Act (ERISA) mandates this disclosure, which is designed to protect you, the benefit plan participant, and your beneficiaries.

We are pleased to report that Eddie Bauer's benefit plans are appropriately funded for the number of participants.

Each report contains instructions for seeking additional information, should you wish to do so.

As always, the Associate Services Center team is available to answer questions at 1-800-599-9393.

Sincerely,

Stacey Ragsdale
Divisional Vice President, Human Resources

[Handwritten annotations: "CRITS GREEN", "BACK AGAIN", "NOTE EDDIE BAUER BENEFITS WHICH INCLUDED EARL HAWK 10,000 PAID UP INS. PROPERLY FUNDED"]

# SUMMARY ANNUAL REPORT FOR SPIEGEL, INC. WELFARE BENEFITS PLAN

This is a summary of the annual report of the Spiegel, Inc. Welfare Benefits Plan, EIN 41-0969737, Plan No. 502, for the period January 1, 2004 through December 31, 2004. The annual report has been filed with the Employee Benefits Security Administration, U.S. Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

## Insurance Information

The plan has contracts with Minnesota Life Insurance Company, Connecticut General Life Insurance Company, Prudential Insurance Company of America, Health Care Service Corporation, Standard Insurance Company, American Family Insurance Company, Hartford Life Insurance Co., United Health Care of Ohio and Optima Health Plan to pay Medical, Temporary disability, Stop loss, indemnity contract, Long-term disability claims incurred under the terms of the plan. The total premiums paid for the plan year ending December 31, 2004 were $2,850,308.

Because they are so called "experience-rated" contracts, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contracts were $715,053 and the total of all benefit claims paid under these experience-rated contracts during the plan year was $687,748.

## Basic Financial Statement

The value of plan assets, after subtracting liabilities of the plan, was $(1,522,180) as of December 31, 2004, compared to $(1,441,649) as of January 1, 2004. During the plan year the plan experienced a decrease in its net assets of $80,531. This decrease includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. During the plan year, the plan had total income of $30,892,748 including employer contributions of $21,770,699, employee contributions of $9,043,856, and earnings from investments of $78,193.

Plan expenses were $30,973,279. These expenses included $2,623,057 in administrative expenses and $28,350,222 in benefits paid to participants and beneficiaries.

## Your Rights To Additional Information

You have the right to receive a copy of the full annual report, or any part thereof, on request. The items listed below are included in that report:

1. an accountant's report;
2. financial information and information on payments to service providers;
3. assets held for investment; and
4. insurance information, including sales commissions paid by insurance carriers.

To obtain a copy of the full annual report, or any part thereof, write the office of Eddie Bauer, Inc., PO Box 97000, Redmond, WA 98073-9700, (425) 755-6100.

You also have the right to receive from the plan administrator, on request and at no charge, a statement of the assets and liabilities of the plan and accompanying notes, or a statement of income and expenses of the plan and accompanying notes, or both. If you request a copy of the full annual report from the plan administrator, these two statements and accompanying notes will be included as part of that report.

You also have the legally protected right to examine the annual report at the main office of the plan (Eddie Bauer, Inc., 15010 NE 36th Street, Redmond, WA 98052-0000) and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, Room N1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.