Brenda Johnson
1315 Hexem Avenue
Santa Rosa, CA 95404
(707) 528-6216

December 2, 2009

Re: Case # 09-12099  Claim #s 1166 & 1168

TO:
Honorable Mary F. Walrath
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor, Courtroom No. 4
Wilmington, Delaware 19801

Office of the Clerk
United States Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington, Delaware 19801

Young, Conway, Straight & Taylor, LLP.
Attn. Kara Hammond Coyle, Esq.
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899

To Whom It May Concern:

I am appealing the denial of my two claims (1166 and 1168). As claimant in the Bankruptcy Case No. 09-12099 (MFW) I filled out my proof of claim forms and mailed them to the Kurtzman Carson Consultant Firm. I am enclosing copies of my two proof of claim forms and copies of my certified mail receipt and return mail receipt. My claims were mailed on September 16th 2009 within plenty of time to be received by the bar deadline of September 21st 2009.

My efforts obtaining proper documentation and assurance by the Post Office that delivery would take place by the deadline, demonstrate responsibility and good faith. My claims, however were not officially

received and signed for until September 22nd 2009. It would appear that an error of a clerical or technical nature may have occurred in the receiving process. Please consider this appeal and advise me of your decision.

Sincerely,

*Brenda Johnson*
Brenda Johnson

Encl. Proof of Claim Forms (2) and
     Certified Mail Receipts

B 10 (Modified Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|

Indicate Debtor against which you assert a claim by checking the appropriate box below.
(Check only one Debtor per proof of claim form)

THIS SPACE IS FOR COURT USE ONLY

- [x] Eddie Bauer Holdings, Inc. (Case no. 09-12099)
- [ ] Eddie Bauer, Inc. (Case no. 09-12100)
- [ ] Eddie Bauer Fulfillment Services, Inc. (Case no. 09-12101)
- [ ] Eddie Bauer Diversified Sales, LLC (Case no. 09-12103)
- [ ] Eddie Bauer Services, LLC (Case no. 09-12104)
- [ ] Eddie Bauer International Development, LLC (Case no. 09-12105)
- [ ] Eddie Bauer Information Technology, LLC (Case no. 09-12106)
- [ ] Financial Services Acceptance Corporation (Case no. 09-12107)
- [ ] Spiegel Acceptance Corporation (Case no. 09-12108)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**BRENDA JOHNSON**

Name and address where notices should be sent: NameID: 8061865  Pack No. 26834

BRENDA JOHNSON
1315 HEXEM AVE
SANTA ROSA, CA 95404
USA

Telephone No. (707) 528-6216

Name and address where payment should be sent (if different from above):

Telephone No.

- [ ] Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*if known*)

Filed on: _____

- [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $1546 —

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

- [x] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges $1000 Gift Card

2. **Basis for Claim:** law suit (Tara Hill vs Eddie Bauer
   (See instruction #3a on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 2099

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____ Annual Interest Rate: _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $ _____ Basis for Perfection: _____

   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   - [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   - [ ] Wages, salaries, or commission (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier – 11 U.S.C. § 507(a)(4).
   - [ ] Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   - [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
   - [ ] Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   - [ ] Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $ _____

   * *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with response to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 9-16-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Brenda Johnson* | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0982100090728213919010152

# B 10 (Modified Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|

Indicate Debtor against which you assert a claim by checking the appropriate box below.
**(Check only one Debtor per proof of claim form)**

- [ ] Eddie Bauer Holdings, Inc. (Case no. 09-12099)
- [x] Eddie Bauer, Inc. (Case no. 09-12100)
- [ ] Eddie Bauer Fulfillment Services, Inc. (Case no. 09-12101)
- [ ] Eddie Bauer Diversified Sales, LLC (Case no. 09-12103)
- [ ] Eddie Bauer Services, LLC (Case no. 09-12104)
- [ ] Eddie Bauer International Development, LLC (Case no. 09-12105)
- [ ] Eddie Bauer Information Technology, LLC (Case no. 09-12106)
- [ ] Financial Services Acceptance Corporation (Case no. 09-12107)
- [ ] Spiegel Acceptance Corporation (Case no. 09-12108)

THIS SPACE IS FOR COURT USE ONLY

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Johnson, Brenda

**Name and address where notices should be sent:** NameID: 8054103    Pack No. 1162

JOHNSON, BRENDA
1315 HEXEM AVE
SANTA ROSA, CA 95404
USA

Telephone No. (707) 528-6216

- [ ] Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(if known)*

Filed on:_____

**Name and address where payment should be sent (if different from above):**

Telephone No.

- [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $1546 —

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

- [x] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges  $1000 Gift Card

2. **Basis for Claim:** law suit (Tara Hill vs Eddie Bauer)
(See instruction #3a on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 2100

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   [ ] Real Estate  [ ] Motor Vehicle  [ ] Other
   Describe:

   Value of Property: $_____  Annual Interest Rate: _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for Perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

- [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- [ ] Wages, salaries, or commission (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier – 11 U.S.C. § 507(a)(4).
- [ ] Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
- [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- [ ] Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with response to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 9·16·09

Signature: *Brenda Johnson*

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**THE DEBTOR HAS LISTED YOUR CLAIM AS A CONTINGENT PRIORITY CLAIM ON SCHEDULE E.**

09821000907282133329003041

## Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eddie Bauer Claims Processing Center
   c/o Kurtzman Carson Consultants LLC
   2335 Alaska Ave.
   El Segundo, CA 90245

2. Article Number (Transfer from service label)

   7009 1410 0001 2033 8557

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) / C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
    If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

## U.S. Postal Service Certified Mail Receipt
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

EL SEGUNDO CA 90245

| | |
|---|---|
| Postage | $ |
| Certified Fee | | 05
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5. |

Sent To: Eddie Bauer Claims Processing Center
Street, Apt. No.: c/o Kurtzman Carson Consult. LLC
or PO Box No.: 2335 Alaska Ave.
City, State, ZIP+4: El Segundo CA 90245

7009 1410 0001 2033 8557

PS Form 3800, August 2006   See Reverse for Instructions

---

```
           Coddingtown Station
           Santa Rosa, California
                954019998
              0567830662 -0096
09/16/2009   (707)528-8778   04:28:31 PM

                Sales Receipt
Product          Sale    Unit        Final
Description      Qty     Price       Price

EL SEGUNDO CA 90245                  $0.61
Zone-4 First-Class
Letter
 1.30 oz.
 Return Rcpt (Green Card)            $2.30
 Certified                           $2.80
 Label #:       70091410000120338557
                                   ========
 Issue PVI:                          $5.71

2009 Forever      1    $8.80         $8.80
Stamp PSA
Dbl-Sd Bklt

Total:                              $14.51

Paid by:
Cash                                $14.51

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000401027544
Clerk: 05

   All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
******************************************
******************************************
           HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

            YOUR OPINION COUNTS
******************************************
******************************************

                Customer Copy
```