Claim # 1171
4000.⁰⁰ Pd up Life Ins Policy

Retirement pkg included this item

I had been paying on a policy 1x my salary which the company cancelled - at my retirement —
To conform with all Executives Retirement pkgs Each was given this $4000.⁰⁰ Paid up Policy — this included everyone the group.

I received nothing from the policy I was unable to keep & had made years of pmts. The change - New pkg - was as listed above.

Entitlement a Paid up $4000.⁰⁰ Life Ins Policy on Retirement

Olga Melone Bazzi
3738 N. Lockwood Av
Chgo Il. 60641

Dec 10-09

Telephone # 773-282-0355

# The Prudential Insurance Company of America

(INSURANCE COMPANY)

CERTIFIES that the Employee named below is insured under Group Policy or Policies G-40740

POLICYHOLDER

## SPIEGEL, INC.

AND ITS SUBSIDIARIES

| Certificate Number | Effective Date | Employee |
|---|---|---|
| 3645 | 1-1-73 | Olga D. Bazzi |

If the Employee is not actively at work on full time on the effective date indicated above, the effective date of the insurance evidenced by this Certificate will be deferred until the Employee's return to active work on full time.

BENEFICIARY FOR DEATH BENEFITS: Terese Melone, Mother

SCHEDULE OF INSURANCE

EMPLOYEE GROUP LIFE INSURANCE

    Amount of Insurance      $25,000.00      Dollars

EMPLOYEE GROUP ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

    Amount of Insurance      $10,000.00      Dollars

The provisions of the Group Policy or Policies principally affecting the Employee's insurance are summarized on this and the following pages of this Certificate. All benefits are subject in every respect to the Group Policy or Policies, which alone constitute the agreements under which payments are made.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

GROUP INSURANCE CERTIFICATE FOR THE COVERAGES APPLICABLE TO
THE EMPLOYEE AS PROVIDED HEREIN

ORD 22658 ED 12-50 (A)
Serial G-1A, C-1A

Should you cease active work for any reason, contact the Policyholder at once to determine what arrangements, if any, can be made to continue your insurance.

40740
Pr. 4-72; (3,000)

Printed in U.S.A.