IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN re:

EBHI HOLDINGS, INC., *et al.*

Case No. 09-12099 (MFW)

DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSANT TO 502(b) OF THE BANKRUTPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I PATRICIA A HOLLINGSWORTH, OBJECT TO THE OBJECTION OF MY SUBMITTED CLAIM OF $10,000.00.

THE REASON FOR THE CLAIM IS AT THE TIME OF MY LEAVING THE EMPLOY OF SPIEGEL I WAS AS WELL AS THE OTHER EMPLOYEES THAT HAD PROVIDED LONG TIME SERVICE WERE PROMISED LIFE INSURANCE POLICES AS WELL AS PENSIONS WITH THE STIPULATION THAT WE WERE NOT TO DISCUSS TERMS OF OUR AGREEMENT AND WE WERE RESTRICTED AND HAD TO SIGN AGREEMENTS TO THAT AFFECT.

NOW HERE WE GO AGAIN NO JOB, NO BENEFITS BECAUSE THE COMPANY IS BEING REORGANIZED.

WE CAN'T AFFORD COUNSEL SO OUR CLAIMS ARE BEING DISMISSED.

I ALSO OBJECT TO THE DISMISSAL OF MY CLAIM DUE TO TARDINESS.

RESPECTFULL SUBMITTED

PATRICIA A. HOLLINGSWORTH

4783 JEFFERSON ST.

GARY, IN. 46408

219-980-0818