# Exhibit 1

Debtors

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and its respective Chapter 11 Case docket number, are: EBHI Holdings, Inc. f/k/a Eddie Bauer Holdings, Inc., a Delaware corporation (2352) (Case No. 09-12099); Amargosa, Inc. f/k/a Eddie Bauer, Inc., a Delaware corporation (9737) (Case No. 09-12100); Gobi Fulfillment Services, Inc. f/k/a Eddie Bauer Fulfillment Services, Inc., a Delaware corporation (0882) (Case No. 09-12101); Arabian Diversified Sales, LLC f/k/a Eddie Bauer Diversified Sales, LLC, a Delaware limited liability company (1567) (Case No. 09-12103); Gibson Services, LLC f/k/a Eddie Bauer Services, LLC, an Ohio limited liability company (disregarded) (Case No. 09-12104); Karakum International Development, LLC f/k/a Eddie Bauer International Development, LLC, a Delaware limited liability company (1571) (Case No. 09-12105); Simpson Information Technology, LLC f/k/a Eddie Bauer Information Technology, LLC, a Delaware limited liability company (disregarded) (Case No. 09-12106); Sandy Financial Services Acceptance Corporation f/k/a Financial Services Acceptance Corporation, a Delaware corporation (7532) (Case No. 09-12107); and Sonoran Acceptance Corporation f/k/a Spiegel Acceptance Corporation, a Delaware corporation (7253) (Case No. 09-12108).