# Exhibit 3

Assumed Executory Contracts

[To Come]