IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- X

In re:                                            Chapter 11

EDDIE BAUER HOLDINGS, INC., *et al.*,             Case No.:  09-12099 (MFW)

             Debtors.             **Hearing Date:  March 3, 2010 at 10:30 a.m.**
                                                  **Objection Deadline:  February 3, 2010 at 4 p.m.**

-------------------------------------------------------------- X

**SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

**TO THE HONORABLE MARY F. WALRATH,
UNITED STATES BANKRUPTCY JUDGE:**

Name of Applicant:                                Capstone Advisory Group, LLC

Authorized to Provide                             The Official Committee of Unsecured
Professional Services to:                         Creditors

Date of Retention:                                August 17, 2009, *nunc pro tunc* to
                                                  June 25, 2009

Period for which compensation
and reimbursement is sought:                      September 1, 2009 through November 30, 2009

Amount of Compensation sought
as actual, reasonable and necessary:              $26,296.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:              $443.14

The total time expended for fee application preparation is approximately .6 hours and the
corresponding compensation requested is $66.00.

| Interim Fee Application Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 9/1/09 – 9/30/09<br>10/23/09<br>912 | $14,988.00 | $195.65 | 11/20/09<br>994 | $11,990.40 | $195.65 | $2,997.60 |
| 10/1/09 – 10/31/09<br>12/7/09<br>1058 | $9,214.00 | $137.21 | 1/5/10<br>1166 | $7,371.20 | $137.21 | $1,842.80 |
| 11/1/09 – 11/30/09<br>1/13/10<br>1199 | $2,094.00 | $110.28 | N/A | $1,675.20 | $110.28 | $418.80 |
| **TOTAL** | **$26,296.00** | **$443.14** | | **$21,036.80** | **$443.14** | **$5,259.20** |

-------------------------------------------------------------- X

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER HOLDINGS, INC., *et al.*, | Case No.:  09-12099 (MFW) |
| Debtors. | **Hearing Date:  March 3, 2010 at 10:30 a.m.**<br>**Objection Deadline:  February 3, 2010 at 4 p.m.** |

-------------------------------------------------------------- X

**SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

**TO THE HONORABLE MARY F. WALRATH,
UNITED STATES BANKRUPTCY JUDGE:**

Capstone Advisory Group, LLC ("Applicant"), financial advisor to the Official

Committee of Unsecured Creditors (the "Committee") of Eddie Bauer Holdings, Inc. and its

affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned

jointly administered chapter 11 cases, hereby submits its second interim fee application (the

"Application") for allowance of compensation and reimbursement of expenses pursuant to §§

330 and 331 of chapter 11 of title 11 of the United Stated Code (the "Bankruptcy Code") for

legal services performed during the period of September 1, 2009 through November 30, 2009

(the "Application Period").  In support thereof, Applicant respectfully represents as follows:

**RELIEF REQUESTED**

1.       By this Application, Applicant seeks interim approval and allowance of

compensation for financial services rendered and reimbursement of expenses incurred during the

Application Period, including authorization for the Debtors to pay the 20% holdback of fees as

required under the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 69).

2.     Applicant has filed and served monthly fee applications for the months of September, October and November 2009 (collectively, the "<u>Monthly Fee Applications</u>") during the Application Period.  Each of the Monthly Fee Applications is incorporated by reference as if fully set forth herein.[1]

3.     A summary of the hours spent, the names of each professional and paraprofessional rendering services to the Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the Applicant advisors rendering services to the Committee is attached as the cover sheet to each of the Monthly Fee Applications.  A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the *United States Trustee's Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "<u>Guidelines</u>"), is attached to each of the Monthly Fee Applications as Exhibit "A."

4.     A statement of expenses incurred by Applicant during the Application Period is attached to each of the Monthly Fee Applications as part of the cover sheet.  All time entries and requested expenses are in compliance with Rule No. 2016-2 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "<u>Local Rules</u>").[2]

---

[1]     Copies of the Monthly Fee Applications are publicly available via the Court's ECF/PACER system and may be alternatively obtained upon written request to the undersigned counsel.

[2]     Applicant has also attempted to ensure that this Application complies with the Guidelines.  To the extent that the Guidelines conflict with Local Rules, in particular, Local Rule 2016-2, Applicant has chosen to comply with such Local Rule.  Applicant will supplement this Application with additional detail or information upon request.

## COMPENSATION REQUESTED

5.     Applicant seeks interim allowance and payment of fees in the amount of **$26,296.00** for financial services rendered on behalf of the Committee during the Application Period.  In addition, Applicant requests that the Debtors be authorized to pay **$5,259.20** in fees representing the twenty percent (20%) "holdback".

## EXPENSES

6.     Annexed as part of the cover sheet to the Monthly Fee Applications is a list of the necessary and actual disbursements incurred during the Application Period in connection with the work performed by Applicant during the Application Period.  The list is derived from the information found at the end of the Case Administration project category in Exhibit "A" to the Monthly Fee Applications.  These records indicate that Applicant has advanced and will have advanced, during the Application Period, the sum of **$443.14** in necessary and actual out-of-pocket expenses.  In connection with said expenses, it should be noted that Applicant charges $1.00 per page for outgoing telefacsimilies with no charge for incoming telefacsimilies, 10¢ per page for photocopying and charges for meals only necessitated by meetings with the Debtors or the Committee or when Applicant's personnel would work on this case through a normal meal period.

## NOTICE, PRIOR APPLICATION AND CERTIFICATION

7.     Notice of this Application has been provided to (i) Debtors, (ii) Debtors' counsel, (iii) the U.S. Trustee and (iv) counsel for the Debtors' secured lenders.  Applicant submits that the foregoing constitutes good and sufficient notice and that no other or further notice need be given.

8.      No previous application for the relief sought herein has been made to this or any other court.

9.      Applicant has reviewed the requirements of the Local Rules and this Application complies with those rules.

**WHEREFORE**, Applicant hereby respectfully requests (i) interim allowance of compensation for Applicant's duly authorized, necessary and valuable service to the Committee during the Application Period in the aggregate amount of **$26,296.00**; and (ii) reimbursement to Applicant for actual and necessary expenses incurred during the Application Period in connection with the aforesaid services in the aggregate amount of **$443.14**.

Dated: January 14, 2010
        New York, NY

**CAPSTONE ADVISORY GROUP, LLC**

/s/ Jay Borow
Jay Borow
Member of the Firm
1065 Avenue of the Americas
New York, NY 10018
(212) 782-1411

Financial Advisor to the Official Committee
of Unsecured Creditors