# EXHIBIT C

## Liquidation Analysis

E-1

## EBHI Holdings, Inc.
## Liquidation Analysis and Best Interests Test - As of January 15, 2010
*($MM)*

| | | | | |
|---|---|---|---|---|
| *Memo: Settlement Distributions to Term Loan Lenders to Date* | | $165.7 | | |
| **1. Estimated Additional Distributions To Pre-Petition Term Lenders** | | **Low** | **Mid** | **High** |
| [A] | Sale-Related Escrow Releases | $1.0 | $1.9 | $2.8 |
| [B] | Letters of Credit - Collateral Releases | 0.0 | 6.4 | 12.7 |
| [C] | Other Miscellaneous Receipts | 5.3 | 8.8 | 12.3 |
| | **Estimated Total** | **$6.3** | **$17.1** | **$27.8** |
| **2. Estimated Cash Remaining With Estate** | | | | |
| [A] | Settlement Reserve | $6.0 | $6.0 | $6.0 |
| [B] | Tax Refunds and Related | 1.4 | 5.7 | 10.1 |
| [C] | Other Miscellaneous | 0.5 | 1.9 | 3.3 |
| | **Total Estimated Cash Remaining With Estate** | **$7.9** | **$13.6** | **$19.4** |
| | **Total Estimated Term Loan Distributions + Estate Cash** | **$14.2** | **$30.7** | **$47.3** |
| **3. Estimated Cost of Liquidating Trust:** | | | | |
| [A] | Professional Fees | $2.1 | $1.6 | $1.0 |
| | **Total Estimated Distributions to All Claimants Under Plan** | **$12.1** | **$29.2** | **$46.2** |
| **4. Estimated Cost of Chapter 7 Administration** | | | | |
| [A] | Estimated Chapter 7 Trustee Fees | $0.4 | $0.9 | $1.4 |
| [B] | Supplemental Professional Fees | 3.1 | 2.3 | 1.6 |
| | **Total Estimated Chapter 7 Costs** | **$3.5** | **$3.3** | **$3.0** |
| | **Total Estimated Distributions to All Claimants Under Chapter 7** | **$10.6** | **$27.4** | **$44.3** |
| | *Variance: Chapter 7 vs Liquidating Trust* | *($1.5)* | *($1.7)* | *($1.9)* |

DB02:9192831.1                                                                                                                   068417.1001

# FOOTNOTES TO ACCOMPANY HYPOTHETICAL LIQUIDATION ANALYSIS

The Debtors with the assistance of their restructuring advisors, have prepared this hypothetical liquidation analysis (the "Liquidation Analysis") in connection with the Disclosure Statement. The Liquidation Analysis indicates the estimated distributions available to claimants pursuant to a chapter 7 liquidation, as an alternative to Joint Plan of Liquidation. The Liquidation Analysis is based upon the assumptions discussed herein and in the Disclosure Statement. All capitalized terms not defined in this Liquidation Analysis have the meanings ascribed to them in the Disclosure Statement.

The Liquidation Analysis has been prepared to reflect the hypothetical situation that the Debtors' current Chapter 11 Cases convert to chapter 7 cases on or about March 31, 2010 (the "Liquidation Date") with a chapter 7 trustee (the "Trustee") appointed by the Bankruptcy Court. The determination of the hypothetical proceeds from the continued liquidation of assets and costs required to wind down the Debtors' estates in an orderly manner is an uncertain process involving the extensive use of estimates and assumptions that, although considered reasonable by the Debtors' management, are inherently subject to significant uncertainties and contingencies beyond the control of the Debtors and their management. ACCORDINGLY, NEITHER THE DEBTORS NOR THEIR ADVISORS MAKE ANY REPRESENTATION OR WARRANTY THAT THE ACTUAL RESULTS OF A LIQUIDATION OF THE DEBTORS WOULD OR WOULD NOT APPROXIMATE THE ASSUMPTIONS REPRESENTED HEREIN. ACTUAL RESULTS COULD VARY MATERIALLY.

The following notes describe the significant assumptions that were made with respect to assets and wind-down expenses.

1. **Estimated Additional Distributions to Pre-Petition Term Lenders:** Represents range of estimated recoveries to be distributed to the Pre-Petition Term Lenders as detailed by the Committee Settlement Stipulation.

    a. Sale-Related Escrow Releases: Reflects the Debtors' best estimates for range of outcomes related to the Cure Deposit Escrows (following the distribution of the first $500,000 of available funds to the Debtors' estates). The final resolution of executory contract cures and lease cures is pending. The range of estimates for the Cure Deposit Escrows were based the Debtors' analysis of resolved cures and pending objections to date.

    b. Letters of Credit – Collateral Releases: Reflects the Debtors' best estimates for range of outcomes related to pursuit of the release of collateral associated with various letters of credit outstanding from the Debtors' DIP Facility in order to secure various lease, insurance, customs bond and other miscellaneous obligations. The low estimate reflects that the Debtors are completely unsuccessful and the high estimate reflects that the Debtors are fully successful in obtaining the release of outstanding letter of credit-related collateral.

    c. Other Miscellaneous Receipts: Reflects the Debtors' best estimates for ranges of outcomes related to the pursuit of the release of distributions on account of the Debtors' intercompany-related claim in the CCAA proceedings of Tenere of Canada, Inc. and Yuma Customer Services, Inc. and miscellaneous refunds, proceeds, escrows and collateral. Distributions from the CCAA proceedings reflect approximately $5MM of the low estimate and $10MM of the high estimate. Also included in the range is approximately $0 - $1.8MM related to the pending resolution of sales (trust) taxes paid by the Debtors prior to the entry of the Committee Settlement Stipulation.

2. **Estimated Cash Remaining with Estate:** Represents range of estimated recoveries to be retained by the Debtors' estates to be distributed in satisfaction of claims other than those of the Pre-Petition Term Lenders, as detailed by the Committee Settlement Stipulation (and Section 506(c) Stipulation, where applicable).

    a. Settlement Reserve: Reflects $6MM of cash proceeds from the 363 Sale

    b. Tax Refunds and Related: Reflects Debtors' best estimates for range of outcomes related to the pursuit of U.S .tax refunds and distributions to the Debtors' estates on account of tax refunds successfully pursued in the CCAA proceedings of Tenere of Canada, Inc. and Yuma Customer Services, Inc. The low estimate reflects tax refunds that have actually been received by the Debtors' estates as of the date of this analysis. The high estimate reflects the Debtors' estimate of the maximum potential amounts related to refunds that the Debtors have actually identified and are in the process of pursuing as of the date of this analysis.

    c. Other Miscellaneous: Reflects Debtors' best estimates for range of outcomes related to Cure Deposit Escrow and Carve Out Escrow funds as described the Committee Settlement Stipulation and Additional Deposit Account funds as described in the Section 506(c) Stipulation. For both the low and high estimates, the Debtors' estimate that the Debtors' estates shall receive approximately $500,000 from the Cure Deposit Escrows following the final resolution of the executory contract and lease cures process, and that the Carve-Out Escrow funds will be fully utilized by the Debtors. With respect to potential remaining Additional Deposit Account funds, the Debtors' low estimate is $0 and high estimate is $1MM, based on its current rate of utilization. Also included in the range is the impact of the sales (trust) taxes paid by the Debtors prior to the entry of Committee Settlement Stipulation described in the section 1 above. The low estimate reflects the resolution of both issues in favor of the Pre-Petition Term Lenders, and the high estimate reflects the resolution of both issues in favor the Debtors' estates.

**3. Estimated Cost of Liquidating Trustee**

    a. Professional Fees: Estimates reflects the cost of the Liquidating Trustee services and additional professional costs for supplemental tax, benefit wind-down, claims reconciliation and legal support.

**4. Estimated Cost of Chapter 7 Administration**

    a. Estimated Chapter 7 Trustee Fees: Reflects fees at 3% of total distributions

    b. Supplemental Professional Fees: Reflects a 50% increase to Liquidating Trustee professional fee costs due chapter 7 Trustee's and professionals' lack of familiarity with the assets being liquidated and wind-down activities required.