UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EBHI Holdings, Inc., *et al.*,[1] | § | Case No. 09-12099 (MFW) |
| | § | |
| Debtors | § | Jointly Administered |

## NOTICE OF WITHDRAWAL OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS' OBJECTION TO FIRST AMENDED JOINT PLAN OF LIQUIDATION OF EBHI HOLDINGS, INC., et al

On February 10, 2010, the Texas Comptroller of Public Accounts ("Comptroller") filed an objection to confirmation of the First Amended Joint Plan of Liquidation of EBHI Holdings, Inc. The Comptroller's priority and administrative claims were subsequently satisfied. Therefore, the Comptroller hereby gives notice that its objection [Docket No. 1328] is withdrawn.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for Eddie Bauer Holdings, Inc is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

                                         Chief, Bankruptcy & Collections Division

                                         */s/ Kimberly A. Walsh*
KIMBERLY A. WALSH
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4863
Facsimile: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2010 a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

EBHI Holding, Inc.
10401 N.E. 8th Street, Ste. 500
Bellevue, WA 98004

By Electronic Means as listed on the Court's ECF Noticing System:

David G. Aelvoet davida@publicans.com

Elihu Ezekiel Allinson, III ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Samuel R. Arden sarden@hssw.com

Elizabeth Banda Calvo ecobb@pbfcm.com, ebcalvo@pbfcm.com

John T Banks jbanks@pbfcm.com

Christopher R. Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com

Karen C Bifferato kbifferato@cblh.com

James H. Billingsley james.billingsley@klgates.com

Mark M. Billion mbillion@pszjlaw.com

J. David Blaylock dblaylock@glankler.com

Charles E. Boulbol rtrack@msn.com, rtrack@verizon.net

Charles J. Brown cbrown@archerlaw.com, dabernathy@archerlaw.com

David L. Buchbinder david.l.buchbinder@usdoj.gov, david.l.buchbinder@usdoj.gov

Cassandra Rae Burton burton.cassandra@pbgc.gov, efile@pbgc.gov

Eric T. Butler ebutler@jeffco.us, tgarrod@jeffco.us

Barbara Lee Caldwell blc@ashrlaw.com

Paul W. Carey pwcarey@modl.com

Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com

Robert D. Clark rclark@douglas.co.us, tmccann@douglas.co.us

Kelly M. Conlan kconlan@cblh.com

Andrew S. Conway Aconway@taubman.com

D Elaine Conway econway@jw.com

L. Jason Cornell jcornell@foxrothschild.com, dkemp@foxrothschild.com

David W. Cranshaw dhp@mmmlaw.com

Tobey M. Daluz daluzt@ballardspahr.com

Richard T. Davis rdavis@cafarocompany.com

John D. Demmy jdd@stevenslee.com

John P. Dillman houston_bankruptcy@publicans.com

Amish R. Doshi adoshi@daypitney.com

Belkys Escobar belkys.escobar@loudoun.gov, Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov

Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Erin R Fay efay@mnat.com, aconway@mnat.com;ecampbell@mnat.com

Niclas A. Ferland niclas.ferland@leclairryan.com

Neysa A Fligor sccbankruptcy@cco.sccgov.org

Joseph D. Frank jfrank@fgllp.com,

ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com

Matthew A. Gold courts@argopartners.net

Ronald E Gold rgold@fbtlaw.com, kgrubbs@fbtlaw.com;ahammerle@fbtlaw.com

Kevin W. Goldstein KGoldstein@stradley.com, NOrloff@stradley.com;PPatterson@stradley.com;MCordone@stradley.com;MDorval@stradley.com

Kurt F. Gwynne kgwynne@reedsmith.com, llankford@reedsmith.com

Kara Hammond Coyle bankfilings@ycst.com

Matthew B. Harvey mharvey@mnat.com, aconway@mnat.com;ecampbell@mnat.com;rfusco@mnat.com

William A. Hazeltine Bankruptcy001@sha-llc.com

Reed A. Heiligman rheiligman@fgllp.com, ccarpenter@fgllp.com

Leslie C. Heilman heilmanl@ballardspahr.com, zugermanj@ballardspahr.com;maydt@ballardspahr.com;summersm@ballardspahr.com

Terrance A. Hiller, Jr. thiller@seyburn.com, tjohnson@seyburn.com

Brian David Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com

James E. Huggett jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com

Joseph H. Huston jhh@stevenslee.com

Lee E. Kaufman kaufman@rlf.com, rbgroup@rlf.com

Susan E. Kaufman skaufman@coochtaylor.com

John R. Knapp jknapp@cairncross.com

Joyce A. Kuhns jkuhns@saul.com

Michael H. Landis mlandis@smolowlandis.com

Jordan A Lavinsky jlavinsky@hansonbridgett.com

Ryan O. Lawlor dmangan@vedderprice.com

Robert L. LeHane KDWBankruptcyDepartment@kelleydrye.com

Scott J. Leonhardt sleonhardt@mrs-law.com

Donald K. Ludman dludman@brownconnery.com

Christine D. Lynch clynch@goulstonstorrs.com

J. Steven Martin jsmartin@adllp.com

David B. McCall tsok@ntexas-attorneys.com

Laura L. McCloud agbankdelaware@ag.tn.gov

Garvan F. McDaniel gmcdaniel@bglawde.com, ydalton@bglawde.com

Patricia P. McGonigle pmcgonigle@svglaw.com, dclack@svglaw.com

Patrick E. Mears pmears@btlaw.com, mledezma@btlaw.com

Michael G. Menkowitz mmenkowitz@frof.com

Rachel B. Mersky rmersky@monlaw.com

Michael P. Migliore mpm@skfdelaware.com, mdorval@stradley.com;norloff@stradley.com

Kathleen M. Miller kmiller@skfdelaware.com, dlm@skfdelaware.com

Mark Minuti mminuti@saul.com, rwarren@saul.com

Francis A. Monaco Jr. fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

Laura J. Monroe imbkr@pbfcm.com

Sheryl L. Moreau deecf@dor.mo.gov

Zachary Mosner washbcu@atg.wa.gov

Michael R. Nestor bankfilings@ycst.com

Kevin M. Newman knewman@menterlaw.com

Domenic E. Pacitti dpacitti@klehr.com

Kristen N. Pate ggpbk@ggp.com, ggpbk@ggp.com;

Vanessa V. Peck vpeck@goulstonstorrs.com

David L. Pollack pollack@ballardspahr.com, blunt@ballardspahr.com

David M. Powlen dpowlen@btlaw.com,
kevin.driscoll@btlaw.com;paula.jacobi@btlaw.com;jennifer.kimball@btlaw.com;john.mills@btlaw.com

David P. Primack david.primack@dbr.com, amy.kinslow@dbr.com

Jennifer Lynn Pruski jpruski@trainorfairbrook.com

Andrew Rapp arapp@wpblaw.com, ecfdocs@wpblaw.com

Eric T. Ray eray@balch.com

Michael Reed decourts@mvbalaw.com

Steven J. Reisman sreisman@curtis.com, arusso@curtis.com;mchiu@curtis.com;jdrew@curtis.com;athau@curtis.com;kparker@curtis.com;ceilbott@curtis.com;cmanthei@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;lsheikh@curtis.com;njames@curtis.com

Fred B. Ringel fbr@robinsonbrog.com

Terri A. Roberts pcaocvbk@pcao.pima.gov

George Rosenberg grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us

Donald E. Rothman drothman@riemerlaw.com

Diane W. Sanders austin.bankruptcy@publicans.com

Bradford J. Sandler bsandler@beneschlaw.com, rlemisch@beneschlaw.com;jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com

Brandy A. Sargent basargent@stoel.com, pdschreiber@stoel.com;docketclerk@stoel.com;krprohaska@stoel.com;jrpettit@stoel.com;plslinn@stoel.com

Gilbert R. Saydah KDWBankruptcyDepartment@kelleydrye.com

John Henry Schanne schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com

Jason Jay Scott ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Morgan L. Seward bankfilings@ycst.com

Andrea Sheehan sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph Emil Shickich jshickich@riddellwilliams.com

Michelle E. Shriro mshriro@singerlevick.com, croote@singerlevick.com,ckirkland@singerlevick.com

Karen B. Skomorucha kskomorucha@ashby-geddes.com

Ellen W. Slights usade.ecfbankruptcy@usdoj.gov

Louis F. Solimine louis.solimine@thompsonhine.com

Rhysa Griffith South sou06@co.henrico.va.us

Ronald Mark Tucker rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,psummers@simon.com,dgerken@simon.com,jgubler@simon.com

United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV

Matthew P. Ward maward@wcsr.com, pgroff@wcsr.com

Helen Elizabeth Weller dallas.bankruptcy@publicans.com

William Douglas White wdw@mccarthywhite.com, clm@mccarthywhite.ocm

Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Michael W. Yurkewicz myurkewicz@klehr.com

German Yusufov pcaocvbk@pcao.pima.gov

Mark von Wahlde mvonwah@co.pierce.wa.us, pcpatvecf@co.pierce.wa.us

                                              */s/ Kimberly A. Walsh*
                                              KIMBERLY A. WALSH