# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EBHI Holdings, Inc., <u>et al.</u>,[1] | Case No. 09-12099 (MFW) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF MICHAEL J. PAQUE WITH RESPECT TO THE TABULATION OF VOTES ON THE FIRST AMENDED JOINT PLAN OF LIQUIDATION OF EBHI HOLDINGS, INC., ET AL.

I, Michael J. Paque, depose and say under the penalty of perjury:

    1.    I am a Senior Managing Consultant employed by Kurtzman Carson Consultants LLC ("KCC"), which has offices located at 2335 Alaska Ave, El Segundo, California 90245. I am over the age of 18 and neither I nor KCC is a party to these proceedings. KCC was retained by EBHI Holdings, Inc. (f/k/a Eddie Bauer Holdings, Inc.) and its affiliates as voting and claims agent in the above-captioned chapter 11 case and was appointed by the United States Bankruptcy Court for the District of Delaware (the "Court") to, among other things, assist the Debtor with the solicitation and vote tabulation process in these Chapter 11 Cases.

    2.    On January 29, 2010, the Court entered the *Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline and Other Dates, (C)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc., a Delaware corporation (2352); Amargosa, Inc., a Delaware corporation (9737); Gobi Fulfillment Services, Inc., a Delaware corporation (0882); Arabian Diversified Sales, LLC, a Delaware limited liability company (1567); Gibson Services, LLC, an Ohio limited liability company (disregarded); Karakum International Development, LLC, a Delaware limited liability company (1571); Simpson Information Technology, LLC, a Delaware limited liability company (disregarded); Sandy Financial Services Acceptance Corporation, a Delaware corporation (7532); and Sonoran Acceptance Corporation, a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004.

*Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and for Filing Objections to the Plan and (D) Approving the Manner and Forms of Notice and Other Related Documents* [Docket No. 1289] ('the "Disclosure Statement Order") pursuant to which the Court (a) authorized the Debtors to solicit acceptances for the First Amended Joint Plan of Liquidation of EBHI Holdings, Inc., et al. [Docket No. 1269] ("the Plan"); (b) approved procedures for soliciting and tabulating votes to accept or reject the Plan (the "Solicitation and Voting Procedures"); and (c) approved the *Disclosure Statement for First Amended Joint Plan of Liquidation of EBHI Holdings, Inc., et al.* [Docket No. 1270] ("the Disclosure Statement").

3. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed plans of reorganization, and I am duly authorized to make and submit this certification on behalf of KCC (the "Certification") regarding the tabulation of votes on the Plan. Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge.

4. Pursuant to the Disclosure Statement Order, and in accordance with the Solicitation and Voting Procedures, KCC worked with the Debtors and counsel to the Debtors to solicit votes to accept or reject the Plan and to tabulate the ballots of creditors voting to accept or reject the Plan.

**A. Service and Transmittal of Solicitation Packages and Related Information**

5. Pursuant to the Disclosure Statement Order and in accordance with the Solicitation and Voting Procedures, on February 2, 2010, KCC caused to be served Solicitation Packages (as defined in motion to approve the Disclosure Statement Order) and other solicitation materials. An affidavit evidencing KCC's service of the foregoing was filed with the Court on

February 16, 2010 [Docket No. 1341], which more fully describes the solicitation process and is incorporated by reference as though set forth herein.

**B.     The Tabulation Process**

6.     The Disclosure Statement Order established January 21, 2010 as the Securities Record Date and January 28, 2010 as the Non- Securities Record Date for determining which Holders of Claims and Interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan.  KCC followed the tabulation procedures in the Disclosure Statement Order to determine which Holders of Claims or Interests were entitled to vote to accept or reject the Plan and to determine voting amounts.  Pursuant to the Disclosure Statement Order, Holders of Claims in the following classes (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan:

   a. Class 3 (Term Lender Secured Claims);
   b. Class 4 (General Unsecured Claims)
      - Allowed Other Unsecured Claims
      - Senior Notes Claims

No Holders of Claims or interests in other Classes were entitled to vote on the Plan.

7.     Pursuant to the Disclosure Statement Order and in accordance with the Solicitation and Voting Procedures approved thereby, KCC relied on a list of Holders and outstanding amounts provided by the Administrative Agent under the Prepetition Term Loan Facility in order to identify the Holders of Claims entitled to vote to accept or reject the Plan in Class 3.

8.     Pursuant to the Disclosure Statement Order and in accordance with the Solicitation and Voting Procedures, KCC relied on a Security Position Report from the

Depository Trust Company in order to identify the Holders of Senior Notes Claims entitled to vote to accept or reject the Plan in Class 4.

9. Pursuant to the Disclosure Statement Order and in accordance with the Solicitation and Voting Procedures approved thereby, KCC relied on the Schedules of Assets and Liabilities filed by the Debtor on July 10, 2009 and amended thereafter on July 14, 2009 and July 29, 2009 and the claims information pertaining to the Debtor's Chapter 11 Case as reflected in KCC's CaseView system in order to identify the Holders of Claims entitled to vote to accept or reject the Plan in Classes 3 and 4.

10. Using the information outlined above, and with specific guidance and approval from Debtor's counsel, KCC created a voting database reflecting the names of Holders, addresses of Holders, voting amounts and classifications of claims in the Voting Classes.

11. Using its CaseView voting database, KCC generated Ballots for Holders of Claims entitled to vote to accept or reject the Plan. The Disclosure Statement Order established March 4, 2010 at 4:00 p.m. prevailing Eastern Time, as the date by which all Ballots had to be actually received by KCC in order to count as a valid vote to accept or reject the Plan (the "Voting Deadline").

12. Pursuant to the Disclosure Statement Order and in accordance with the Solicitation and Voting Procedures approved thereby, KCC received and tabulated the Ballots as follows: (a) each returned Ballot was opened and/or inspected at KCC's office; (b) Ballots were date-stamped, sorted according to Plan Class and scanned into CaseView; and (c) all Ballots received were then entered into CaseView and tabulated in accordance with the tabulation rules outlined in the Disclosure Statement Order.

13. I hereby certify that the results of the voting by Holders of Claims in the Voting Classes are as set forth in Exhibit A attached hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed Ballots received by KCC.

14. Exhibit B to this Certification is a detailed voting report of all Voting Classes showing all Ballots tabulated by KCC.

15. Exhibit C to this Certification is a detailed report of any Ballots not included in the tabulation in Exhibit A because they did not satisfy the requirements for a valid Ballot set forth in the Disclosure Statement Order for the reasons described below:

- **Abstained Ballots** – pursuant to the Disclosure Statement Order, Ballots that did not indicate an acceptance or rejection of the Plan were not tabulated;

- **Late Filed Ballots** – pursuant to the Disclosure Statement Order, Ballots that were not received on or before the Voting Deadline were not tabulated; and

- **Unsigned Ballots** – pursuant to the Disclosure Statement Order, unsigned Ballots were not tabulated.

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 12, 2010

*Michael J. Paque*
Michael J. Paque
Kurtzman Carson Consultants LLC
2335 Alaska Ave.
El Segundo, CA 90245
Phone (310) 823-9000

# Exhibit A

| Class | Class Description | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | **Term Lender Secured Claims** | **20** | **20** | **0** | **100.00%** | **0.00%** | **$131,828,682.18** | **$131,828,682.18** | **$0.00** | **100.00%** | **0.00%** |
| 4 | **General Unsecured Claims (Total)** | **198** | **188** | **10** | **94.95%** | **5.05%** | **$54,088,874.18** | **$47,684,423.92** | **$6,404,450.26** | **88.16%** | **11.84%** |
|  | *- Allowed Other Unsecured Claims* | 184 | 176 | 8 | 95.65% | 4.35% | $2,940,911.35 | $2,900,125.19 | $40,786.16 | 98.61% | 1.39% |
|  | *- Senior Notes Claims* | 14 | 12 | 2 | 85.71% | 14.29% | $51,147,962.83 | $44,784,298.73 | $6,363,664.10 | 87.56% | 12.44% |

In re EBHI Holdings, Inc. (f/k/a Eddie Bauer Holdings, Inc.) et al.
Case No. 09-12099 (MFW)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Class 3: Term Lender Secured Claims**

| Ballot Number | Creditor Name | Voting Amount[1] | Accept/Reject |
|---|---|---|---|
| 205 | AMMC CLO III LTD | $903,948.72 | Accept |
| 204 | AMMC CLO IV LTD | $903,948.68 | Accept |
| 203 | AMMC CLO V LTD | $903,948.68 | Accept |
| 202 | AMMC VIII LTD | $903,948.68 | Accept |
| 191 | ANCHORAGE CAPITAL MASTER OFFSHORE LTD | $40,718,805.30 | Accept |
| 192 | ANCHORAGE CROSSOVER CREDIT FINANCE LTD | $11,354,886.78 | Accept |
| 79 | BLACKWELL PARTNERS LLC | $7,799,301.66 | Accept |
| 188 | CENT CDO 14 LTD | $2,078,849.88 | Accept |
| 189 | CENT CDO 15 LTD | $3,389,429.12 | Accept |
| 78 | COLISEUM CAPITAL PARTNERS LP | $1,406,628.16 | Accept |
| 119 | CONCORDIA INSTITUTIONAL MULTI STRATEGY LTD | $1,107,719.67 | Accept |
| 118 | CONCORDIA MAC 29 LTD | $843,976.89 | Accept |
| 120 | CONCORDIA PARTNERS LP | $1,740,702.37 | Accept |
| 208 | CREDIT SUISSE LOAN FUNDING LLC | $7,589,669.51 | Accept |
| 159 | H SENIOR INCOME FUND LLC | $4,093,678.54 | Accept |
| 207 | MONARCH MASTER FUNDING LTD | $36,413,382.43 | Accept |
| 158 | NACM CLO II | $1,812,226.10 | Accept |
| 201 | NATIONWIDE LIFE INS CO | $2,259,619.40 | Accept |
| 206 | PENSION INVESTMENT COMMITTEE OF GENERAL MOTORS FOR GENERAL MOTORS EMPLOYEES DOMESTIC GP PENSION TRST | $1,988,620.58 | Accept |
| 31 | WHITEHORSE V LTD | $3,615,391.03 | Accept |

1 - The voting amounts listed for Class 3 are for voting purposes only.

| Ballot Number | Creditor Name | Voting Amount | Accept/Reject |
|---|---|---:|---|
| 173 | 215 S Brea Blvd LLC | $274,344.33 | Accept |
| 128 | AA PARTY RENTALS | $1,800.18 | Accept |
| 186 | ABLE LEADER CO LTD | $1,602.20 | Accept |
| 16 | ADVANCE FIXTURE MART | $17,349.20 | Accept |
| 12 | Advance Fixture Mart Inc | $17,349.20 | Accept |
| 17 | Advance Fixture Mart Inc | $114,633.75 | Accept |
| 151 | ALEXA | $1,279.84 | Accept |
| 5 | Applied Expert Systems Inc dba AES | $14,342.50 | Accept |
| 183 | ARMORED KNIGHTS INC | $223.26 | Accept |
| 2 | Backpacker Magazine | $20,412.00 | Accept |
| 29 | BANKS, DELORA | $8,000.00 | Accept |
| 199 | Bay State Gas Company | $17.69 | Accept |
| 124 | Bazzi, Olga Melone | $4,000.00 | Accept |
| 129 | Bazzi, Olga Melone | $4,000.00 | Accept |
| 51 | Black Box Resale Services | $35.00 | Accept |
| 85 | Black Hills Energy Formally Aquila | $33.14 | Accept |
| 193 | BOLDMAN, BETTY | $10,000.00 | Accept |
| 32 | BOOM LLC | $464,976.00 | Accept |
| 6 | BRADLEY, JANIE | $10,000.00 | Accept |
| 38 | Bublitz, Leslie | $1.00 | Accept |
| 64 | BURNS, FLORENCE | $8,000.00 | Accept |
| 141 | BUZZELLI, BERNADINE | $10,000.00 | Accept |
| 142 | BUZZELLI, SERAFINO | $4,000.00 | Accept |
| 108 | CARL ZIPF LOCK SHOP INC | $56.28 | Accept |
| 99 | CARSON, CAROLYN | $10,000.00 | Accept |
| 90 | CHAMBERS, BERNADINE | $10,000.00 | Accept |
| 109 | CHITTY GARBAGE SERVICE INC | $93.52 | Accept |
| 156 | CITY OF ST GEORGE | $1,616.00 | Accept |
| 96 | CLINKSCALES, LOIS | $8,000.00 | Accept |
| 113 | COLEMAN, CAROLYN | $10,000.00 | Accept |
| 130 | CONNECTICUT WATER COMPANY | $6.12 | Accept |
| 25 | CONSUMERS ENERGY COMPANY | $2,332.63 | Reject |
| 56 | COUNTY WASTE | $1,303.57 | Accept |
| 134 | CRONIN, ARLENE | $10,000.00 | Accept |
| 110 | CUSTOM EDGE INC | $5,910.73 | Accept |
| 44 | DECISION INTELLIGENC | $31,898.52 | Accept |
| 43 | DECISION INTELLIGENCE INC | $31,898.52 | Accept |
| 92 | Dempsey, Julie A | $1,477.70 | Accept |
| 62 | DUBINA, JIM | $275.00 | Accept |
| 15 | EARTH INC | $11,278.63 | Accept |
| 172 | EAVES, LULA | $4,000.00 | Accept |
| 36 | ECHOLS, LENWOOD | $8,000.00 | Accept |
| 13 | Ed Mehlman & Associates | $1,000.17 | Accept |
| 144 | ELMS, LENORA | $10,000.00 | Accept |
| 63 | FELTON, ADDIE | $8,000.00 | Accept |
| 23 | FERRARI COLOR | $540.00 | Accept |
| 143 | FLEMING, MARY | $8,000.00 | Accept |

**Exhibit B**
**Class 4: Allowed Other Unsecured Claims**

| Ballot Number | Creditor Name | Voting Amount | Accept/Reject |
|---|---|---|---|
| 121 | FLINT, JENNIFER | $828.23 | Accept |
| 155 | FORTIER PRICE | $3,010.00 | Accept |
| 153 | Fortier Price S A R L | $3,010.00 | Accept |
| 166 | FOUNTAIN SET LIMITED | $1,967.70 | Accept |
| 105 | FRIZELL, LILLIE | $8,000.00 | Accept |
| 152 | FRY INC | $13,754.84 | Accept |
| 106 | FULCRUM PRODUCTION SERVICES SHAWN VELTKAMP | $8,620.86 | Accept |
| 3 | Gates, Faune | $2,651.37 | Accept |
| 1 | GATES, FAUNE | $2,651.37 | Accept |
| 137 | GATEWAY MARKETING CO | $922.03 | Accept |
| 148 | Gelsinger, Sarah | $5,156.14 | Accept |
| 149 | GELSINGER, SARAH | $5,156.14 | Accept |
| 48 | Gersten, Ian | $6,996.00 | Reject |
| 164 | GOOD HARVEST GLOBAL CORP | $13,648.06 | Accept |
| 127 | GRAND & BENEDICTS | $68,836.82 | Accept |
| 140 | GRIFFIN, BERTHA | $10,000.00 | Accept |
| 87 | HANKE, EARL | $10,000.00 | Accept |
| 209 | HARPER, JOURNICE | $10,000.00 | Accept |
| 179 | Haywood Mall | $100.00 | Accept |
| 84 | HERNANDEZ, TANYA | $1.00 | Accept |
| 174 | Hirdaramani Industries Private Limited | $4,454.16 | Accept |
| 162 | HOLLINGSWORTH, PATRICIA | $10,000.00 | Accept |
| 165 | HOULE ELECTRIC LTD | $583.15 | Accept |
| 139 | HUDSON, GLORIA | $10,000.00 | Accept |
| 52 | IMAGE NATIONAL INC | $20,972.69 | Accept |
| 115 | JOELLE HICKS | $45.00 | Accept |
| 181 | John A Burke Medina County Treasurer | $6,388.76 | Accept |
| 161 | Johnson, Brenda | $1,546.00 | Accept |
| 160 | JOHNSON, BRENDA | $1,546.00 | Accept |
| 14 | JOHNSON, EVELYN | $8,000.00 | Accept |
| 88 | JONES, EVA | $10,000.00 | Accept |
| 24 | JORDAN, PATRICIA | $8,000.00 | Accept |
| 163 | KEEN FOOTWEAR | $1,233.75 | Reject |
| 65 | Kelly Services Inc | $28,910.60 | Accept |
| 86 | Kingery, Susan | $332.53 | Accept |
| 49 | Kopacz, Agnes M | $10,000.00 | Accept |
| 154 | LARRY, LOLLIE | $10,000.00 | Accept |
| 146 | LAUREN SHIELDS | $9,848.22 | Accept |
| 7 | Lee, Chu N | $2,100.00 | Accept |
| 35 | LOCATIONS SPECIALIST | $1,087.08 | Accept |
| 61 | Lords Computer Group Partners Inc | $4,875.00 | Accept |
| 46 | Lords Computer Group Partners Inc | $1,342.24 | Accept |
| 145 | LORENE MIMS | $10,000.00 | Accept |
| 8 | MAIL INC | $3,612.22 | Accept |
| 111 | MC SIGN COMPANY | $6,153.39 | Accept |
| 97 | MCKENNA, DOLORES | $10,000.00 | Accept |

| Ballot Number | Creditor Name | Voting Amount | Accept/Reject |
|---:|---|---:|---|
| 20 | Mercent | $1.00 | Reject |
| 40 | Mercent | $11,854.42 | Accept |
| 45 | MERCENT CORPORATION | $10,391.22 | Accept |
| 122 | MILLER, BETTY | $10,000.00 | Reject |
| 66 | Milliman | $18,718.50 | Accept |
| 150 | MINDE LOG CONSTRUCTI | $17,768.90 | Accept |
| 28 | MISHAWAKA UTILITIES | $1,083.35 | Accept |
| 104 | Mitsubishi International Corporation | $2,295.13 | Accept |
| 57 | Moore Wallace NA an RR Donnelley & Sons Co | $23,888.83 | Accept |
| 89 | MORGAN, KATHERINE | $8,000.00 | Accept |
| 81 | Mountainfilm Ltd | $11,451.90 | Accept |
| 82 | MOUNTAINFILM LTD | $11,000.00 | Accept |
| 101 | Mumford, Patricia A | $10,000.00 | Accept |
| 169 | NAN YANG GARMENT CO | $32,802.79 | Accept |
| 123 | NATIONAL FUEL | $58.08 | Accept |
| 27 | Northern Indiana Public Service Company | $605.45 | Accept |
| 180 | NOWACZYK, ELEANOR | $10,000.00 | Accept |
| 170 | NSTAR Electric | $13,645.69 | Accept |
| 187 | OBETZ HARDWARE & BUILDERS | $700.76 | Accept |
| 77 | OOMS, SIMON | $10,000.00 | Accept |
| 167 | OPENONLINE | $48.00 | Accept |
| 67 | PACIFIC MOTHERS SUPP | $41.06 | Accept |
| 41 | PARKER, ELOISE | $8,000.00 | Accept |
| 211 | PECO | $3,995.07 | Accept |
| 11 | PELLITTERI WASTE SYSTEMS | $480.21 | Accept |
| 100 | PERRY, ANNE | $10,000.00 | Accept |
| 55 | Pilot Freight Services fka Pilot Air Freight | $5,409.72 | Accept |
| 176 | Portland General Electric PGE | $1,774.46 | Accept |
| 168 | Portland General Electric PGE | $346.41 | Accept |
| 178 | Portland General Electric PGE | $959.77 | Accept |
| 175 | Portland General Electric PGE | $578.55 | Accept |
| 177 | Portland General Electric PGE | $1,662.15 | Accept |
| 60 | POWERSTREAM | $655.65 | Accept |
| 135 | PRESORT AMERICA LTD | $222.78 | Reject |
| 184 | PRINT WEST INC | $10,911.37 | Accept |
| 182 | PRINT WEST INC | $14,381.98 | Accept |
| 71 | Puget Sound Energy | $154.50 | Accept |
| 72 | Puget Sound Energy | $1,846.69 | Accept |
| 70 | Puget Sound Energy | $8,938.54 | Accept |
| 68 | Puget Sound Energy | $8,938.54 | Accept |
| 69 | Puget Sound Energy | $594.28 | Accept |
| 114 | RAJ MANUFACTURING | $16,297.74 | Accept |
| 4 | RATCHFORD, DENEANE | $2,735.84 | Accept |
| 21 | RAYMOND STORAGE CONCEPTS INC | $1,439.70 | Accept |
| 47 | REEVES, CATHERINE | $10,000.00 | Accept |
| 75 | Richardson Holdings LLC dba Graffix | $3,680.94 | Accept |

| Ballot Number | Creditor Name | Voting Amount | Accept/Reject |
|---|---|---|---|
| 58 | RR Donnelley & Sons Company | $209,836.87 | Accept |
| 91 | RYCRAW, BERNICE | $8,000.00 | Accept |
| 112 | SAFFOLD, ARELEAN | $10,000.00 | Accept |
| 19 | Schoeller Textil AG | $1,660.20 | Accept |
| 10 | Service Direct LLC | $1.00 | Accept |
| 103 | SHOPPERTRAK RCT CORP | $8,165.62 | Accept |
| 98 | SICILIA, JOYCE | $10,000.00 | Reject |
| 157 | SMITH, FRANCES | $8,000.00 | Accept |
| 136 | Snohomish County PUD No 1 | $2,428.19 | Accept |
| 9 | SOUTH CENTRAL POWER | $138,761.81 | Accept |
| 194 | Sovereign Logistics Inc | $11,126.67 | Accept |
| 138 | Spencer Technologies Inc | $36,718.96 | Accept |
| 26 | Spiegel Creditor Trust | $1.00 | Accept |
| 39 | Spiegel Creditor Trust | $270,000.00 | Accept |
| 102 | SPRINGDALE FASHIONS | $4,129.50 | Accept |
| 197 | STEVEN HALL & PARTNERS | $193,653.25 | Accept |
| 22 | STEVEN LAZARSKI | $128.19 | Accept |
| 34 | SYNSOR CORP | $4,022.79 | Accept |
| 33 | SYNSOR CORP | $7,223.32 | Accept |
| 200 | TCM MODELS & TALENT LLC | $14,199.00 | Accept |
| 74 | TELECHECK | $2,343.99 | Accept |
| 171 | TORONTO HYDRO ELECTRIC SYSTEM | $5,692.35 | Accept |
| 54 | Transmark Cartage Services Inc | $2,800.00 | Accept |
| 195 | TRANSUNION & FAIR ISAAC | $46,365.04 | Accept |
| 30 | UNIVERSAL POWER & CONTROL INC | $1,020.00 | Accept |
| 196 | UPSHAW, VIVIAN | $10,000.00 | Reject |
| 125 | VERRETT, WYNELL | $10,000.00 | Accept |
| 76 | VILLAGE OF LOMBARD IL | $148.70 | Accept |
| 37 | VILLAGE OF ORLAND PARK | $11.70 | Accept |
| 133 | WALLACE, MAGGIE HILL | $10,000.00 | Accept |
| 198 | Washington Architectural Hardware | $9,874.13 | Accept |
| 59 | WASHINGTON GRAPHICS | $902.35 | Accept |
| 53 | WATERS INDUSTRIES INC | $5,594.52 | Accept |
| 132 | WAYNE DALTON CORP | $5,214.00 | Accept |
| 73 | West Virginia State Treasurers Office | $150.20 | Accept |
| 210 | WESTERN MANAGEMENT GROUP | $1,100.00 | Accept |
| 147 | WHALUM, MARY | $4,000.00 | Accept |
| 185 | WHEATON, BLANCHE | $10,000.00 | Accept |
| 18 | WHITE, CHRISTINE | $8,000.00 | Accept |
| 42 | WILLIAMS, LUCILLE | $10,000.00 | Accept |
| 95 | WILLIAMS, RAY | $10,000.00 | Accept |
| 190 | WILLIAMS, ROSZETTA | $10,000.00 | Accept |
| 83 | WTPSPA WEST TOLEDO PAROCHIAL SCHOOL PARENTS ASSOCIATION | $850.00 | Accept |
| 93 | WTPSPA West Toledo Parochial School Parents Association | $850.00 | Accept |
| 50 | WWW MeetingOne Com | $1,150.00 | Accept |

**Exhibit B**
**Class 4: Senior Notes Claims**

| CUSIP Number | Creditor Name | Total Votes | Votes Accept | Votes Reject | Voting Amount | Amount Accept | Amount Reject | Accept/Reject |
|---|---|---|---|---|---|---|---|---|
| 071625 AB 3 | BANK OF NEW YORK MELLON | 1 | 1 | 0 | $1,676,617.68 | $1,676,617.68 | $0.00 | Accept |
| 071625 AB 3 | BROWN BROS | 1 | 1 | 0 | $541,007.52 | $541,007.52 | $0.00 | Accept |
| 0716254 AA 5 | CITIGROUP | 1 | 1 | 0 | $13,904,398.75 | $13,904,398.75 | $0.00 | Accept |
| 0716254 AA 5 | CREDIT SUISSE | 1 | 1 | 0 | $707,860.30 | $707,860.30 | $0.00 | Accept |
| 071625 AB 3 | CREDIT SUISSE | 1 | 1 | 0 | $15,471,803.70 | $15,471,803.70 | $0.00 | Accept |
| 0716254 AA 5 | DEUTSCHE BANK | 3 | 3 | 0 | $8,393,200.70 | $8,393,200.70 | $0.00 | Accept |
| 071625 AB 3 | JP MORGAN CHASE | 1 | 1 | 0 | $257,863.40 | $257,863.40 | $0.00 | Accept |
| 071625 AB 3 | MERRILL LYNCH SAFEKEEPING | 1 | 1 | 0 | $303,368.70 | $303,368.70 | $0.00 | Accept |
| 071625 AB 3 | RIDGE CLEARING | 1 | 1 | 0 | $292,245.18 | $292,245.18 | $0.00 | Accept |
| 071625 AB 3 | STATE STREET BANK | 1 | 1 | 0 | $3,235,932.80 | $3,235,932.80 | $0.00 | Accept |
| 071625 AB 3 | US BANK | 2 | 0 | 2 | $6,363,664.10 | $0.00 | $6,363,664.10 | Reject |

In re EBHI Holdings, Inc. (f/k/a Eddie Bauer Holdings, Inc.) et al.
Case No. 09-12099 (MFW)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Non-Tabulated Ballots**

| Class | Ballot Number | Creditor Name | Voting Amount | Accept/Reject | Reason Unacceptable |
|---|---|---|---|---|---|
| 4 | 222 | ARLEN L BRAMMER PC | $6,125.00 | Accept | Late Filed |
| 3 | 223 | BALLYROCK CLO II LIMITED | $1,444,339.64 | Accept | Late Filed |
| 3 | 227 | BALLYROCK CLO III LIMITED | $2,166,509.46 | Accept | Late Filed |
| 4 | 220 | Bartolome, Recoleta | $1.00 | Accept | Late Filed |
| 4 | 219 | BARTOLOME, RECOLETA | $1.00 | Accept | Late Filed |
| 4 | 116 | BUSH, LOUIS | $10,000.00 | Abstained | Abstained |
| 4 | 226 | City fo Naperville | $9,299.37 | Reject | Late Filed |
| 4 | 214 | COLUMBUS CITY TREASU | $2,750.53 | Accept | Late Filed |
| 4 | 215 | Copacino & Fujikado LLC | $7,653.66 | Accept | Late Filed |
| 4 | 107 | Coremetrics Inc | $12,450.00 | Abstained | Abstained |
| 4 | 117 | CRAIG, SARAH | $10,000.00 | Abstained | Abstained |
| 4 | 225 | CUT ABOVE LANDSCAPIN | $485.00 | Accept | Late Filed |
| 4 | 229 | Elegance Industrial Co Ltd | $1,131.81 | Accept | Late Filed |
| 4 | 218 | Fabian Mansson | $1,001,356.10 | Accept | Late Filed |
| 3 | 224 | FIDELITY ADVISOR SERIES I FIDELITY ADVISOR HIGH INCOME ADVANTAGE FUND | $8,561,090.67 | Accept | Late Filed |
| 4 | 216 | Hutchinson, Angelina | $405.33 | Accept | Late Filed |
| 4 | 131 | PEASLEE, RICHARD | $10,000.00 | Abstained | Abstained |
| 4 | 94 | PENCAK, STANLEY | $4,000.00 | Abstained | No Signature |
| 4 | 80 | PENCAK, STANLEY | $1.00 | Reject | No Signature |
| 4 | 221 | PHOENIX LIMOUSINE SERV INC | $571.20 | Accept | Late Filed |
| 4 | 126 | RIVAS, ANDREA | $1.00 | Abstained | Abstained |
| 3 | 212 | SERENGETI LOXODON ONSHORE I LTD | $944,779.61 | Accept | Late Filed |
| 3 | 213 | SERENGETI LOXODON OVERSEAS I LTD | $2,906,747.56 | Accept | Late Filed |
| 4 | 217 | SPECIALTY MAT SVC | $56.66 | Accept | Late Filed |
| 4 | 228 | TIMEX CORPORATION | $14,460.00 | Accept | Late Filed |