**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EBHI HOLDINGS, INC., *et al.*,[1] | ) Case No. 09-12099 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 2620** |
| | ) |

**FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE OF**
**EBHI HOLDINGS, INC. AND TERMINATING THE SERVICES OF**
**KURTZMAN CARSON CONSULTANTS LLC AS CLAIMS, BALLOTING, AND**
**NOTICING AGENT IN THE DEBTOR'S CHAPTER 11 CASE**

Upon consideration of the motion (the "Motion") of Peter Kravitz, the liquidating trustee (the "Liquidating Trustee") on behalf of the above-captioned debtors (collectively, the "Debtors"), for entry of an order (a) closing the chapter 11 case of EBHI Holdings, Inc. and (b) terminating the services of Kurtzman Carson Consultants LLC ("KCC") as Claims, Balloting, and Noticing Agent in this chapter 11 case (the "Claims Agent"), and the Court having reviewed the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) due and sufficient notice of the Motion has been given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EBHI Holdings, Inc. (f/k/a Eddie Bauer Holdings, Inc.), a Delaware corporation (2352); Amargosa, Inc. (f/k/a Eddie Bauer, Inc.), a Delaware corporation (9737); Gobi Fulfillment Services, Inc. (f/k/a Eddie Bauer Fulfillment Services, Inc), a Delaware corporation (0882); Arabian Diversified Sales, LLC (f/k/a Eddie Bauer Diversified Sales, LLC), a Delaware limited liability company (1567); Gibson Services, LLC (f/k/a Eddie Bauer Services, LLC), an Ohio limited liability company (disregarded); Karakum International Development, LLC (f/k/a Eddie Bauer International Development, LLC), a Delaware limited liability company (1571); Simpson Information Technology, LLC (f/k/a Eddie Bauer Information Technology, LLC), a Delaware limited liability company (disregarded); Sandy Financial Services Corporation (f/k/a Financial Services Acceptance Corporation), a Delaware corporation (7532); and Sonoran Acceptance Corporation (f/k/a Spiegel Acceptance Corporation), a Delaware corporation (7253). The mailing address for EBHI Holdings, Inc. is 10401 N.E. 8th Street, Suite 500, Bellevue, WA 98004. On or about the Petition Date, Tenere of Canada, Inc., and Yuma Customer Services, Inc., affiliates of the Debtors, commenced a proceeding before the Superior Court of Justice, Commercial list, for the Judicial District of Ontario, for a plan of compromise or arrangement under the Companies' Creditors Arrangement Act.

10023210v1

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED.

2. Pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, effective immediately as of the entry of this Order, the chapter 11 case of EBHI Holdings, Inc., Case No. 09-12099 (MFW) is hereby closed and a final decree is hereby granted.

3. Pursuant to Local Rule 2002-1(f), the services of KCC as Claims Agent are hereby terminated effective as of the entry of this Order. Notwithstanding the foregoing, KCC shall cause a copy of this order to be served upon (a) the U.S. Trustee and (b) all parties entitled to receive notice in this Chapter 11 Case pursuant to Bankruptcy Rule 2002.

4. Notwithstanding the foregoing, in accordance with Local Rule 2002-1(f)(ix), within twenty-eight (28) days of entry of this Order, KCC shall (a) forward to the Clerk an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF; and (c) docket a final Claims Register in the case of EBHI Holdings, Inc., Case No. 09-12099 (MFW). Further, KCC shall box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, PA 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

5. The Liquidating Trustee shall (a) file or otherwise provide to the U.S. Trustee its Chapter 11 Post-Confirmation Quarterly Summary Report with respect to the reporting period from October 1, 2018 through and including the entry of this Order (the "Final Period") within fourteen (14) days of the entry of this Order; and (b) pay all fees due and owing pursuant to 29 U.S.C. § 1930(a)(6) for the Final Period within twenty-one (21) days of the entry of this Order.

10023210v1

6.  This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

**Dated: November 30th, 2018**
**Wilmington, Delaware**

10023210v1

3

*Mary F. Walrath* (signature)
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**